FILED
DEC 06 2016
12-6-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PINK ZEBRA MUSIC, LLC, | ) |
| Plaintiff, | ) Case No.: |
| v. | ) Judge: |
| SHENZHEN WONDERSHARE INFORMATION TECHNOLOGY CO. LTD., WONDERSHARE SOFTWARE CO., ISKYSOFT STUDIO, and AIMERSOFT STUDIO, | ) 1:16-cv-11099<br>) Judge Joan B. Gottschall<br>) Magistrate Judge Sheila M. Finnegan |
| Defendants. | ) |

## PLAINTIFF PINKZEBRA MUSIC, LLC'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND SERVICE OF PROCESS BY E-MAIL

Plaintiff PINKZEBRA MUSIC, LLC ("Pink Zebra") seeks entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale and sale of its software incorporating Pink Zebra's copyrighted music tracks, a temporary asset restraint, expedited discovery, and service of process by email in an action arising under the Copyright Act and Illinois common law. Defendants' unauthorized and unlicensed use of Pink Zebra's copyrighted music tracks has and continues to irreparably harm Pink Zebra through lack of quality control, damage to Pink Zebra's reputation, loss of exclusivity, marketing damages, loss of control over the integrity of its work, and loss of future sales. A Memorandum of Law is filed concurrently with this Motion.

1

Dated: December 5, 2016                                    RESPECTFULLY SUBMITTED,


By:   /s/ Brian T. Noack
Brian Noack
Adam Wolek
WOLEK & NOACK
333 S Wabash Ave., Suite 2700
Chicago, IL 60604
P: 312.860.9006
F: 708.843.0509
*Counsel for PINKZEBRA MUSIC, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 5, 2016, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: December 5, 2016                              WOLEK & NOACK


                                                     By:  /s/ Brian T. Noack
                                                     Brian T. Noack