UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINKZEBRA MUSIC, LLC, </br></br> Plaintiff, </br></br> v. </br></br> SHENZHEN WONDERSHARE INFORMATION TECHNOLOGY CO. LTD., WONDERSHARE SOFTWARE CO., ISKYSOFT STUDIO, and AIMERSOFT STUDIO, </br></br> Defendants. | Case No. 16-CV-11099 </br></br> Judge: Hon. Joan B. Gottschall |

## ORDER

By order entered December 9, 2016, the court, among other things, sealed this case until Defendants received notice of this action. Plaintiff has filed a motion to unseal in which it represents that it provided Defendant Shenzhen Wondershare Information Technology Co., Ltd. ("Shenzhen") with all the papers on file in this case shortly after PayPal, Inc. confirmed on December 14, 2016, that it had complied with the temporary restraining order.

Based on Plaintiff's representations, the court grants the motion to unseal, and directs the clerk to unseal this case. The hearing presently set for December 21, 2016, stands. Plaintiff is directed to serve Shenzhen with a copy of this order.

Date: December 15, 2016

Joan B. Gottschall
United States District Judge