# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Pinkzebra Music, LLC

                              Plaintiff,

v.                                                Case No.: 1:16−cv−11099

                                                  Honorable Joan B. Gottschall

Shenzhen Wondershare Information Technology Co. Ltd., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 7, 2016:

      MINUTE entry before the Honorable Joan B. Gottschall: In court hearing held on 12/7/2016. Plaintiff is directed to submit a proposed order to chambers via e−mail to Proposed_Order_Gottschall@ilnd.uscourts.gov in accordance with the court's ruling made on the record. Order Forthcoming. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.