**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Pinkzebra Music, LLC

                                                Plaintiff,

v.                                                                                                    Case No.: 1:16−cv−11099
                                                                                                   Honorable Joan B. Gottschall

Shenzhen Wondershare Information Technology
Co. Ltd., et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 21, 2016:

      MINUTE entry before the Honorable Joan B. Gottschall: Status and motion hearing held. Defendants' motion to continue the preliminary injunction hearing [22] is granted. A hearing on plaintiff's motion for preliminary injunction [24] is set for 2/21/17 at 9:30 a.m. The parties are advised that the hearing will continue on 2/24/17 at 10:00 a.m., if additional time is needed. As required by Fed. R. Civ. P. 65(b)(2), Defendants consented to extending the temporary restraining order until the conclusion of the preliminary injunction hearing. The motion for preliminary injunction is briefed as follows: Defendants' response is due by 1/20/17; Plaintiff's reply is due 2/10/17. Plaintiff is directed to send a proposed order extending the temporary restraining order to Proposed_Order_Gottschall@ilnd.uscourts.gov and call the courtroom deputy at (312) 435−5641 once the proposed order has been sent. The proposed order should comply fully with Fed. R. Civ. P. 65 and make the findings required by R. 65(b)(2) and 65(d)(1), including the reasons for the extension. Plaintiff stated that defendants have not fully complied with the temporary restraining order. The court directed the parties to confer about this issue. The parties must call the courtroom deputy at (312) 435−5641 and provide a status report at 10:00 a.m. on 12/22/16. A contempt hearing is set for 1:30 p.m. on 12/22/16 in the event any party believes it necessary. Defendants are notified that the hearing set for 12/22/16 will be their opportunity to show cause why they should not be held in civil contempt of the temporary restraining order entered 12/7/16 for the reasons stated in plaintiff's motion for preliminary injunction. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.