UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Pinkzebra Music, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-11099 |
| | ) Honorable Joan B. Gottschall |
| Shenzhen Wondershare Information | ) |
| Technology Co. Ltd., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants are required to do all within their power to notify third parties that the following music tracks – "Larger Than Life," "Walk Through Life," and "Spooky Fun" contained within "Summer Collection" and "Halloween Video Effects" packages may not be sold pending further order of court.

Defendants, their counterparts and related companies, employees, and persons acting in concert or participation with them must remove, by Monday, December 26, 2016, by 4:00 PM Central Standard Time, from defendants' websites and not distribute, offer for sale or otherwise make available "walk through life," "larger than life," and "spooky fun."

ENTER:

_____
Joan B. Gottschall
United States District Judge

Dated: December 23, 2016