UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINK ZEBRA MUSIC, LLC., ) | |
| ) | Case No. 16-cv-11099 |
| Plaintiff, ) | |
| ) | Judge: Hon. Joan B. Gottschall |
| v. ) | |
| ) | Magistrate Judge Sheila M. Finnegan |
| SHENZHEN WONDERSHARE ) | |
| INFORMATION TECHNOLOGY CO. LTD., ) | JURY TRIAL DEMANDED |
| WONDERSHARE SOFTWARE CO., ) | |
| ISKYSOFT STUDIO and AIMERSOFT ) | |
| STUDIO ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SUBSTITUTE DEFENDANTS' COUNSEL

Defendants Shenzhen Wondershare Information Technology Co., Ltd., Wondershare Software Co., iSkySoft Studio and AimerSoft Studio (collectively, "Wondershare"), by their undersigned counsel, and pursuant to Local Rule 83.17, respectfully requests that this Court permit Michael J. Robins and Ge Lei of Robins & Associates, LLC to withdraw their appearances for Wondershare as counsel of record in this matter and permit Richard D. Harris, Cameron M. Nelson, Barry R. Horwitz and Weisun Rao of Greenberg Traurig, LLP, to file their appearances *instanter* and substitute as Wondershare's counsel of record in this matter. In support of this Motion, Wondershare states as follows:

1. Michael J. Robins and Ge Lei of Robins & Associates, LLC currently have appearances on file in this matter on behalf of Wondershare.

2. Wondershare wishes to substitute its counsel of record in this matter.

3. No party objects to, and no party will be prejudiced by, the withdrawal of Michael J. Robins and Ge Lei of Robins & Associates, LLC as counsel of record for Wondershare and the

substitution of Richard D. Harris, Cameron M. Nelson, Barry R. Horwitz and Weisun Rao of Greenberg Traurig, LLP, as new counsel of record for Wondershare.

WHEREFORE, Wondershare respectfully requests that the Court allow Michael J. Robins and Ge Lei of Robins & Associates, LLC to withdraw their appearances as counsel of record for Wondershare and allow Richard D. Harris, Cameron M. Nelson, Barry R. Horwitz and Weisun Rao of Greenberg Traurig, LLP, to file their appearances *instanter* and substitute as counsel of record in this matter for Wondershare.

Respectfully,

Dated: January 3, 2017

SHENZHEN WONDERSHARE INFORMATION TECHNOLOGY CO. LTD., WONDERSHARE SOFTWARE CO., ISKYSOFT STUDIO and AIMERSOFT STUDIO

BY: /s/ Michael J. Robins_____
    Michael J. Robins
    Ge Lei
    Robins & Associates LLC
    33 North Dearborn, Suite 500
    Chicago, Illinois 60602
    Tel: 312-641-9500
    Fax: 312-641-9502

BY: /s/ Barry R. Horwitz_____
    Richard D. Harris
    Barry R. Horwitz
    Weisun Rao
    GREENBERG TRAURIG, LLP
    77 West Wacker Dr., Suite 3100
    Chicago, Illinois 60601
    Tel: 312-456-8400
    Fax: 312-456-8435