UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINK ZEBRA MUSIC, LLC., ) | |
| ) | Case No. 16-cv-11099 |
| Plaintiff, ) | |
| ) | Judge: Hon. Joan B. Gottschall |
| v. ) | |
| ) | Magistrate Judge Sheila M. Finnegan |
| SHENZHEN WONDERSHARE ) | |
| INFORMATION TECHNOLOGY CO. LTD., ) | JURY TRIAL DEMANDED |
| WONDERSHARE SOFTWARE CO., ) | |
| ISKYSOFT STUDIO and AIMERSOFT ) | |
| STUDIO ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Shenzhen Wondershare Information Technology Co., Ltd., Wondershare Software Co., iSkySoft Studio and AimerSoft Studio (collectively, "Wondershare"), by and through their undersigned counsel, respectfully move for a two week extension of time in which to respond to Plaintiff's Complaint.

The responsive pleading to Plaintiff's Complaint is currently due on January 5, 2017. The parties have stipulated that Plaintiff will file a response to the Complaint on or by January 19, 2017.

In view of the foregoing, the parties respectfully request that this Court grant the parties' Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint up to and including January 19, 2017.

                                              Respectfully submitted,

Dated: January 5, 2017                SHENZHEN WONDERSHARE
                                              INFORMATION TECHNOLOGY CO. LTD.,
                                              WONDERSHARE SOFTWARE CO.,
                                              ISKYSOFT STUDIO and AIMERSOFT
                                              STUDIO

                                              BY: /s/ Barry R. Horwitz
                                                 Richard D. Harris
                                                 Cameron M. Nelson
                                                 Barry R. Horwitz
                                                 Weisun Rao
                                              GREENBERG TRAURIG, LLP
                                              77 West Wacker Dr., Suite 3100
                                              Chicago, Illinois 60601
                                              Tel: 312-456-8400
                                              Fax: 312-456-8435

**CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, I electronically filed the foregoing **AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated: January 5, 2017                          /s/ Barry R. Horwitz