Exhibit 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PINK ZEBRA MUSIC, LLC., | ) | |
| | ) | Case No. 16-cv-11099 |
| Plaintiff, | ) | |
| | ) | Judge: Hon. Joan B. Gottschall |
| v. | ) | |
| | ) | Magistrate Judge Sheila M. Finnegan |
| SHENZHEN WONDERSHARE | ) | |
| INFORMATION TECHNOLOGY CO. LTD., | ) | JURY TRIAL DEMANDED |
| WONDERSHARE SOFTWARE CO., | ) | |
| ISKYSOFT STUDIO and AIMERSOFT | ) | |
| STUDIO | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF CHUN SUN

1.      My name is Chun Sun and I am the Chief Financial Officer of Defendant

Shenzhen Wondershare Information Technology Co. Ltd. ("Wondershare"). Wondershare is a

limited company organized under the laws of the People's Republic of China.  This declaration is

based upon my own personal knowledge of the facts stated herein, as well as based upon my

review of Wondershare's business records.  I am competent to testify to the following facts.

**I.      Wondershare has been in business since 2003.**

2.      I have reviewed a court transcript dated December 7, 2016.  (December 7, 2016

Transcript, Exhibit A.)  It is my understanding that the Court asked Plaintiff's counsel whether

they know anything about who Wondershare is.  It is my understanding also that Plaintiff's

counsel claimed that they had done "a fair amount of Internet research to try and discover as

much as we can" about Wondershare, and then stated that "we can't find that much information

out about this company." *Id.* at 3:21-23. It is my understanding that the Court accepted

Plaintiff's counsel's representations in its December 9, 2016 order, which states that Plaintiff's

counsel represented that he conducted a "reasonable search of public records and Internet

resources but found substantially less information about Defendants than, in his experience, would be typically available…." Doc. No. 14, at ¶ 3.

3.       Contrary to these representations, Wondershare is a well-established company that has been building its brands and reputation since 2003.  Information regarding Wondershare and its history can readily be found in public records, on the Internet, including Wondershare's own websites.

4.       Wondershare is proud of its accomplishments and provides detailed information about its history on at least one of its company websites.  Like many company websites, Wondershare has an "about" link at the bottom of its home page:



Any user who clicks the "about" link is directed to a second page which provides substantial quantities of information about Wondershare.  The very first link on that page is titled "Know Our History:"



A user who clicks the "Know Our History" link then sees a timeline of significant events in our company's history, going back to 2003.



A copy of Wondershare's Company History Webpage is attached hereto as Exhibit B. It can also be found online at https://www.wondershare.com/company/history.html. This webpage explains Wondershare's growth over the past 13 years:

- In 2003, Wondershare was founded and released its first software product, Wondershare Photo2VCD. That program allowed users to convert a series of

3

photos to a video CD that could be played in a standard CD or DVD player. For example, a user would use this program to convert a family photo album to a video CD that could be played on a TV.

- In 2004, Wondershare released another product, Wondershare PPT2DVD. This allowed users to convert PowerPoint files to a DVD that could be played in a standard DVD player.

- In 2007, Wondershare began offering applications for Mac users, in addition to Windows users.

- In 2007, Wondershare entered into a relationship with a leading software distributor in Europe.

- By 2008, Wondershare had established a branch in Japan and had partnered with Softbank, the number one distributor of software products in Japan.

5. These webpages were available on Wondershare's website at the time Plaintiff filed its Complaint, and at the time Plaintiff's counsel made representations to the Court regarding a "fair amount of Internet research to try and discover as much as we possibly can." Exhibit A, at 3:21-23.

**II. Wondershare has been favorably recognized in notable business publications.**

6. Wondershare's growth and accomplishments have been consistently, favorably recognized in the press:

- In 2009, 2010 and 2011, Wondershare was recognized as one of the "Technology Fast 500 Asia Pacific 2009" by the accounting firm Deloitte. This recognition is mentioned on Wondershare's website, and can be verified in Deloitte's own publications. (*See* Exhibit B; *Deloitte Technology Fast 500 Asia Pacific 2009 Ranking and CEO Survey*, Exhibit C; *Deloitte Technology Fast 500 Asia Pacific 2010 Ranking and CEO Survey*, Exhibit D; *Deloitte Technology Fast 500 Asia Pacific 2011 Winners Report and Ranking*, Exhibit E.)

- In 2011, Deloitte recognized Wondershare as one of the "Technology Fast 50 China." This recognition is mentioned on the Wondershare website, and can be verified in Deloitte's own publications. (Exhibit B; *2011 Deloitte Technology Fast 50 China Ranking and CEO Survey*, Exhibit F.)

- In 2011, *Forbes Magazine* recognized Wondershare as one of China's best small and medium enterprises (SMEs). This recognition is mentioned on the Wondershare website, and can be verified via *Forbes'* publications. (Exhibit B; *See* Wondershare Software Get Recognition in Forbes 2011 Ranking of Top

4

Small and Medium Enterprises in China, Exhibit G.)

- In 2012, *Forbes Magazine* again recognized Wondershare as one of China's best small and medium enterprises (SMEs). This is mentioned on the Wondershare website, and can be verified via *Forbes'* publications. (Exhibit B.)

7.      As shown in the attachments to this declaration, these publicly available documents continue to be referenced on Wondershare's website, and were referenced there at the time Plaintiff filed its Complaint.

8.      Wondershare is also listed in Crunchbase, a popular resource amongst business people and the venture capital community. Crunchbase provides the venture capital industry with information about investments in both public and private companies. Crunchbase is a free, publicly available resource. As shown below, CrunchBase contains a listing for Wondershare (also shown as Exhibit H):



Clicking on the links in Crunchbase provides additional information, such as who has invested in Wondershare. This information was and remains available to Plaintiff's counsel who claimed that "we can't find that much information about this company."

**III.     Wondershare clearly advertises its corporate addresses.**

9.      I understand that Plaintiff's counsel represented to the Court he could not find "addresses for one or more corporate offices at which software is developed." Doc. No. 13, at ¶ 3.

10.      Wondershare's website plainly lists its corporate offices and the addresses for those offices. The Wondershare website contains a "Contact" link at the bottom of the home page:



The "Contact" link leads directly to the locations of Wondershare's three offices, located in Shenzhen, Vancouver and Tokyo:



This page provides maps to each location, along with a media relations email address, a product support link, and a direct telephone number. This page was available on Wondershare's website at the time Plaintiff filed its Complaint, and is attached hereto as Exhibit I.

11.     I understand that Plaintiff has referred to a Houston address. Wondershare began setting up a U.S. subsidiary in 2011 with the intent that the U.S. subsidiary would help Wondershare expand its U.S. market share. The subsidiary never had a permanent employee and never had a facility. The Houston address was merely a temporary mailing address for the planned U.S. subsidiary. Wondershare ultimately decided to set up a Canadian subsidiary in Vancouver, British Columbia instead, to take over the responsibilities of the U.S. subsidiary, and Wondershare voluntarily cancelled the U.S. subsidiary (a California corporation) in June 2014.

## IV.    Information Regarding Wondershare's Employees Has Been Readily Available

12.     I understand Plaintiff's counsel has represented that they "could not locate information about corporate officers or employees of [Wondershare] other than…Tobee Wu." Doc. No. 14, at ¶ 3. Particularly, Plaintiff's counsel told the Court that they were not able to "find out more than one person's name related to the company." Exhibit A, 4:10-11.

13.     Wondershare's website includes a "Join Us" page which includes a listing of job openings, as well as photos of many of Wondershare employees.  A portion of this page is reproduced below, and a complete copy of the webpage is attached as Exhibit J.



14.     Wondershare is also listed in the popular social media platform LinkedIn. LinkedIn shows Wondershare to be a "Software Company" having what LinkedIn estimated was "501-1000 employees."  (LinkedIn Page, Exhibit K.)  LinkedIn also includes profiles for 211 of Wondershare's employees – nearly half of its total employees – including photos, job titles and descriptions.  This information appears to have been publicly available and is easy to locate.

**IV.     Wondershare Has Invested Heavily In Its Brand**

15.     I understand that Defendants' counsel has alleged that Wondershare is likely to "switch [its] operations to new trade names and websites." Doc. No. 14, at ¶ 3. Wondershare has invested heavily in its brand name and recognition over the past thirteen years.  This includes substantial brand name development and recognition on social media. On Facebook, Wondershare has around 149,000 likes on Facebook, and Filmora (Wondershare's flagship video editing product) has 13,400 likes.  On Twitter, Wondershare has 6,600 followers. On YouTube,

Wondershare has 8,100 subscribers and 10.6 Million views. It has taken years of advertising, promotion, and customer satisfaction to build this level of brand loyalty among consumers, and Wondershare would lose these followings if it changed trade names. These numbers are all readily verifiable via basic internet research.

16.     Wondershare also has approximately fifteen U.S. trademark registrations alone. (TESS system list of trademark registrations, Exhibit L.) Wondershare has invested time, capital and resources in developing and protecting the brands reflected in these trademark registrations, both in the United States and abroad. Wondershare could not switch to new trade names and websites without abandoning its investment and substantial goodwill in these brands, and has no intention of doing so. The records of these trademark registrations are all publicly available from the United States Patent and Trademark Office website.

## VI.     Wondershare Sells Several Software Products

17.     Wondershare's website also shows that Wondershare sells many products beyond the video editing software that Plaintiff addresses in its Complaint. Wondershare has developed and continues to distribute the following software products:

- Filmora – a video-editing software program for Windows and Mac OS (available at https://filmora.wondershare.com/video-editor/).

- FilmoraGo – a video-editing software program for Android OS and iOS (available at https://filmora.wondershare.com/filmorago-video-editing-app/).

- Video Converter Ultimate – a video-conversion software program for Windows and Mac OS (available at https://videoconverter.wondershare.com/).

- DVD Slideshow Builder Deluxe – a Windows-based software program for weaving photos and video clips into a DVD slideshow (available at https://www.wondershare.com/pro/dvd-slideshow-builder-deluxe.html).

- Dr.Fone – a data recovery software toolkit for Android OS and iOS (available at https://drfone.wondershare.com/android-data-recovery.html and https://drfone.wondershare.com/iphone-data-recovery.html).

- Data Recovery – a data recovery software program for Windows and Mac OS for

recovering data on computers, hard drives, flash drives, memory cards, smartphones, tablets, cameras and camcorders (available at https://datarecovery.wondershare.com/).

- Photo Recovery – a professional software tool specially designed for recovering photos, videos and audio files from storage devices (available at https://datarecovery.wondershare.com/data-recovery/photo-recovery.html).

- PDF Element – a software program for Windows, Mac OS and iOS that enables users to read, edit, convert, sign and share PDF documents (available at https://pdf.wondershare.com/pdfelement/, https://pdf.wondershare.com/pdfelement-mac/ and https://pdf.wondershare.com/pdfelement-ios/).

- eSign+ – a software program for electronically signing documents (available at https://esign.wondershare.com/).

- TunesGo – a software program for Windows and Mac OS that enables users to manage music, video, photos, contacts, messages, apps and files on their smartphone or tablet (available at https://tunesgo.wondershare.com/),

- MobileGo – a software program for Windows and Android OS that enables users to manage music, video, photos, contacts, messages, apps and files on their smartphone or tablet (available at http://mobilego.wondershare.com/).

- MobileTrans – a software program for Windows and Mac OS that enables users to transfer files to and from their smartphone or tablet (available at https://drfone.wondershare.com/phone-transfer.html).

- SafeEraser – a software program for Windows and Mac OS that enables users to permanently erase data from their Android OS and iOS smartphone or tablet (available at https://www.wondershare.com/iphone-data-eraser/).

18.     These are software products sold under the Wondershare brand.  Wondershare owns the iSkysoft and Aimersoft brands, and sells yet additional software under these brand names. Wondershare also owns the Spotmau brand, which sells additional products. Overall, Wondershare develops and sells more than thirty different types of software. These other thirty-plus software products do not appear to have anything to do with Plaintiff's allegations.

**III.     Video Editing Software Comprises Only A Portion Of Wondershare's Revenues.**

19.     Only three of Wondershare's software products appear to be related to Plaintiff's

Complaint – namely, (1) Filmora (and its variant FilmoraGo), (2) iSkysoft Video Editor and (3) Aimersoft Video Editor (the "Video Editing Products").

20.     At our counsel's request, we have examined our sales of the Video Editing Products. In 2014, Wondershare's sales of the Video Editing Products comprised ███████ of Wondershare's total revenues. In 2015, Wondershare introduced its Filmora video editing product, and total sales of Video Editing Products comprised █████ of Wondershare's total revenues. In 2016, sales of Video Editing Products comprised █████ of Wondershare's overall sales revenues.

21.     Wondershare did not "sell" any of Plaintiff's songs and is not aware of any revenue actually generated by Plaintiff's songs.

**IV. The Accused Video Editing Software Effects Packs Each Contain Many Video Tools Having Nothing To Do With Background Music**

22.     Filmora was previously sold under the brand Wondershare Video Editor (a video editing software program) and was rebranded as Filmora in 2015. Filmora provides a toolkit that enables consumers to easily create a finished, professional-looking video. The stock Filmora program allows users to add many effects to their videos. These effects include audio tracks (including music), text elements, titles, graphic elements, filters, overlays, and transitions. Consumers can purchase effects packs from Wondershare for an additional cost, and the types of effects in the pack can vary from pack to pack. For example, the Action Cam Winter Collection Pack shown below contains 56 elements, 11 overlays, 44 titles, 13 transitions and 4 filters. This toolkit does not include any audio files.



23.    Wondershare offered a Summer Collection effects pack to consumers for free. The Summer Collection effects pack contained 27 elements, 2 overlays, 8 titles, 16 transitions, and 4 sample music tracks. (Exhibit M.) The songs "Walk Through Life" and "Larger Than Life" were among the 4 music tracks contained in the Summer Collection effects pack. (*Id*.) The songs "Walk Through Life" and "Larger Than Life" were first made available for download in August 2016.

24.    Wondershare offered a Halloween Collection effects pack to consumers for free. The Halloween Collection effects pack contained 12 music tracks, 21 overlays, 13 titles, and 9 filters.  (Exhibit N.) The Halloween Collection effects pack contained the song "Spooky Fun." The song "Spooky Fun" was first made available for download in October 2015.

25.    Wondershare has removed the Summer Collection and Halloween Collection effects packs, and they are no longer available to new customers or consumers who upgraded their Filmora to the new version.

26.    Because the Summer Collection and the Halloween Collection were made available for free download, and no end user was ever charged money to download those expansion packs, Wondershare never earned any revenue from the download of the Summer

12

Collection or the Halloween Collection.

27.     We are attempting to assess the number of users who used the songs "Larger Than Life," "Walk Through Life," and "Spooky Fun" in making a video. We do not keep data on every element every user has ever used in a video, but we do sample this data. The sampling rate is about 10%. From that 10% sampling protocol, we have identified only 64 uses of these songs in our data, which suggests that the three songs were actually used around 640 times collectively. We note that this is a preliminary estimate and we are still studying the data.

**IV. Wondershare Does Possess A License For Plaintiff's Songs**

28.      I understand that Mr. Struyk stated in his declaration that "Defendants have not obtained any rights or licenses from Pinkzebra to use the tracks." Doc. No. 10, at ¶ 18.

29.     Wondershare does in fact have licenses for all three of the music tracks at issue. Wondershare obtained licenses from AudioJungle for each track, and receipts for these licenses are attached hereto. (Exhibits O, P and Q.)

**IV. Wondershare's Ordinary Business Expenses**

30.     We have provided our counsel with financial statements for 2014, 2015 and 2016. These financial statements were outputted in Chinese from our ordinary course data contained in our accounting system database. The financial statements from 2016 do not include the month of December yet. I understand that our counsel has prepared machine translations of the financial statements. We have authorized our counsel to share this information with the Court, under appropriate protections, considering the confidentiality of this information, and the competitive harm that would result from publishing this information to our competitors. The currency of these financial statements is RMB. The exchange rate between RMB and U.S. Dollars is currently 6.91.

31.     Wondershare does have several PayPal and other merchant accounts. The need

for multiple accounts arises from the fact that Wondershare operates different websites and, as set forth above, sells entirely different products from video editing software. Wondershare regularly collects funds from these PayPal accounts and transfers them to Wondershare's bank in China.

32.     Wondershare does not consider its PayPal accounts to be in the United States. Wondershare does not limit its sales to the United States, and a substantial portion of its revenue is derived from sales outside of the United States. In these transactions, both Wondershare and its customers are located outside of the United States. These funds likewise pass through Wondershare's PayPal accounts.

33.     Wondershare routinely withdraws several hundred thousand dollars from its PayPal accounts at the end of each year in order to pay its expenses, including expenses associated with its substantial payroll, as well as ongoing marketing and promotion costs. Attached as Exhibits R, S and T are lists of withdrawals in December 2014, December 2015 and December 2016. These exhibits show that Wondershare's withdrawals from its PayPal accounts in December 2016 are consistent with its ongoing ordinary course business expenses—and, in fact, that its withdrawals in December 2016 were lower than its withdrawals in December 2015.

34.     The inability to access its generated revenues not only in December of a given year, but also throughout the year, would seriously hamper Wondershare's business operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2017.

Chun Sun
Chief Financial Officer
Shenzhen Wondershare Information Technology Co. Ltd.

Exhibit A

1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3
     SUPPRESSED,                         )   Docket No. 16 C 11099
 4                                       )
                          Plaintiff,     )
 5                                       )
                   vs.                   )
 6                                       )
     SUPPRESSED,                         )   Chicago, Illinois
 7                                       )   December 7, 2016
                          Defendant.     )   9:30 o'clock a.m.
 8

 9              TRANSCRIPT OF PROCEEDINGS - MOTION
              BEFORE THE HONORABLE JOAN B. GOTTSCHALL
10

11   APPEARANCES:

12
     For the Plaintiff:      WOLEK & NOACK
13                           BY:  MR. BRIAN T. NOACK
                                  MR. ADAM WOLEK
14                           333 S. Wabash Avenue, Suite 2700
                             Chicago, Illinois  60604
15

16   Court Reporter:         MS. JOENE HANHARDT
                             Official Court Reporter
17                           219 S. Dearborn Street, Suite 1744-A
                             Chicago, Illinois  60604
18                           (312) 435-6874

19

20              * * * * * * * * * * * * * * * * *

21

22                    PROCEEDINGS RECORDED BY
                      MECHANICAL STENOGRAPHY
23                 TRANSCRIPT PRODUCED BY COMPUTER

24

25
```

2

```
 1              THE CLERK:  Case No. 9:  16 C 11099, Suppressed vs.
 2     Suppressed.
 3              THE COURT:  Good morning.
 4              MR. NOACK:  Good morning, your Honor.
 5              My name is Brian Noack on behalf of Pinkzebra Music,
 6     LLC, the plaintiff.
 7              MR. WOLEK:  My name is Adam Wolek, also on behalf of
 8     the plaintiff, your Honor.
 9              THE COURT:  All right.  Okay.
10              Well, I have read everything you have given me and I
11     have a few questions.
12              First of all, you have not given me a draft TRO.
13              At least, if you have, I have not been able to find
14     it.
15              MR. NOACK:  I will double-check, your Honor.  If we
16     have not, I can get you one shortly.
17              THE COURT:  Of all of the things -- I mean, here is my
18     only big problem with this.  When we come down to -- let me
19     just make a few things clear.
20              I think you have shown me that you have a likelihood
21     of success on the merits.
22              I think that you shown me that there is a presumption
23     of irreparable harm in this kind of case.
24              It is also true, of course, that if I enter the
25     injunction that you are asking for, it may well -- I do not
```

1   know, but it may -- have very significant effects on the

2   defendant.

3          The theory by which you asked me to do this without

4   notice is that people -- as I understand it, entities -- like

5   the defendants tend to have these offshore accounts and they

6   move money around.

7          You know, you are telling me this.  Basically, it is

8   quite conclusory.  I mean, I do not know who Shenzhen

9   Wondershare Information Technology Company is -- if it is just

10  some fly-by-night thief organization or if it is actually a

11  legitimate organization that is going to be seriously affected

12  by what you are asking me to do.

13         And you do not tell me much.  You just say, "Entities

14  like this do -- " "On information and belief, entities like

15  this do various things."

16         Do you not know anything about who this defendant is

17  at this point, I mean, that would give me a little bit of

18  security about whether they are people who are going to go

19  spirit their assets away and do things like that, if I enter

20  this TRO without notice?

21         MR. NOACK:  Well, your Honor, we have done a fair

22  amount of Internet research to try and discover as much as we

23  possibly can.

24         THE COURT:  Okay.

25         MR. NOACK:  And one of the things we have noticed is

1    that we can't find that much information out about this

2    company, which is not a great sign for --

3              THE COURT:  Okay.

4              MR. NOACK:  -- a company that isn't planning to move

5    money away as soon as possible.

6              THE COURT:  So, what kind of information would you

7    expect to find, that you cannot find?

8              MR. NOACK:  Well, for most of the United States

9    companies that have some sort of vested interest in being here,

10   you are able to find out more than one person's name related to

11   the company.  You are able to find out offices that are in this

12   country.

13             We haven't been able to find out much beyond just the

14   name of the owner and one tiny branch in Texas, that we are not

15   even positive is fully related to the named company at issue

16   here.  So, we really can't find a whole lot of contacts, other

17   than the Web site, tying them to this country.

18             So, our fear is, as soon as they get wind of this Web

19   site, that they are going to immediately shuttle all of their

20   assets to China and good luck getting them, essentially.

21             THE COURT:  Well, no one -- I mean, these defendants,

22   to your knowledge, have not been sued before, where this is

23   like we are doing this for the first time?

24             MR. NOACK:  That is correct, your Honor.

25             THE COURT:  And do you have information that the

```
 1   various defendants are related to one another?
 2            MR. NOACK:  We believe so, yes.
 3            THE COURT:  Is that in the complaint?
 4            Where would I have a basis for that?
 5            MR. WOLEK:  Your Honor, if I may, from the research we
 6   found, we only have one person's name tied to all of the
 7   companies.
 8            THE COURT:  Yes.  I need to find the basis for that in
 9   the record, though.  So, I am just asking.  Is it in the
10   complaint?
11            Do we have the complaint here?  I do not have the
12   complaint in front of me.  Let me take a look at that.
13            (Document tendered.)
14            THE COURT:  I mean, you are asking for extraordinary
15   relief and I am perfectly happy to give it to you, but I want
16   to make sure there is a basis for it.
17            Okay.  So, you say in Paragraph 3 of the complaint --
18            MR. NOACK:  Yes, your Honor.  We --
19            THE COURT:  -- that Toby Woo you are associating with
20   all three of those?
21            MR. NOACK:  Yes.  You are correct, your Honor.
22            THE COURT:  Yes, yes.  I see.
23            Okay.  So, that is Paragraphs 2, 3 and 4 of the
24   complaint.
25            Now, Wondershare is located in the United States --
```

1    has an office in the United States -- but the others do not, as
2    I understand this?
3              MR. NOACK:  That is correct, your Honor.
4              MR. WOLEK:  And to be clear, your Honor, we don't know
5    if that is a physical address.  We just saw an incorporation
6    paper, but we couldn't find anything about it whatsoever.
7              THE COURT:  How would you investigate that?
8              I mean, can we go on Google and see if that address
9    exists?
10             MR. WOLEK:  Yes.
11             And we believe it is just merely a PO box, is my
12   recollection.
13             MR. NOACK:  That is consistent with mine, as well.
14             THE COURT:  Okay.
15             Well, if I give you the TRO without notice and if I
16   grant you leave to serve them by e-mail, can you also serve
17   them in the normal way, however long it takes?
18             I mean, I do not know why you cannot go ahead and make
19   an effort to serve the Texas entity.
20             Why can that not be done?  I mean, that does not even
21   require the Hague Convention.
22             If you tried to serve them and they were not there, I
23   would know a lot that I do not know right now.  Okay?
24             MR. NOACK:  That is fair.
25             MR. WOLEK:  That is fair, your Honor.

```
 1              The fear is that they still move the money abroad.  I
 2    mean --
 3              THE COURT:  Right.
 4              But what I am going to do is I am going to give you
 5    your TRO.
 6              MR. WOLEK:  Okay.
 7              THE COURT:  And I am going to allow you to serve them
 8    by e-mail.
 9              MR. WOLEK:  Sure.
10              THE COURT:  But, then, it seems to me, you ought to
11    try to serve them -- I mean, certainly at this Hazelhurst
12    Drive, Houston, Texas -- so they can come here and defend
13    themselves, if they need to do that, before they are put out of
14    business.
15              MR. NOACK:  That makes sense, your Honor.
16              THE COURT:  All right.
17              So, why do we not do that.
18              I do need an order, but I can find that you have shown
19    a likelihood of success on the merits; but, particularly, by
20    the declaration of the songwriter who has listened to the songs
21    and says that they are available on this Chinese Web site; he
22    does not receive any consideration for their distribution on
23    this Web site; and, that they are exact copies of his songs,
24    for which he now has a copyright, correct?
25              MR. NOACK:  Yes.
```

8

1         THE COURT: And I also find that there is no adequate

2 remedy at law for this kind of ongoing copyright violation

3 because the cases indicate that money damages are insufficient.

4         But I do -- contrary to your argument, I think I am

5 required to set some kind of a bond, but I will accept your

6 $10,000 suggestion, but I do -- need that order.

7         So, when do you want to come back with the order and I

8 can make sure that the order reflects what -- and I am also

9 going to -- let's see.

10         I guess I would need to find for the record that you

11 have made out the requirements of Rule 65 to have this TRO

12 entered without notice; and, they are, that the facts that you

13 have given me in the affidavits and the declarations show that

14 immediate and irreparable injury, loss and/or damage will

15 result to the movant before the adverse party can be heard in

16 opposition; and, additionally, that your inability to find --

17 what do we call it -- I mean, it is registrars in the United

18 States, whatever, that you can adequately serve, suggests a

19 significant possibility that the money will be moved away

20 before you are able to get it, if they have notice.

21         And, additionally, I found that you have adequately

22 shown me a basis for making service by e-mail.

23         But, additionally, I am going to require that you

24 attempt to give regular notice, as well, and particularly with

25 respect to the Texas address.

1           I think that ought to be done without delay.

2           MR. NOACK:  Thank you, your Honor.

3           THE COURT:  Okay.

4           So, when do you want to come back and give me the

5   order?  And, hopefully, I will not need to add or change it or

6   do anything with it.

7           It should say all of these things.  It should deal

8   with the requirements for the TRO.  It should deal with the

9   requirements for a TRO without notice.  And it also ought to

10  state what you have already told me about why e-mail service is

11  adequate in this case.

12          So, at your convenience --

13          MR. NOACK:  I mean, ideally, we could have something

14  done by the end of today.  So, whatever works best for the

15  Court.

16          THE COURT:  That is fine.

17          Why do you not -- that can be sent to our e-mail

18  address.  I will look at it.  I will let you know if I need

19  anything.

20          And if I can just enter it, we will let you know the

21  time and date when it is entered.

22          If you serve it by the end of the day today, it is

23  probably going to be tomorrow, assuming that it is completely

24  adequate.

25          MR. NOACK:  Okay.

```
1              THE COURT:  Okay?

2              MR. NOACK:  Thank you very much, your Honor.

3              THE COURT:  All right.  Thank you.

4              MR. WOLEK:  Thank you, your Honor.

5                          *   *   *   *   *

6    I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.
7

8    /s/ Joene Hanhardt                January 5, 2017
     Official Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit B

Our Company    Leadership    History    Contact    Business    Join Us

# Our Brief
# History in years



## 2016

Wondershare's sister company "Spotmau" is leading the smart home revolution by providing one-stop smart home security product and services to thousands of Chinese homes.



## 2015

Filmora, the latest masterpiece from Wondershare, offer a rich and exhilarating cross-platform video editing experience around the world.



## 2014

Established Wondershare Canada.



# 2013

March 2013 Once again honored as the 'Best Software Enterprise' in China.

**Forbes**

# 2012

March 2012 Wondershare again one of "Forbes 2012 China Potential Enterprises."

**Forbes**

# 2011

March 2011 Wondershare again one of "Forbes 2011 China Potential Enterprises."

**Deloitte.**

December 2011 Wondershare awarder for the third time "2011 Deloitte Technology Fast 50 China".



# 2010

January 2010 Achieved CMMI Maturity Certification.

February 2010 Established the branch company in Hong Kong, China.

# 2009

May 2009 Established the branch company in Europe.

**Deloitte.**

December 2009 Awarded by Deloitte with the "Technology Fast 500 Asia Pacific 2009".



## 2008

Established the branch company in Japan, and partenered with Softbank, the No.1 software distributor in Japan.

Certified as a National Hi-Tech Enterprise.



## 2007

Released the first application for Macintosh users.Cooperated with the leading software distributor in Europe, and entered the European retail market.



## 2006

Introduced a wide range of applications in the area of Multimedia Software.



## 2005

Extend the product line to Audio / Video Conversion.



## 2004

Relased the flagship product Wondershare PPT2DVD.



## 2003

Wondershare Software Ltd. Founded. Released the first product Wondershare Photo2VCD.

# Contact Us

Any questions? Feel free to contact our offices in Shenzhen, Vancouver, or Tokyo.

Learn more →



| Company | ⌄ |
| --- | --- |
| Products | ⌄ |
| Featured | ⌄ |
| Support | ⌄ |

Follow us

Newsletter

| Email | Join Now |

Bring simple to life.

Terms & Conditions    Privacy    License Agreement

Copyright © 2017 Wondershare. All rights reserved.

US

Exhibit C

**Deloitte.**



Soaring to new heights
Deloitte Technology Fast 500
Asia Pacific 2009
Ranking and CEO Survey

# Contents

Foreword                                                                        1

DTT TMT at a glance                                                             2

Fast facts file                                                                4

View from the top: Interview with Chen Nian, CEO of Vancl.com                  8

Soaring highest: The top 10 companies                                          10

Deloitte Technology Fast 500 Asia Pacific 2009 Ranking                         14

Deloitte Technology Fast 500 Asia Pacific 2009 CEO Survey                      26

Technology Fast 500 Asia Pacific smart companies:                              36
Clare Howden, CEO, Futrix

Contacts at Deloitte Touche Tohmatsu (DTT) and its member firms                38

About the DTT Global Technology, Media & Telecommunications                    40
Industry Group

# Foreword

Over the past eight years, we've watched technology companies in Asia Pacific achieve incredible growth, and we've tracked their opportunities, ambitions, challenges and threats in the Deloitte Touche Tohmatsu (DTT) Global Technology, Media & Telecommunications (TMT) Industry Group's annual *Deloitte Technology Fast 500 Asia Pacific Ranking and CEO Survey*, one of the region's most comprehensive and respected rankings of fast-growing technology companies.

In this—our eighth edition—we see how the world's economic recession has shaped their plans and practices for growth. Key data is obtained from companies in Australia, China (Hong Kong), India, Japan, Korea, Malaysia, New Zealand, Singapore, Taiwan and Thailand. The ranking recognizes the top 500 technology companies, both public and private, according to their revenue performance over the past three years.

The top five companies this year averaged a three-year revenue growth rate of 8,980 percent, significantly lower than last year's record-breaking 30,038 percent, but more in keeping with the rates of 2007 (13,849 percent) and 2006 (6,799 percent). Overall, the average percentage growth rate for the entire 500 ranked companies was 361 percent, about half the rate in 2008.

For the third time, the winning company hailed from China, with newcomer Vancl—a direct marketing B2C online clothes retailer—boasting an extraordinary growth rate of 29,577 percent. Indeed, Vancl's stellar performance in 2009 clearly skews the top-five average, considering the large gap between it and the Taiwan-based runner-up High Power Opto Inc at 7,240 percent. How Vancl achieves its remarkable growth is told in our interview with CEO Chen Nian on page 8.

This year, 230 CEOs gave us a behind-the-scenes peak into how they've continued to achieve high growth rates in a difficult year.

In the DTT TMT industry group's annual CEO survey on page 26, they specifically describe the ups and downs of the turbulent economic climate.

What we found was unwavering confidence. The Asia Pacific CEOs participating in this year's survey are stirred, not shaken, by the financial downturn and are keeping growth targets static and in sight, with 30 percent setting even more aggressive growth targets. Not only are they positive about their status quo, with their ongoing commitment to innovation and talent strategies, they are adapting where necessary. About 56 percent are placing an even greater emphasis on organic growth strategies to weather the economic turbulence, while tolerance for riskier R&D initiatives has decreased.

The Technology Fast 500 of 2009 have met the year head-on with adaptability and a balance-and-moderation approach to their business strategies.

Congratulations to all the winning companies on their remarkable achievements.



**Jolyon Barker**
Global Managing Partner, DTT Technology, Media & Telecommunications Industry Group



**Yoshitaka Asaeda**
Deloitte Japan, Partner in charge of Deloitte Technology Fast 500 Asia Pacific program

# DTT TMT at a glance

### A global presence

DTT TMT comprises Deloitte member firm TMT practices in 45 countries. With dedicated Centers of Excellence (CoE) in the Americas; in Europe, Middle East and Africa (EMEA); and in Asia Pacific, the DTT TMT group's footprint includes more than 7,000 Deloitte member firm partners and professionals around the world. These individuals are dedicated to helping member firm clients evaluate complex issues, resolve problems and implement practical solutions across the entire TMT spectrum. To better serve member firm clients comprehensively and with the utmost integrity, Deloitte member firm practitioners provide a range of multidisciplinary capabilities, while adhering to core operating principles and committing themselves to Deloitte's shared values:

### Multidisciplinary capabilities

- Global audit and enterprise risk services (ERS)
- Global consulting
- Global tax
- Global financial advisory

### Measuring success

- Leading in scale and growth
- Superior and sustainable profitability
- Market leadership
- Innovation
- Flexibility
- Magnet for talent / global culture
- Eminence / brand image
- Exceptionally client-centric

### Deloitte shared values

- Integrity
- Outstanding value to markets and clients
- Commitment to each other
- Strength from cultural diversity

### Commitment to growing companies

Across the world, DTT member firms operate programs and initiatives to promote growing companies, including the Deloitte Technology Fast 50 and Fast 500 programs. These programs recognize the fastest-growing TMT companies in individual countries and in the regions of North America, EMEA and Asia Pacific. CEOs are surveyed to capture the perspective of those working with the hottest TMT companies, while member firms survey major venture capital associations around the world on topical matters within the industry. The results are reported in the *Global trends in venture capital* survey and distributed globally.

### Investing in research that matters

DTT TMT keeps abreast of the trends and developments that regularly redefine the rules of the game and makes significant investments in producing cutting-edge thought leadership. We are deeply committed to providing member firm TMT professionals with the insights that can keep them at the forefront of critical trends. In addition to helping member firm clients, Deloitte member firms' innovative thinking is highly valuable to, and sought by, a range of stakeholders: business schools, trade organizations, government agencies and companies of all sizes.

DTT TMT's research team is supported by a global network of DTT TMT member firm professionals, whose knowledge and experience are gained from working directly with leading companies around the world. This combination of rich industry experience and views of where the industry is heading helps produce thought-pieces that are consistently compelling, timely and practical.

Recent thought leadership reports include:

- *Technology Predictions: TMT Trends 2009*
- *Media Predictions: TMT Trends 2009*
- *Telecommunications Predictions: TMT Trends 2009*
- *Global trends in venture capital: 2009 global report*
- *Reality Check: State of the Media Democracy*
- *Losing Ground: 2009 TMT Global Security Survey*

### Knowledge across borders

The promotion of knowledge transfer across regional and functional boundaries is fundamental to DTT member firms' culture. The TMT knowledge management team comprises 34 knowledge managers in 29 locations, each of whom is dedicated to assisting practitioners with their knowledge management needs.

### Delivering value to clients

Creating value for clients remains the key measure of success for DTT member firms. Aside from showing clients how to apply the latest business methods and technologies, member firms help TMT clients understand and respond to emerging trends. DTT TMT member firm professionals hold regular conferences and webcasts with clients to discuss the latest business developments, and obtain input that helps set the direction for future research. This sharing of knowledge is invaluable to deepening client relationships and ensuring that the needs and concerns of clients are fully understood. DTT TMT member firm practitioners also participate in major TMT conferences around the world, capitalizing on the opportunity to deliver speeches and lead sessions on key topical matters on the minds of today's TMT executives.

Additionally, DTT TMT member firm practitioners share best practices through CoE, established to help meet client needs across geographies and functions. A team of senior TMT member firm partners has been designated to help enable efficient global coordination and identification of resources and experts, to respond to complex global proposals.



# Fast facts file

## By location

Taiwan held its lead in contributions to the fastest-growing technology companies in Asia Pacific, with 99 Taiwanese companies making the 2009 ranking, slightly down from the 112 firms who appeared in 2008.

China made a significant leap into second place this year, for contributions by location—97 Chinese firms joined the ranking, compared to 72 in 2008 and 53 in 2007.

**Top 20**

China supplied nine companies to the top 20 ranking this year, followed by Taiwan with six companies. From newcomer sector Green Technology, six companies ranked in the top 20.

### Ranked companies represented by location



## By revenue growth

No records were broken this year, but the top five companies still grew an impressive 8,980 percent in average revenue growth over the past three years, about one third of last year's top five performance rate. Across all 500 companies, the three-year average revenue growth rate came in at 361 percent, about half the rate of last year.

### Ranked companies represented by revenue growth



4

**Ranked companies represented by industry sector**



**By sector**

For the third year in a row, Software outranked all other sectors, with 163 software companies in the top 500 ranking, a climb of almost 17 percent from 2008. Yet, despite its numbers, no software companies made the illustrious top 10 list.

With a total of 78 companies in the ranking, the Internet sector continues to increase in number, taking second place this year and boasting the winning company for 2009. With 76 companies, nearly half that of Software, the Semiconductors, Components and Electronics sector placed third, down in contributions from 2008.

The Green Technology sector, which was added to the industry sector breakdown this year, welcomed 28 companies, six of which made the top 20 list.

**Ranked company revenue breakdown (in USD)**



**By revenue category**

As in previous years, the majority of the ranked companies have revenues of less than USD50 million. In 2009, eight companies recorded more than USD1 billion in revenue, down from 14 companies in 2008.

**By sector and location**

The dominant Software sector saw most of its contributions once again from India (60), followed by China (31) and Australia (24). Taiwan supplied the most Semiconductors, Components and Electronics companies (52), as it did in the previous two years. This year, New Zealand (21) equaled Japan (21) in the number of Internet companies in the ranking, while new industry sector Green Technology was represented mostly by China (12), Taiwan (8) and Korea (6). Australia led the contributions for Telecommunications / Networking (16), while Korea supplied the majority of Computers / Peripherals companies (24).

| Ranked companies by industry and location | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Australia | China | India | Japan | Korea | Malaysia | New Zealand | Singapore | Taiwan |
| Biotech / Pharmaceutical / Medical Equipment | 2 | 17 | 3 | 6 | 2 | 0 | 2 | 1 | 11 |
| Telecommunications / Networking | 16 | 8 | 4 | 2 | 10 | 0 | 9 | 0 | 0 |
| Computers / Peripherals | 0 | 7 | 1 | 0 | 24 | 0 | 2 | 0 | 7 |
| Internet | 17 | 9 | 1 | 21 | 4 | 2 | 21 | 0 | 3 |
| Semiconductors, Components and Electronics | 0 | 6 | 2 | 2 | 12 | 1 | 1 | 0 | 52 |
| Software | 24 | 31 | 60 | 14 | 8 | 5 | 14 | 0 | 7 |
| Green Technology | 0 | 12 | 0 | 1 | 6 | 0 | 0 | 1 | 8 |
| Media and Entertainment | 0 | 7 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Other | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 11 |

**Public versus private**

The number of private companies in the ranking climbed this year to 291, a substantial increase on the 220 private companies in the 2008 ranking.

| Public versus private companies in the past three years | | | |
| --- | --- | --- | --- |
| | 2009 | 2008 | 2007 |
| Public | 209 | 280 | 217 |
| Private | 291 | 220 | 283 |



# View from the top:
## Interview with Chen Nian,
## CEO of Vancl.com



**Deloitte:** How did your company leverage technology to achieve its rapid growth of 29,577 percent in the past three years?

**Chen Nian:** The initial ideas for our technology system referenced the architecture of Amazon's old technology systems. However, after a period of practical operation, we recognized the technology requirements of online clothing sales were vastly different from the simple requirements of Internet B2C, and more complicated than B2C marketing. And we saw how, for Vancl, technology influenced processes on and off the Internet. We've since adapted our technology model to better fit our operations and our customer experience goals.

**Deloitte:** What are the three most important factors for your company to realize rapid growth?

**Chen Nian:** First, we expect our products to be cost-effective to manufacture and offer customers world-class quality and reasonable prices. Second, our marketing and sales must take advantage of the efficiency of the Internet and create an online garment market in China, where none existed before.

The third and most important factor is excellent customer experience. As a brand established on the Internet in a traditional bricks and mortar market, the online customer experience is more important than it is for a typical retail store where, for example, customers try on clothing. To meet customers' needs to test our products, we launched a "live try-on" service. This means our deliveries can take more than half an hour, significantly more than the standard five-minute delivery of other types of products.

**Deloitte:** How do you motivate employees and management to realize your company's rapid growth?

**Chen Nian:** Some people might view Vancl as a mature company, but Vancl has far from completed its start-up journey. During this time, all employees have enjoyed a lot of space to operate in, which has been motivational in its own right. This will need to change to a more structured environment as we continue to develop. I also expect to put in place incentive mechanisms, such as stock options. Moreover, I hope to instill a sense of self-accomplishment and the belief in the value of lifelong benefits among my colleagues, rather than only temporary benefits.

**Deloitte:** How do you manage the customer relationship?

**Chen Nian:** We've changed the relationship between the traditional garment company and its customer. We've abandoned the standard policies that serve the company, rather than the customer, such as not providing refunds for laundered or label-removed clothing.

We seek to develop the customer relationship and, by doing so, realize higher returns over the long term. We introduced a "free carriage" promotion for five months, earlier this year, which imposed enormous pressures on our distribution system, increased operating costs by seven percent on average and caused our product-return ratio to rise from three to eight percent. As a result, some customers submitted very small orders. Still, if we can convince a customer who buys a pair of socks at 10 yuan to experience the Vancl brand, the actual increased cost is insignificant compared to the increased brand recognition.

"Some may puzzle about Vancl's success, but I can tell you that what's behind our growth is our strong team."

**Deloitte:** What's the biggest operational challenge Vancl is currently experiencing?

**Chen Nian:** People. We are short of talent in all sectors. Fortunately, I have a team with a long-term view of our potential and a good understanding of our brand and operations. Team is the reason for our healthy growth in 2008 and it's why we have become publicly recognized. Similar companies with similar brands have tried and failed. Some may puzzle about Vancl's success, but I can tell you that what's behind our growth is our strong team.

**Deloitte:** How do you manage innovation in Vancl?

**Chen Nian:** We manage innovation according to requirements. At Vancl, we attempt a lot of things that have not been tried by others. Take the fitting system as an example. We looked at existing 3D products and considered how we could use advanced technology to show a human body from various angles with unlimited matches. But in the end, we found the application old-fashioned and simply not relevant. Now we are attempting an interactive experiment where users enter data such as height and arm length to dress a human body. Essentially, if we can implement general B2C technology in these aspects, we will do some very great things.

"Essentially, if we can implement general B2C technology in these aspects, we will do some very great things."

**Deloitte:** Will Vancl continue to record such impressive growth rates over the next three years? What are the key drivers?

**Chen Nian:** So far, we've only touched the tip of the iceberg in China, with two to three million buyers out of a total of 300 million netizens. In today's market in China, even if you sit still with your arms crossed, you'll realize growth. That's one reason I am confident that with our persistent efforts and talented team, growth is a definite for Vancl.

The other reason is that I expect, within the next three years, there will be a sudden growth surge that is not driven by the company or its advertising, but by the market. The longer a brand name exists, the more credible it becomes. At some point, say in three to five years, the growth will suddenly boom as customers accept your brand. Today, if there are 10 million items of Vancl-branded clothing worn by two to three million consumers, you can expect an immense multiplication in the future. In truth, it's difficult to project growth. It's beyond any sensible calculation.

**Deloitte:** As CEO, what are the three main objectives you have for the next one to three years?

**Chen Nian:** My objectives are quite substantive and real and they all focus on boosting the customer experience. There is always more you can do to bring joyful surprises to your customers when they receive your products, like integrating your customer's personality into your designs.

# Soaring highest:
## The top 10 companies

At the very top of the ranking sit the illustrious 10—those companies who have powered ahead in the turbulent economic climate to achieve an average revenue growth of 5,639 percent over three years. Leading the pack is Vancl, an Internet company from China, with a three-year revenue growth rate of 29,577 percent. This is the third year that the Deloitte Technology Fast 500 Asia Pacific overall winner has hailed from China.

Who are these companies and what do they do? The top 10 answer in their own words:

## 1. Vancl.com

China's Vancl—an online clothing retailing company—was founded in 2005 and is led by founder and CEO Chen Nian, who was also the founder and former executive vice president of Joyo Amazon.

Vancl has fast become China's first (online) business-to-consumer brand for men's clothing. In 2009, the company continued to expand its product lines by entering the women's clothing market and by marketing footwear.

Vancl has quickly made itself a familiar name to netizens in China under a unique marketing model using online advertisements. The company currently has more than 800 employees.

| | |
|---|---|
| **CEO** | Chen Nian |
| **Website** | www.vancl.com |
| **Year founded** | 2005 |
| **Location** | China |



## 2. High Power Opto Inc

High Power Opto Inc is a Taiwan-based company primarily engaged in research, development, manufacturing and distribution of light-emitting diode (LED) chips and wafers, which are distributed globally.

The company provides red light LED, yellow light LED, blue light nitrogen LED and green light nitrogen LED wafers and chips. It also provides the relevant technology support and after-sale services.

Its products are used in signs, monitors, lighting devices, automobile lamps and hand-held products, among other things.

| | |
|---|---|
| **CEO** | Pine Chang |
| **Website** | www.hpoled.com.tw |
| **Year founded** | 2005 |
| **Location** | Taiwan |



## 3. Xueda Education Technology Co Ltd

Xueda Education Technology Co Ltd, founded in September 2001, is a high-tech company dedicated to serving China's education services industry with excellent educational resources and advanced information technology.

Xueda Education pioneered the automatic match of educational resources via the Internet. It was the first company in the education industry to develop a new and effective education model, Personalized Private Tutoring Services (PPTS). Fuelled by advanced technology, Xueda Education based its new personalized tutoring services on the PPTS platform, which was well received by students and parents.

With more than 130 learning centers in 35 cities across China, Xueda Education has provided tutoring services to over 300,000 students and helped them enter their dream schools. Xueda Education has been named "the modern private school" by CCTV.

| | |
|---|---|
| **CEO** | Xin Jin |
| **Website** | www.21edu.com |
| **Year founded** | 2001 |
| **Location** | China |



## 4. Gintech Energy Corporation

Gintech Energy Corporation was established in 2005 and has fast become a leading player in the solar energy industry. As a solar cell producer, it provides state-of-the-art crystalline solar cells to international module manufacturers.

Gintech plans to continue expanding its production capacity to achieve greater economies of scale. The company estimates that total annual production capacity will exceed one gigawatt by 2011, making Gintech the third largest solar cell manufacturer in the world.

| | |
|---|---|
| **CEO** | Wen-Yen Pan |
| **Website** | www.gintechenergy.com |
| **Year founded** | 2005 |
| **Location** | Taiwan |



## 5. Gree Inc

Gree Inc, headquartered in Tokyo, is an Internet media business engaged in social networking services (SNS), offering users functions such as profiles, diaries, communities, photos, mail and more.

In addition to basic SNS functions, Gree also provides mobile phone users with functions including social games, flash games, fortune-telling, dictionary services, question-and-answer services, and news and music functions.

| | |
|---|---|
| **CEO** | Yoshikazu Tanaka |
| **Website** | www.gree.co.jp |
| **Year founded** | 2004 |
| **Location** | Japan |



# 6. Neo Solar Power Corporation

Neo Solar Power (NSP) Corporation was founded in December 2005 with a vision of providing clean and renewable energy. NSP has developed into a leading solar cell manufacturer, specializing in research, development and the manufacturing of high-efficiency solar cells.

The NSP management team is comprised of interdisciplinary experts in semiconductors, electronic systems, silicon raw materials, solar cell processing and solar energy system engineering.

As the pioneer of combining semiconductor manufacturing and seasoned solar technology development, NSP aims to bring solar energy to the forefront as a competitive energy source.

| | |
|---|---|
| **CEO** | Quincy Lin |
| **Website** | www.neosolarpower.com |
| **Year founded** | 2005 |
| **Location** | Taiwan |



# 7. Shanghai ChemPartner Co Ltd

Founded in 2003, Shanghai ChemPartner Co Ltd is one of China's leading contract research organizations, providing chemistry, biology, pharmacology, DMPK (Drug Metabolism and Pharmacokinetics), process R&D, pre-formulation and analytical development services to global pharmaceutical and biotech companies.

ChemPartner's key scientific leadership team has experience in top research and development organizations in the United States, Canada, Japan and Europe, as well as at top R&D organizations in China.

ChemPartner employs more than 1,200 scientists, of whom approximately 15 percent hold PhD degrees.

| | |
|---|---|
| **CEO** | Michael Hui |
| **Website** | www.chempartner.cn |
| **Year founded** | 2003 |
| **Location** | China |



# 8. Shenzhen Easou Technology Co Ltd

Shenzhen Easou Technology Co Ltd, founded in March 2005, is a leading player in China's mobile search business. Headquartered in Shenzhen, with an R&D centre in Beijing, it has over 300 employees.

Easou is a leading wireless search service provider that uses today's most advanced wireless data applications, powerful technology, intelligent search systems and wireless search products.

The company provides mobile users with high quality and easy-to-use search-based information services. It also offers targeted marketing and advertisement services to SMEs.

| | |
|---|---|
| **CEO** | Frank Wang |
| **Website** | www.easou.com |
| **Year founded** | 2005 |
| **Location** | China |



## 9. Young Fast Optoelectronics Co Ltd

Young Fast Optoelectronics Co Ltd is one of the leading manufacturers of small to medium-sized touch-panel sensor products, ranging from 1.2 to 12 inches.

When Young Fast was established in 2000, all the touch-screen manufacturers of the time focused on large display applications, ignoring the development potential of small to medium-sized touch screens. Seeing opportunity in this market, Young Fast was the first to devote its resources and efforts on the research, mass production and marketing of this emerging technology. As a result, Young Fast has become one of the dominating technology leaders in this market, within just eight years.

**CEO**          TJ Lin

**Website**      www.yfo.com.tw

**Year founded**  1999

**Location**     Taiwan



## 10. Moreens Co Ltd

Moreens co.,Ltd is a Korea-based company mainly engaged in the manufacture and sale of touch panels for mobile phones. The company's product portfolio consists of windows all-in-one touch panels, plastic touch panels and glass touch panels, which are mainly used in mobile phones, digital multimedia broadcasting (DMB) systems and navigation equipment.

**CEO**          Song Gon SUK

**Website**      www.moreens.com/v3/kr/

**Year founded**  2003

**Location**     South Korea



13

# Deloitte Technology Fast 500
# Asia Pacific 2009 Ranking

The 500 companies of the Technology Fast 500 Asia Pacific 2009 ranking achieved an average 361 percent revenue growth over the past three years, about half the growth rate of last year. Vancl, the winning Internet company from China, led the pack with a remarkable growth rate of 29,577 percent.

Again this year, the Software sector dominated the ranking with 163 companies. Internet companies moved into second place with 78 companies, two of which placed in the top 10, while the Semiconductors, Components and Electronics sector contributed 76 companies to rank third by sector representation.

Soar high with the Deloitte Technology Fast 500 Asia Pacific Ranking—a global platform for measuring, recognizing and analyzing the growth of the fastest-growing technology companies in the region. Five hundred companies are ranked according to revenue growth rates over the past three years.

### How does the DTT TMT Industry Group determine the winners?

This ranking is compiled from nominations and public company database research conducted by Deloitte. Technology Fast 500 Asia Pacific award winners for 2009 are selected based on percentage fiscal year revenue growth over three years. In order to be eligible for Technology Fast 500 recognition, companies must own proprietary intellectual property or proprietary technology that contributes to a significant portion of the company's operating revenues. Technology Fast 500 Asia Pacific award eligibility requirements also include base-year operating revenues of at least USD50,000 and companies must be in business for a minimum of three years.

| Rank | Company name | Location | Industry sector | 3 year % growth |
|------|--------------|----------|-----------------|-----------------|
| 1 | Vancl (Beijing) Technology Co Ltd | China | Internet | 29,576.860 |
| 2 | High Power Opto Inc | Taiwan | Semiconductors, Components and Electronics | 7,239.950 |
| 3 | Xueda Education Technology Co Ltd | China | Internet | 2,738.339 |
| 4 | Gintech Energy Corp | Taiwan | Green Technology | 2,708.587 |
| 5 | Gree Inc | Japan | Telecommunications / Networking | 2,636.107 |
| 6 | Neo Solar Power Corp | Taiwan | Green Technology | 2,576.455 |
| 7 | Shanghai ChemPartner Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 2,448.326 |
| 8 | Shenzhen Easou Technology Co Ltd | China | Media and Entertainment | 2,401.591 |
| 9 | Young Fast Optoelectronics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 2,055.981 |
| 10 | Moreens Co Ltd | South Korea | Computers / Peripherals | 2,002.455 |
| 11 | Solar Gate Technology Co Ltd | Taiwan | Green Technology | 1,850.150 |
| 12 | Enzen Global Solutions Pvt Ltd | India | Software | 1,846.837 |
| 13 | Heguang International Ltd | China | Internet | 1,771.021 |
| 14 | Emantra Pty Ltd | Australia | Internet | 1,756.287 |
| 15 | Beijing Biaoqi Century Data Communication Technology Co Ltd | China | Software | 1,366.685 |
| 16 | nSynergy Pty Ltd | Australia | Software | 1,221.587 |

| Rank | Company name | Location | Industry sector | 3 year % growth |
|---|---|---|---|---|
| 17 | Solartech Energy Corp | Taiwan | Green Technology | 1,097.941 |
| 18 | China Talent Group Ltd | China | Internet | 1,056.783 |
| 19 | Canadian Solar Inc | China | Green Technology | 1,033.548 |
| 20 | Universtar Science & Technology (Shenzhen) Co Ltd | China | Green Technology | 1,011.642 |
| 21 | LatentView Analytics Pvt Ltd | India | Software | 987.015 |
| 22 | ChipSip Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 889.928 |
| 23 | Kuliza Technologies Pvt Ltd | India | Software | 889.630 |
| 24 | Utilibill Pty Ltd | Australia | Software | 886.942 |
| 25 | Mint Wireless Ltd | Australia | Telecommunications / Networking | 885.414 |
| 26 | L&F Material Co Ltd | South Korea | Computers / Peripherals | 838.089 |
| 27 | NextWindow Ltd | New Zealand | Computers / Peripherals | 828.839 |
| 28 | Ku6.com (Cool 6 Network) | China | Internet | 826.810 |
| 29 | Oasys Solution Inc | Japan | Green Technology | 812.878 |
| 30 | JF Microtechnology Sdn Bhd | Malaysia | Semiconductors, Components and Electronics | 808.685 |
| 31 | ShareHope Medicine Co Ltd | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 796.611 |
| 32 | China Finance Online Co Ltd | China | Internet | 788.780 |
| 33 | Devices World Sdn Bhd | Malaysia | Internet | 759.062 |
| 34 | China Resources Powtech (Shanghai) Co Ltd | China | Semiconductors, Components and Electronics | 738.531 |
| 35 | Raydium Semiconductor Corp | Taiwan | Semiconductors, Components and Electronics | 731.395 |
| 36 | Trina Solar Ltd | China | Green Technology | 726.553 |
| 37 | Telesmart Ltd | New Zealand | Telecommunications / Networking | 725.813 |
| 38 | Union Mobile Pay Ltd | China | Software | 722.564 |
| 39 | China Information Security Technology Inc | China | Software | 721.697 |
| 40 | Sonar6 Ltd | New Zealand | Internet | 703.800 |
| 41 | Wondershare Software Co Ltd | China | Software | 702.066 |
| 42 | Ocimum Biosolutions (India) Ltd | India | Biotech / Pharmaceutical / Medical Equipment | 663.433 |
| 43 | Cambridge Technology Enterprises Ltd | India | Software | 662.051 |
| 44 | Eka Software Solutions Pvt Ltd | India | Software | 631.000 |
| 45 | HappiGo (Happy Shopping Co Ltd) | China | Media and Entertainment | 596.077 |
| 46 | Stack Devices Corp | Taiwan | Semiconductors, Components and Electronics | 589.642 |
| 47 | Wuxi Qiaolian (Group) Inc | China | Green Technology | 586.535 |
| 48 | Dalian Port Logistics Technology Co Ltd | China | Software | 573.973 |
| 49 | Grandhope Biotech Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 565.398 |
| 50 | TracMap NZ Ltd | New Zealand | Computers / Peripherals | 560.813 |
| 51 | ProMD Bitoech Co Ltd | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 559.269 |
| 52 | Krawler Information Systems Pvt Ltd | India | Software | 553.774 |
| 53 | Yashco Systems Inc | India | Software | 552.165 |
| 54 | Jiangyin Jetion Science and Technology Co Ltd | China | Green Technology | 550.055 |
| 55 | Ramp Holdings Pty Ltd | Australia | Software | 548.261 |
| 56 | PhytoHealth Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 544.597 |
| 57 | ATMU Inc | China | Software | 533.158 |
| 58 | Beijing 99view Technology Ltd | China | Media and Entertainment | 520.552 |
| 59 | Ansarada Pty Ltd | Australia | Internet | 516.098 |
| 60 | UPEC Electronic Corp | Taiwan | Other | 510.976 |
| 61 | InHand Electronics Inc | China | Telecommunications / Networking | 508.711 |
| 62 | Bictown Corp Inc | Japan | Internet | 500.160 |
| 63 | Adrenalin Media Pty Ltd | Australia | Internet | 498.835 |
| 64 | O-Rid Co Ltd | Japan | Software | 495.862 |
| 65 | Optis Co Ltd | South Korea | Computers / Peripherals | 493.695 |
| 66 | Gamma Optical Co Ltd | Taiwan | Semiconductors, Components and Electronics | 493.191 |

| Rank | Company name | Location | Industry sector | 3 year % growth |
|---|---|---|---|---|
| 67 | Beijing Sound-Puhua Tech Co Ltd | China | Green Technology | 480.602 |
| 68 | Tella Inc | Japan | Biotech / Pharmaceutical / Medical Equipment | 479.935 |
| 69 | Fast Technologies Inc | Taiwan | Other | 476.721 |
| 70 | Fractalist Inc | Japan | Internet | 470.029 |
| 71 | Beijing Fastweb Technology Co Ltd | China | Internet | 468.280 |
| 72 | Azion Co Ltd | Taiwan | Software | 457.089 |
| 73 | Cookpad Inc | Japan | Internet | 457.070 |
| 74 | Shenzhen Launch Digital Technology Co Ltd | China | Semiconductors, Components and Electronics | 456.000 |
| 75 | One Click Solutions Pty Ltd | Australia | Software | 448.319 |
| 76 | Novatium Solutions (P) Ltd | India | Computers / Peripherals | 446.063 |
| 77 | Bleum Inc | China | Software | 442.992 |
| 78 | One97 Communications Pvt Ltd | India | Software | 435.347 |
| 79 | Star World Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 430.770 |
| 80 | Geneious (Biomatters Ltd) | New Zealand | Software | 430.177 |
| 81 | Sinfor Technology Co Ltd | China | Telecommunications / Networking | 428.447 |
| 82 | Full Speed Inc | Japan | Internet | 426.141 |
| 83 | NextBit Computing Pvt Ltd | India | Semiconductors, Components and Electronics | 425.592 |
| 84 | Beijing LeTV Mobile Media & Technology Co Ltd | China | Media and Entertainment | 422.545 |
| 85 | ASR Ltd | New Zealand | Software | 416.648 |
| 86 | Microqual Techno Pvt Ltd | India | Telecommunications / Networking | 416.554 |
| 87 | Elements Innovation Co Ltd | Taiwan | Semiconductors, Components and Electronics | 413.358 |
| 88 | China TransInfo Technology Corp | China | Software | 409.229 |
| 89 | Ideavate Solutions Pvt Ltd | India | Software | 405.747 |
| 90 | M2 Telecommunications Group Ltd | Australia | Telecommunications / Networking | 393.791 |
| 91 | E-Ton Solar Tech Co Ltd | Taiwan | Green Technology | 392.742 |
| 92 | Revolution IT Pty Ltd | Australia | Software | 390.367 |
| 93 | Alliance Material Co Ltd | Taiwan | Semiconductors, Components and Electronics | 387.095 |
| 94 | AMG Agency Ltd | New Zealand | Media and Entertainment | 385.421 |
| 95 | Yingli Green Energy Holding Co Ltd | China | Green Technology | 379.656 |
| 96 | Kreateevee Sdn Bhd | Malaysia | Software | 373.491 |
| 97 | Vtion Technology (China) Co Ltd | China | Software | 363.320 |
| 98 | WuXi AppTec Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 362.400 |
| 99 | Assurity Consulting Ltd | New Zealand | Software | 355.283 |
| 100 | VanceInfo Technologies Inc | China | Software | 353.389 |
| 101 | MacromatiX Australia Pty Ltd | Australia | Software | 352.433 |
| 102 | Lintec Korea Inc | South Korea | Semiconductors, Components and Electronics | 351.130 |
| 103 | Beijing Penghua Xintong Network Technology Service Co Ltd | China | Telecommunications / Networking | 345.590 |
| 104 | Sinovac Biotech Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 342.920 |
| 105 | ILI Technology Corp | Taiwan | Semiconductors, Components and Electronics | 337.162 |
| 106 | Green Energy Technology Inc | Taiwan | Green Technology | 336.688 |
| 107 | EverFirst Wisefund Technology Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 331.013 |
| 108 | Union Cable TV Co Ltd | Taiwan | Semiconductors, Components and Electronics | 330.967 |
| 109 | Strand Life Sciences Pvt Ltd | India | Biotech / Pharmaceutical / Medical Equipment | 324.496 |
| 110 | Supa Technology Co Ltd | Taiwan | Internet | 322.320 |
| 111 | Suntech Power Holdings Co Ltd | China | Green Technology | 321.172 |
| 112 | iSoftStone Information Technology (Group) Co Ltd | China | Software | 318.736 |
| 113 | Adicon Clinical Laboratories Inc | China | Biotech / Pharmaceutical / Medical Equipment | 318.040 |
| 114 | Shanghai Chaori Solar Energy Science & Technology Co Ltd | China | Green Technology | 316.583 |
| 115 | Ateam Inc | Japan | Software | 313.966 |
| 116 | OncoTherapy Science Inc | Japan | Biotech / Pharmaceutical / Medical Equipment | 313.625 |

| Rank | Company name | Location | Industry sector | 3 year % growth |
|------|-------------|----------|-----------------|-----------------|
| 117 | Platinum Safety Ltd | New Zealand | Software | 312.493 |
| 118 | Outsell | China | Biotech / Pharmaceutical / Medical Equipment | 312.279 |
| 119 | LGS Global Ltd | India | Software | 311.073 |
| 120 | Nutrichem Laboratory Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 307.595 |
| 121 | Outpost Central Ltd | New Zealand | Internet | 305.604 |
| 122 | NetComm Ltd | Australia | Telecommunications / Networking | 299.426 |
| 123 | Thomas Duryea Consulting Pty Ltd | Australia | Other | 295.981 |
| 124 | VeriSilicon Holdings Co Ltd | China | Semiconductors, Components and Electronics | 291.878 |
| 125 | CTI | China | Software | 290.603 |
| 126 | CogState Ltd | Australia | Software | 290.323 |
| 127 | Bison Electronics Inc | Taiwan | Semiconductors, Components and Electronics | 288.888 |
| 128 | Vitzrocell Co Ltd | South Korea | Computers / Peripherals | 285.983 |
| 129 | iPanel CMS (Robust Network Co Ltd) | China | Software | 284.441 |
| 130 | Delsolar Co Ltd | Taiwan | Green Technology | 283.854 |
| 131 | Dr Chip Biotechnology Inc | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 283.021 |
| 132 | Geodesic Ltd | India | Software | 282.803 |
| 133 | Get Price Pty Ltd | Australia | Internet | 279.099 |
| 134 | Viteknologies Pty Ltd | Australia | Internet | 278.238 |
| 135 | ChinaSoft International Ltd | China | Software | 276.822 |
| 136 | Ultr@power | China | Software | 276.797 |
| 137 | Tong Ren Tang Group Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 275.599 |
| 138 | Trais Co Ltd | South Korea | Semiconductors, Components and Electronics | 274.311 |
| 139 | Farmside Ltd | New Zealand | Telecommunications / Networking | 274.251 |
| 140 | TaiDoc Technology Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 274.148 |
| 141 | Consim Info Pvt Ltd | India | Internet | 273.092 |
| 142 | ECS Telecom Co Ltd | South Korea | Internet | 271.350 |
| 143 | Entire Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 270.110 |
| 144 | San Chih Semiconductor Co Ltd | Taiwan | Semiconductors, Components and Electronics | 269.852 |
| 145 | Sundia MediTech Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 268.717 |
| 146 | SuperMap Software Co Ltd | China | Software | 268.301 |
| 147 | Futrix Ltd | New Zealand | Software | 266.840 |
| 148 | Shanghai Hotmed Sciences Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 266.312 |
| 149 | Salmat Interactive Pty Ltd | Australia | Telecommunications / Networking | 266.038 |
| 150 | Cellestis Ltd | Australia | Biotech / Pharmaceutical / Medical Equipment | 265.913 |
| 151 | Tat Fook (Shenzhen) Technology Co Ltd | China | Telecommunications / Networking | 265.220 |
| 152 | Riteq Pty Ltd | Australia | Software | 265.013 |
| 153 | Distribution Central Pty Ltd | Australia | Software | 263.160 |
| 154 | A8 Digital Music Holdings Ltd | China | Media and Entertainment | 263.032 |
| 155 | Activate Technologies Ltd | New Zealand | Software | 262.652 |
| 156 | Paladion Networks Pvt Ltd | India | Software | 260.945 |
| 157 | Instra Corp | Australia | Internet | 260.448 |
| 158 | 21ViaNet (China) Inc | China | Telecommunications / Networking | 259.190 |
| 159 | Brennan VDI Pty Ltd | Australia | Software | 256.799 |
| 160 | China Business News (Shanghai First Finance Media Ltd) | China | Media and Entertainment | 256.303 |
| 161 | Tencent Inc | China | Internet | 255.479 |
| 162 | Bionime Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 254.380 |
| 163 | Enztec Ltd | New Zealand | Biotech / Pharmaceutical / Medical Equipment | 253.108 |
| 164 | 3i Infotech Ltd | India | Software | 248.788 |
| 165 | S7 Software Solutions Pvt Ltd | India | Software | 248.335 |
| 166 | Beyondsoft (Beijing) Co Ltd | China | Software | 247.982 |

| Rank | Company name | Location | Industry sector | 3 year % growth |
|------|--------------|----------|-----------------|-----------------|
| 167 | Biosensors International Group Ltd | Singapore | Biotech / Pharmaceutical / Medical Equipment | 246.270 |
| 168 | Beijing TeamSun Technology Co ltd | China | Software | 246.229 |
| 169 | SBR Information Inc | China | Software | 245.050 |
| 170 | Geong International Ltd | China | Software | 243.322 |
| 171 | My Net Fone Australia Pty Ltd | Australia | Telecommunications / Networking | 242.354 |
| 172 | NanoCarrier Co Ltd | Japan | Biotech / Pharmaceutical / Medical Equipment | 241.920 |
| 173 | Kavveri Telecom Products Ltd | India | Telecommunications / Networking | 237.074 |
| 174 | Light House Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 235.878 |
| 175 | Aeria Inc | Japan | Internet | 233.930 |
| 176 | xQuant Co Ltd | China | Software | 233.716 |
| 177 | Linical Co Ltd | Japan | Biotech / Pharmaceutical / Medical Equipment | 231.879 |
| 178 | ICSA (India) Ltd | India | Semiconductors, Components and Electronics | 230.977 |
| 179 | Beijing Shiji Information Technology Co Ltd | China | Software | 229.266 |
| 180 | Beijing NineStar Technology Joint-Stock Co Ltd | China | Software | 229.211 |
| 181 | Systex Corp | Taiwan | Software | 228.661 |
| 182 | Fractalist China Inc | China | Media and Entertainment | 228.094 |
| 183 | RCG Holdings Ltd | China | Semiconductors, Components and Electronics | 226.319 |
| 184 | Landray Managment Consulting Support System Co Ltd | China | Software | 225.302 |
| 185 | Torpedo7 Ltd | New Zealand | Internet | 224.550 |
| 186 | Eyemagnet Ltd | New Zealand | Internet | 224.021 |
| 187 | Tovis Co Ltd | South Korea | Computers / Peripherals | 223.171 |
| 188 | BrainPad Inc | Japan | Software | 222.405 |
| 189 | Myungmin System Inc | South Korea | Semiconductors, Components and Electronics | 220.397 |
| 190 | Phoeton Corp | Japan | Semiconductors, Components and Electronics | 219.862 |
| 191 | Sintronic Technology Inc | Taiwan | Semiconductors, Components and Electronics | 218.891 |
| 192 | E-Web Marketing Pty Ltd | Australia | Internet | 218.197 |
| 193 | Lepu Medical Technology (Beijing) Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 217.960 |
| 194 | CS-Vue (Resource Management Technology Group Ltd) | New Zealand | Internet | 217.774 |
| 195 | Velocity Networks Ltd | New Zealand | Telecommunications / Networking | 217.682 |
| 196 | Pera Global Holdings Ltd | China | Software | 217.289 |
| 197 | RateGain IT Solutions Pvt Ltd | India | Software | 216.938 |
| 198 | LB Semicon Inc | South Korea | Semiconductors, Components and Electronics | 216.898 |
| 199 | Ways Technical Corp | Taiwan | Other | 216.463 |
| 200 | Viocorp International Pty Ltd | Australia | Internet | 212.847 |
| 201 | Initio Corp | Taiwan | Semiconductors, Components and Electronics | 212.285 |
| 202 | Proteans Software Solutions Pvt Ltd | India | Software | 212.228 |
| 203 | IPscape Pty Ltd | Australia | Telecommunications / Networking | 212.105 |
| 204 | VroomVroomVroom Pty Ltd | Australia | Internet | 211.176 |
| 205 | Tanla Solutions Ltd | India | Software | 210.000 |
| 206 | Catch Ltd | New Zealand | Other | 209.849 |
| 207 | Lockon Co Ltd | Japan | Software | 209.559 |
| 208 | Harbinger Systems Pvt Ltd | India | Software | 208.471 |
| 209 | Dahua Technology Co Ltd | China | Computers / Peripherals | 206.968 |
| 210 | Tejas Networks Ltd | India | Telecommunications / Networking | 205.827 |
| 211 | OnMobile Global Ltd | India | Software | 205.596 |
| 212 | Newmax Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 204.581 |
| 213 | Techpool Bio-Pharma Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 204.389 |
| 214 | TigerSpike Pty Ltd | Australia | Telecommunications / Networking | 203.994 |
| 215 | Pony Testing International Group | China | Biotech / Pharmaceutical / Medical Equipment | 203.658 |
| 216 | Sense of Security Pty Ltd | Australia | Internet | 202.359 |

| Rank | Company name | Location | Industry sector | 3 year % growth |
|---|---|---|---|---|
| 217 | Observatory Crest Ltd | New Zealand | Telecommunications / Networking | 202.257 |
| 218 | Shenzhen Sunlord Electronics Co Ltd | China | Semiconductors, Components and Electronics | 201.562 |
| 219 | Maction Technologies Inc | Taiwan | Software | 200.905 |
| 220 | Manthan Software Services Pvt Ltd | India | Software | 200.493 |
| 221 | Hinduja Global Solutions Ltd | India | Software | 200.422 |
| 222 | CADgile Pty | Australia | Software | 200.246 |
| 223 | Glodyne Technoserve Ltd | India | Software | 198.576 |
| 224 | Vision 6 Pty Ltd | Australia | Software | 196.927 |
| 225 | Telemetry Research Ltd | New Zealand | Biotech / Pharmaceutical / Medical Equipment | 196.572 |
| 226 | Beijing Origin Water Technology Co | China | Green Technology | 194.104 |
| 227 | pcPhase Corp | Japan | Software | 193.820 |
| 228 | Irisa ID Co Ltd | South Korea | Computers / Peripherals | 193.512 |
| 229 | Mobile Mentor Ltd | New Zealand | Telecommunications / Networking | 192.475 |
| 230 | RimuHosting Ltd | New Zealand | Internet | 191.562 |
| 231 | UniData Communication Systems Inc | South Korea | Telecommunications / Networking | 191.236 |
| 232 | Beijing DHC Digital Technology Co Ltd | China | Computers / Peripherals | 191.119 |
| 233 | Mindray Medical International Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 190.763 |
| 234 | Crucialtec Co Ltd | South Korea | Computers / Peripherals | 190.672 |
| 235 | SilverStripe Ltd | New Zealand | Internet | 190.530 |
| 236 | IP Payments Pty Ltd | Australia | Software | 190.135 |
| 237 | SMX Ltd | New Zealand | Software | 189.524 |
| 238 | Quinntessential Marketing Consulting Pty Ltd | Australia | Internet | 188.964 |
| 239 | ProjectCentre.net (Cadx Pty Ltd) | Australia | Software | 188.708 |
| 240 | AVG (AU/NZ) Pty Ltd | Australia | Software | 188.621 |
| 241 | ispONE Pty Ltd | Australia | Telecommunications / Networking | 188.313 |
| 242 | Indusface Consulting Pvt Ltd | India | Software | 183.929 |
| 243 | Join Well Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 183.257 |
| 244 | Camson Bio Technologies Ltd | India | Biotech / Pharmaceutical / Medical Equipment | 182.988 |
| 245 | Mindtck (India) Ltd | India | Software | 182.817 |
| 246 | Golden Biotechnology Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 182.651 |
| 247 | Intelenet Global Services Pvt Ltd | India | Software | 182.511 |
| 248 | G-Cube Solutions (G-Cube Webwide Software Pvt Ltd) | India | Software | 182.057 |
| 249 | Union Microsystems Inc | China | Telecommunications / Networking | 181.926 |
| 250 | Gio Optoelectronics Corp | Taiwan | Semiconductors, Components and Electronics | 181.796 |
| 251 | Digital Island Ltd | New Zealand | Telecommunications / Networking | 179.478 |
| 252 | Motech Industries Inc | Taiwan | Green Technology | 178.199 |
| 253 | Mildex Optical Inc | Taiwan | Semiconductors, Components and Electronics | 177.861 |
| 254 | SBI Net Systems Co Ltd | Japan | Software | 177.294 |
| 255 | NeoFidelity Inc | South Korea | Computers / Peripherals | 176.785 |
| 256 | Global Unichip Corp | Taiwan | Semiconductors, Components and Electronics | 176.355 |
| 257 | Srishti Software Applications Pvt Ltd | India | Software | 175.819 |
| 258 | E Square Technologies Co Ltd | South Korea | Green Technology | 174.781 |
| 259 | Atlassian Pty Ltd | Australia | Software | 174.653 |
| 260 | MessageMedia NZ Ltd | Australia | Telecommunications / Networking | 174.479 |
| 261 | Unitel High Technology Corp | Taiwan | Semiconductors, Components and Electronics | 172.909 |
| 262 | Insyde Software Corp | Taiwan | Software | 171.115 |
| 263 | Bsmart Technology Sdn Bhd | Malaysia | Software | 169.760 |
| 264 | AurionPro Solutions Ltd | India | Software | 168.231 |
| 265 | Beijing Join-Cheer Software Co Ltd | China | Software | 167.949 |
| 266 | Universal Microwave Technology Inc | Taiwan | Internet | 167.354 |
| 267 | DeNA Co Ltd | Japan | Internet | 165.178 |

| Rank | Company name | Location | Industry sector | 3 year % growth |
|---|---|---|---|---|
| 268 | Seesaa Inc | Japan | Internet | 164.678 |
| 269 | Sinosoft Technology Plc | China | Software | 164.218 |
| 270 | Rexor Co Ltd | South Korea | Green Technology | 162.912 |
| 271 | Harbinger Knowledge Products Pvt Ltd | India | Software | 161.667 |
| 272 | InfoSoft Global Pvt Ltd | India | Software | 160.657 |
| 273 | China High Precision Automation Group Ltd | China | Computers / Peripherals | 159.248 |
| 274 | Runge Ltd | Australia | Software | 159.051 |
| 275 | MIA Technologies Inc | Australia | Telecommunications / Networking | 158.370 |
| 276 | Symbio Networks Pty Ltd | Australia | Telecommunications / Networking | 157.276 |
| 277 | China Wireless Technologies Ltd | China | Telecommunications / Networking | 157.155 |
| 278 | Inovia Holdings Pty Ltd | Australia | Internet | 156.528 |
| 279 | e-Channel Online Pty Ltd | Australia | Software | 155.473 |
| 280 | NeoPhotonics Corp | China | Telecommunications / Networking | 154.909 |
| 281 | BlueStar SecuTech Inc | China | Software | 154.150 |
| 282 | Prithvi Information Solutions Ltd | India | Software | 154.142 |
| 283 | Sobha Renaissance Information Technology Pvt Ltd | India | Software | 153.851 |
| 284 | ITX Security Co Ltd | South Korea | Computers / Peripherals | 153.653 |
| 285 | CVC Technologies Inc | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 153.617 |
| 286 | Carry Technology Co Ltd | Taiwan | Computers / Peripherals | 153.436 |
| 287 | UVAT Technology Co Ltd | Taiwan | Other | 151.933 |
| 288 | Drecom Co Ltd | Japan | Internet | 151.560 |
| 289 | Argosy Research Inc | Taiwan | Computers / Peripherals | 151.439 |
| 290 | Kuen Chaang Uppertech Corp | Taiwan | Other | 151.197 |
| 291 | QuEST (Quality Engineering & Software Technologies Pvt Ltd) | India | Software | 150.888 |
| 292 | Golden Meditech Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 150.319 |
| 293 | BookIt Ltd | New Zealand | Internet | 149.770 |
| 294 | AniPark Co Ltd | South Korea | Software | 148.759 |
| 295 | Wellnet Corp | Japan | Internet | 148.370 |
| 296 | RT Outsourcing Services Ltd | India | Software | 148.000 |
| 297 | Raccoon Co Ltd | Japan | Internet | 147.367 |
| 298 | OzForex Pty Ltd | Australia | Internet | 145.878 |
| 299 | Bahwan CyberTek Pvt Ltd | India | Software | 145.703 |
| 300 | DaouXilicon Inc | South Korea | Computers / Peripherals | 144.476 |
| 301 | NHN Games Corp | South Korea | Software | 143.684 |
| 302 | Gala Inc | Japan | Internet | 141.902 |
| 303 | Tarena Technologies Inc | China | Computers / Peripherals | 141.534 |
| 304 | KnJ Co Ltd | South Korea | Semiconductors, Components and Electronics | 141.206 |
| 305 | UEPI | China | Green Technology | 140.740 |
| 306 | Emendo Ltd | New Zealand | Software | 138.960 |
| 307 | Sino-American Silicon Products Inc | Taiwan | Semiconductors, Components and Electronics | 138.591 |
| 308 | Chen Full International Co Ltd | Taiwan | Other | 138.534 |
| 309 | Wafer Works Corp | Taiwan | Semiconductors, Components and Electronics | 138.415 |
| 310 | Sirtex Medical Ltd | Australia | Biotech / Pharmaceutical / Medical Equipment | 138.103 |
| 311 | Fifth Generation Technologes India (P) Ltd | India | Software | 137.975 |
| 312 | Leap Legal Software Pty Ltd | Australia | Software | 137.259 |
| 313 | Wooriro Optical Telecom Co Ltd | South Korea | Telecommunications / Networking | 137.116 |
| 314 | WooriNet Inc | South Korea | Telecommunications / Networking | 136.324 |
| 315 | Western Superconducting Technologies Co Ltd | China | Semiconductors, Components and Electronics | 135.192 |
| 316 | United Electronics Co Ltd | China | Computers / Peripherals | 134.169 |

| Rank | Company name | Location | Industry sector | 3 year % growth |
|---|---|---|---|---|
| 317 | BrickRed Technologies Pvt Ltd | India | Software | 134.123 |
| 318 | Boost New Media Ltd | New Zealand | Internet | 133.747 |
| 319 | AbsolutData Research & Analytics Pvt Ltd | India | Software | 132.212 |
| 320 | Cormax Taiwan Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 131.776 |
| 321 | Korea Hosiden Electronics Co Ltd | South Korea | Semiconductors, Components and Electronics | 131.416 |
| 322 | Currency Online Ltd | New Zealand | Internet | 130.747 |
| 323 | Genesis Photonics Inc | Taiwan | Semiconductors, Components and Electronics | 129.942 |
| 324 | Mediscience Planning Inc | Japan | Biotech / Pharmaceutical / Medical Equipment | 129.340 |
| 325 | Prosperity Dielectrics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 127.539 |
| 326 | Web Drive Ltd | New Zealand | Internet | 126.427 |
| 327 | Digital Hearts Co Ltd | Japan | Software | 125.299 |
| 328 | Mototech Inc | Taiwan | Internet | 124.854 |
| 329 | SLI Systems Inc | New Zealand | Internet | 124.721 |
| 330 | TM Technology Inc | Taiwan | Semiconductors, Components and Electronics | 124.620 |
| 331 | Airtec System Co Ltd | South Korea | Green Technology | 124.165 |
| 332 | Skymedi Corp | Taiwan | Semiconductors, Components and Electronics | 124.069 |
| 333 | 51Job Inc | China | Internet | 123.295 |
| 334 | Doosung Industrial Co Ltd | South Korea | Computers / Peripherals | 123.053 |
| 335 | QuieTek Corp | Taiwan | Other | 122.731 |
| 336 | MicroPort Scientific Corp | China | Biotech / Pharmaceutical / Medical Equipment | 121.647 |
| 337 | Microbio Co Ltd | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 121.392 |
| 338 | Snap Internet Ltd | New Zealand | Internet | 121.315 |
| 339 | Omnitech InfoSolutions Ltd | India | Software | 120.896 |
| 340 | Chernan Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 119.366 |
| 341 | Access Testing Pty Ltd | Australia | Telecommunications / Networking | 118.330 |
| 342 | Connexionz Ltd | New Zealand | Software | 117.668 |
| 343 | Aconex Pty Ltd | Australia | Internet | 117.651 |
| 344 | FreeBit Co Ltd | Japan | Internet | 117.457 |
| 345 | I-Freek Co Inc | Japan | Telecommunications / Networking | 116.641 |
| 346 | Chillisoft Ltd | New Zealand | Software | 116.410 |
| 347 | Linco Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 116.097 |
| 348 | Micro Technologies (India) Ltd | India | Software | 116.030 |
| 349 | Sunline | China | Software | 115.883 |
| 350 | Iris Corp Bhd | Malaysia | Software | 115.616 |
| 351 | IDimension MSC Sdn Bhd | Malaysia | Software | 115.445 |
| 352 | China TravelSky Holding Co | China | Software | 115.335 |
| 353 | C-net Co Ltd | South Korea | Semiconductors, Components and Electronics | 115.243 |
| 354 | Maveric Systems Ltd | India | Software | 114.657 |
| 355 | Amtran Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 114.424 |
| 356 | Abnova (Taiwan) Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 114.376 |
| 357 | Talentica Software (I) Pvt Ltd | India | Software | 114.267 |
| 358 | Primeworks Corp | Japan | Software | 113.959 |
| 359 | Mobile Tracking & Data Pty Ltd | Australia | Telecommunications / Networking | 113.814 |
| 360 | Avalue Technology Inc | Taiwan | Computers / Peripherals | 113.787 |
| 361 | Nga.net Pty Ltd | Australia | Software | 113.645 |
| 362 | Webjet Ltd | Australia | Internet | 112.794 |
| 363 | MetricStream Inc | India | Software | 112.397 |
| 364 | Paru Co Ltd | South Korea | Green Technology | 112.380 |
| 365 | PanJit International Inc | Taiwan | Semiconductors, Components and Electronics | 112.254 |
| 366 | Buzz Channel Ltd | New Zealand | Internet | 111.594 |

| Rank | Company name | Location | Industry sector | 3 year % growth |
|---|---|---|---|---|
| 367 | Ant Precision Industry Co Ltd | Taiwan | Semiconductors, Components and Electronics | 111.075 |
| 368 | Digital Stream Technology Inc | South Korea | Internet | 110.932 |
| 369 | UBIC Inc | Japan | Internet | 110.900 |
| 370 | Exa Bytes Network Sdn Bhd | Malaysia | Internet | 110.712 |
| 371 | iQ Toys Ltd | New Zealand | Internet | 110.591 |
| 372 | Voltage Inc | Japan | Software | 109.774 |
| 373 | MindTree Ltd | India | Software | 109.615 |
| 374 | Ace Digitech Co Ltd | South Korea | Computers / Peripherals | 109.423 |
| 375 | FiBest Ltd | Japan | Semiconductors, Components and Electronics | 109.265 |
| 376 | Clevo Co | Taiwan | Computers / Peripherals | 109.218 |
| 377 | Zeald Ltd | New Zealand | Internet | 109.101 |
| 378 | Insprit Inc | South Korea | Telecommunications / Networking | 108.975 |
| 379 | Suprema Inc | South Korea | Computers / Peripherals | 108.876 |
| 380 | Teletron Inc | South Korea | Telecommunications / Networking | 108.822 |
| 381 | E-Cmos Corp | Taiwan | Semiconductors, Components and Electronics | 108.727 |
| 382 | Future Focus Infotech Pvt Ltd | India | Software | 108.192 |
| 383 | Dynapack International Technology Corp | Taiwan | Computers / Peripherals | 108.079 |
| 384 | Thintech Material Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 106.656 |
| 385 | AVY Precision Technology Inc | Taiwan | Semiconductors, Components and Electronics | 105.328 |
| 386 | Nex Display Technology Co Ltd | South Korea | Semiconductors, Components and Electronics | 105.017 |
| 387 | Mitake Information Corp | Taiwan | Semiconductors, Components and Electronics | 104.906 |
| 388 | Cyberpower Systems Inc | Taiwan | Other | 104.738 |
| 389 | Direct Payment Solutions Ltd | New Zealand | Telecommunications / Networking | 104.446 |
| 390 | Speedwell eBusiness Solutions Pty Ltd | Australia | Internet | 104.368 |
| 391 | AussiePay / ePayroll | Australia | Software | 103.711 |
| 392 | NHN Services Co Ltd | South Korea | Internet | 103.688 |
| 393 | Leo Systems Inc | Taiwan | Software | 103.110 |
| 394 | Cinlan Tech | China | Software | 102.765 |
| 395 | Ferret Software Ltd | New Zealand | Software | 102.729 |
| 396 | Foxconn Technology Co Ltd | Taiwan | Other | 102.501 |
| 397 | Inteliment Technologies (India) Pvt Ltd | India | Software | 102.083 |
| 398 | Netcat.biz Pty Ltd | Australia | Software | 102.017 |
| 399 | Aura Interactive Pty Ltd | Australia | Telecommunications / Networking | 101.710 |
| 400 | Korea Eleccom Co Ltd | South Korea | Telecommunications / Networking | 101.624 |
| 401 | Wistron Corp | Taiwan | Computers / Peripherals | 101.362 |
| 402 | OKWave Corp | Japan | Internet | 101.055 |
| 403 | Next Co Ltd | Japan | Internet | 100.166 |
| 404 | Provoke Solutions Ltd | New Zealand | Internet | 100.162 |
| 405 | Digen Co Ltd | South Korea | Computers / Peripherals | 100.068 |
| 406 | AeroVision Avionics Inc | Taiwan | Semiconductors, Components and Electronics | 99.959 |
| 407 | Streamtime Software Ltd | New Zealand | Software | 99.892 |
| 408 | Ndoors Corp | South Korea | Software | 99.350 |
| 409 | S-Energy Co Ltd | South Korea | Green Technology | 99.012 |
| 410 | MatrixGroup (CMS) Pty Ltd | Australia | Software | 98.983 |
| 411 | IMImobile Pvt Ltd (formerly IMI Software Ltd) | India | Software | 98.572 |
| 412 | Sunpower Group Ltd | Singapore | Green Technology | 97.930 |
| 413 | Hotron Precision Electronic Industrial Co Ltd | Taiwan | Semiconductors, Components and Electronics | 97.733 |
| 414 | New Optics Ltd | South Korea | Computers / Peripherals | 97.517 |
| 415 | UB Cell Co Ltd | South Korea | Semiconductors, Components and Electronics | 97.459 |
| 416 | Sqware Peg Pty Ltd | Australia | Software | 96.856 |

| Rank | Company name | Location | Industry sector | 3 year % growth |
|------|--------------|----------|-----------------|-----------------|
| 417 | PartsTrader (Sproket Markets Ltd) | New Zealand | Internet | 96.762 |
| 418 | RedBalloon Pty Ltd | Australia | Internet | 96.605 |
| 419 | D-networks Co Ltd | South Korea | Computers / Peripherals | 95.712 |
| 420 | Sunrex Technology Corp | Taiwan | Computers / Peripherals | 95.534 |
| 421 | Edison Opto Corp | Taiwan | Semiconductors, Components and Electronics | 95.452 |
| 422 | NeosemiTech Corp | South Korea | Green Technology | 95.391 |
| 423 | Comviva Technologies Ltd (formerly Bharti Telesoft Ltd) | India | Software | 95.091 |
| 424 | Tyntek Corp | Taiwan | Semiconductors, Components and Electronics | 94.403 |
| 425 | Tong Hsing Electronic Industries Ltd | Taiwan | Semiconductors, Components and Electronics | 94.295 |
| 426 | Enustech Inc | South Korea | Computers / Peripherals | 93.829 |
| 427 | Eyang Holdings (Group) Co Ltd | China | Computers / Peripherals | 93.690 |
| 428 | Silicon Works Co Ltd | South Korea | Computers / Peripherals | 93.091 |
| 429 | David Electronics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 92.870 |
| 430 | Korea Electronic Banking Technology Co Ltd | South Korea | Computers / Peripherals | 92.856 |
| 431 | Interspace Co Ltd | Japan | Internet | 92.702 |
| 432 | GoerTek Inc | China | Computers / Peripherals | 92.366 |
| 433 | Cosmo Electronics Corp | Taiwan | Semiconductors, Components and Electronics | 92.248 |
| 434 | Asix Electronics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 92.048 |
| 435 | Huga Optotech Inc | Taiwan | Semiconductors, Components and Electronics | 92.013 |
| 436 | Taiwan PCB Techvest Co Ltd | Taiwan | Semiconductors, Components and Electronics | 91.967 |
| 437 | Redvespa Consultants Ltd | New Zealand | Internet | 91.530 |
| 438 | Exetel Pty Ltd | Australia | Telecommunications / Networking | 91.307 |
| 439 | Jet Reports Australia New Zealand Ltd | New Zealand | Software | 91.269 |
| 440 | Sterlite Technologies Ltd | India | Telecommunications / Networking | 91.053 |
| 441 | Walsin Technology Corp | Taiwan | Semiconductors, Components and Electronics | 90.906 |
| 442 | Apex Science & Engineering Corp | Taiwan | Other | 90.861 |
| 443 | Xeonics Co Ltd | South Korea | Computers / Peripherals | 90.785 |
| 444 | Xpec Entertainment Inc | Taiwan | Software | 90.701 |
| 445 | 24x7 Learning Pvt Ltd | India | Software | 90.667 |
| 446 | Sisnet Co Ltd | South Korea | Telecommunications / Networking | 90.004 |
| 447 | Soft-World International Corp | Taiwan | Software | 89.717 |
| 448 | Internode Pty Ltd | Australia | Telecommunications / Networking | 89.303 |
| 449 | Neilsoft Ltd | India | Software | 89.276 |
| 450 | A-Care Systems Inc | Japan | Software | 89.145 |
| 451 | Neople Inc | South Korea | Software | 89.128 |
| 452 | Magic Pulse Ltd | New Zealand | Software | 89.113 |
| 453 | Berna Biotech Korea Corp | South Korea | Biotech / Pharmaceutical / Medical Equipment | 88.881 |
| 454 | Nowcom Co Ltd | South Korea | Internet | 88.701 |
| 455 | Joymax Co Ltd | South Korea | Software | 88.540 |
| 456 | Neo-Morgan Laboratory Inc | Japan | Biotech / Pharmaceutical / Medical Equipment | 88.349 |
| 457 | Sea Sonic Electronics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 88.316 |
| 458 | Estel Technologies Pvt Ltd | India | Software | 88.151 |
| 459 | Persistent Systems Ltd | India | Software | 88.143 |
| 460 | J Touch Corp | Taiwan | Semiconductors, Components and Electronics | 88.139 |
| 461 | Aces Electronic Co Ltd | Taiwan | Semiconductors, Components and Electronics | 88.086 |
| 462 | Upside Learning Solutions Pvt Ltd | India | Software | 87.965 |
| 463 | Impetus Infotech (India) Pvt Ltd | India | Software | 87.836 |
| 464 | ValueLabs Pvt Ltd | India | Software | 87.809 |
| 465 | VarioSecure Networks Inc | Japan | Internet | 87.371 |
| 466 | InterGlobe Technologies (IGT Solutions Pvt Ltd) | India | Software | 87.356 |

| Rank | Company name | Location | Industry sector | 3 year % growth |
|------|--------------|----------|-----------------|-----------------|
| 467 | eMemory Technology Inc | Taiwan | Other | 87.035 |
| 468 | Daemyung Engineering Co Ltd | South Korea | Computers / Peripherals | 86.066 |
| 469 | e-System Corp | Japan | Software | 85.048 |
| 470 | WeMade Entertainment Co Ltd | South Korea | Software | 84.980 |
| 471 | Take Solutions Ltd | India | Software | 84.083 |
| 472 | SmartPayroll Ltd | New Zealand | Internet | 84.010 |
| 473 | Riskk.com Sdn Bhd | Malaysia | Software | 83.628 |
| 474 | Lintec Speciality Films Korea Inc | South Korea | Semiconductors, Components and Electronics | 83.401 |
| 475 | Justek Inc | South Korea | Computers / Peripherals | 83.095 |
| 476 | Opt Inc | Japan | Internet | 82.602 |
| 477 | PSC Inc | Japan | Software | 82.554 |
| 478 | Gcrest Inc | Japan | Software | 81.451 |
| 479 | Lepro | China | Green Technology | 81.361 |
| 480 | Eyede Ltd | New Zealand | Semiconductors, Components and Electronics | 81.020 |
| 481 | Ilshin HiTech Co Ltd | South Korea | Computers / Peripherals | 80.319 |
| 482 | Lutronic Corp | South Korea | Biotech / Pharmaceutical / Medical Equipment | 80.178 |
| 483 | I&C Technology Co Ltd | South Korea | Semiconductors, Components and Electronics | 79.823 |
| 484 | SoftRun Inc | South Korea | Software | 79.481 |
| 485 | Hairy Lemon Web Solutions Ltd | New Zealand | Internet | 79.206 |
| 486 | Vega Industries Ltd | New Zealand | Telecommunications / Networking | 78.957 |
| 487 | Real Image Media Technologies Pvt Ltd | India | Software | 78.476 |
| 488 | Sonata Software Ltd | India | Software | 77.881 |
| 489 | Smart Card Laboratory Inc | South Korea | Telecommunications / Networking | 77.588 |
| 490 | DNC Engineering Corp | South Korea | Semiconductors, Components and Electronics | 77.473 |
| 491 | Simplex Technology Inc | Japan | Software | 77.123 |
| 492 | Nepro IT Co Ltd | Japan | Internet | 76.906 |
| 493 | Actoz Soft Co Ltd | South Korea | Software | 76.852 |
| 494 | Infovine Co Ltd | South Korea | Telecommunications / Networking | 76.846 |
| 495 | Start Today Co Ltd | Japan | Internet | 76.265 |
| 496 | Inkwang Optec Co Ltd | South Korea | Computers / Peripherals | 75.957 |
| 497 | Zephyr Consulting Ltd | New Zealand | Telecommunications / Networking | 75.505 |
| 498 | Logix Microsystems Ltd | India | Software | 75.089 |
| 499 | Anydata.net Inc | South Korea | Telecommunications / Networking | 74.408 |
| 500 | WebMoney Corp | Japan | Internet | 74.280 |



# Deloitte Technology Fast 500 Asia Pacific 2009 CEO Survey

## About the survey

Every year since 2002, the CEOs of the nominated fastest-growing technology companies in Asia Pacific for the current year are surveyed as part of the overall Deloitte Technology Fast 500 Asia Pacific program. These CEOs are asked about their hopes and fears for their sector, their views on the secrets of success and other key leadership issues.

This survey was undertaken in the fourth quarter of 2009 by 230 CEOs from across the Asia Pacific region. It provides insight into the issues that these CEOs expect will drive the industry forward in 2009 and beyond.

## In the shadow of economic turbulence

This year, with economic issues driving the global business landscape, the Deloitte Technology Fast 500 Asia Pacific survey examined how fast-growing companies were faring in the downturn. The DTT TMT group asked how their growth strategies were impacted and sought to understand their changing competitive environment. How had their access to capital altered? Were they able to maintain the status quo on R&D spend? We also checked in on whether their green initiatives and talent programs had been scaled back as a result. The responses to these questions and more, from 230 CEOs, are revealed in these pages.

*All graph data is sourced from the Deloitte Technology Fast 500 Asia Pacific 2009 CEO Survey.*

**CEO survey participation by location**
(Total responses: 230)



# Surviving and thriving

## Growth is still in the cards

CEOs of fast-growing companies in Asia Pacific are steadfast in their confidence for growth. Most (49 percent) are maintaining the status quo for growth with targets unchanged, despite the global financial downturn, while a further 30 percent have set even more aggressive targets. This follows two years of sustained high confidence in their company's growth, which stood at 86 percent in 2008 and 91 percent in 2007, according to previous Deloitte Technology Fast 500 Asia Pacific surveys.

## Keeping it close to home

With unstinting growth plans for most companies, the survey reveals an even greater emphasis being placed on an organic strategy for growth, as reported by 56% of respondent CEOs. Korea stands out as the only country where firms are mainly focused on growth by acquisitions.

## No experience necessary

Opinion is virtually split on whether the previous technology recession better prepared this sector for the most recent global recession.

**1. Have you revised your growth targets for 2009, in light of economic conditions?**



**2. Has the economic environment caused you to change your choice for company growth?**



**3. Do you think the tech sector's recent and prior experience of a recession has enabled the sector to be relatively well-prepared for this recession?**



# Secrets of success

### Innovation by the yard

The biggest returns for this year's fast-growing companies are being generated by incremental innovation releases in both existing (31 percent) and new (17 percent) markets. Breakthrough innovation releases account for 25 percent of returns in existing markets and 13 percent in new markets.

### Customer appeal

Most CEOs of fast-growing companies believe their customers (55 percent among all sizes of customers) prefer them to established organizations because of the economic environment, although a large group (36 percent) see no change. Only 9 percent think customers are less willing to try new solutions.

**4. Which type of innovation is generating the biggest returns for your company in the recession?**



**5. Has the economic environment in your main target markets made customers more willing to work with fast-growing, emerging companies, rather than established companies?**



## The silver lining

The greatest upside to the economic downturn, according to this year's survey, has been a reduction in staff turnover for 22 percent of companies, which has been a singular operational concern in previous years. In fact, 16 percent of CEOs report that their staff are now working harder. Expenses have decreased in many areas as well, with companies reporting drops in labor (16 percent), machinery and infrastructure (10 percent) and raw materials (9 percent).

**6. What are the key positive outcomes you have experienced as a result of the economic downturn?**



# Sizing the market

### Market faith prevails

There is an overall confidence in the economies of the target markets for survey respondents. Seventy-seven percent project growth in 2009 for their main target markets, with another 9 percent expecting their economies to remain flat.

### On the pursuit of customers

Consistent with findings that growth targets haven't changed much in the economic downturn, nearly half the CEOs surveyed (45 percent) are also not changing their main target customer. (The exceptions are firms in India and Taiwan who find they now need to predominantly target larger customers and other geographies.) For the remaining CEOs, 26 percent are targeting customers in other geographies, 20 percent are now focusing on larger companies and 9 percent are aiming at smaller companies.

### Competitive forces

For 45 percent of companies in this year's survey, the number of competitors hasn't changed greatly, while 30 percent note a reduction. China bucks this trend, however, with nearly half the 55 respondents indicating an increase in competitors because of the economic environment.

**7. How do you expect the economies across your main target markets will fare in 2009?**



**8. Has the economic environment in your main target markets caused you to change your target customer at all?**



**9. Has the economic environment caused:**



## What the market will bear

Over half (55 percent) of the fast-growing companies surveyed have taken a hit at the cash register, because of the current financial situation. They say their customers are reluctant to buy at previous price points. Another 42 percent have not seen any changes to prices, and despite less competition for 30 percent (see previous graph), only 3 percent note a price increase.

## How green will customers go?

According to nearly one third of CEOs (32 percent), customers are more green than ever. That leaves a significant proportion of customers (68 percent) who are not as concerned about environmental issues. Of this, 29 percent are simply less focused on it today than a year ago, while for 39 percent, price trumps all.

**10. Has the economic environment caused:**



**11. Are customers less concerned about environmental issues?**



# Business as usual

**Still banking on capital**

The majority of fast-growing companies (66 percent) continue to be able to access capital. For 34 percent of companies having difficulty raising funds because of size, availability or price factors, the challenge areas are equity issuance (47 percent), debt (42 percent) and bonds (11 percent).

**More people please**

Hiring in the technology sector continues unabated. The ongoing attrition of people was forecast last year by 96 percent of respondent CEOs, and they saw it through. In this year's survey, 95 percent report workforce growth. In fact, 39 percent have even accelerated hiring.

**The best and the brightest**

Attracting and retaining top talent has been a consistent focus for CEO respondents in past years, and it continues to be so, despite the downturn in the economic environment. Fast-growing companies (45 percent) declare no change in their talent retention programs. In fact, 40 percent concede that turnover would be problematic at this time.

**12. Has the company had trouble raising funds in the last six months?**



**13. If you have had challenges raising funds, in which areas have they been?**



**14. Have you changed your hiring policy?**



**15. Is talent retention more important?**



## R&D momentum

For 54 percent of technology firms in Asia Pacific, R&D budgets have not been affected by the economy. In fact, 32 percent indicate an increase. For companies spending less on R&D, the decision was overwhelmingly driven by internal management (85 percent).

## In or out?

Most R&D is kept in-house (66 percent) despite the economic environment, although 27 percent of those surveyed cite the economy as causing them to outsource R&D on a project basis, and 6 percent now work in partnership with other companies on R&D. However, in China, the majority of firms say they now outsource R&D on a project basis.

## Risk appetite drops in R&D

Asked how they are approaching R&D in this economy, the majority (55 percent) are eliminating riskier R&D projects that have less chance of realizing a return on investment. Another 27 percent are choosing specific programs to cut.

**16. Has the economic environment affected your company's spend on R&D?**



**17. If you are spending less, what is the reason for this?**



**18. Has the economic environment caused you to outsource any of your R&D?**



**19. If you are spending less, what is your approach (select all that apply)?**



33

# Uncharted waters

### Innovation challenges

When it comes to pursuing growth through innovation, technology firms in Asia Pacific are confronted by a myriad of obstacles in today's economic climate. At the top of their list is a risk-adverse culture for 43 percent of respondents, followed by insufficient customer insight (22 percent) and a lack of new ideas (13 percent).

### Supply chain dominos

Technology firms are seeing a range of impacts to their supply chain in 2009. Notably, for 34 percent, payments are slower to come in the door. Meanwhile, 15 percent are burdened with the worry over whether their suppliers may fail and leave the market altogether.

### Out to market

It's taking longer to close the deal because of the economic climate, according to 48 percent of the CEOs of fast-growing companies in Asia Pacific. Conversely, for 9 percent, the sales cycle is actually shorter.

**20. In the current economic climate, what are the biggest challenges you encounter when pursuing growth through innovation?**



**21. What, if any, have been the impacts on your supply chain:**



**22. Has the economic environment in your main target market(s) caused**



# Conclusions

## Stirred, not shaken

Last year, there was much speculation about the impact of the economic downturn on the historic confidence of fast-growing technology companies. At that time, many CEOs were reviewing their growth strategies and taking a cautious look-and-see approach. Still, their confidence sailed almost as high as the record-breaking year before, in 2007.

This year, although we didn't ask CEOs outright about their confidence, it shone through loud and clear in their approach to growth targets, markets and customers. Indeed, their positive attitudes are prevalent throughout the survey results. They appear cautiously confident and protective of their organizations, but not willing to compromise their long-term game plan. They've kept growth alive with a robust 361 percent average revenue growth rate over three years across 500 companies, not a record-breaking year by any measure, but comparable to earlier years in the Technology Fast 500 rankings.

## Adapting to the winds of change

That is not to say that the weakened global economy hasn't impacted technology companies in the Asia Pacific region. It has caused sales cycles to lengthen as they adapt to meet their customers' needs. Over half (55 percent) say their customers are reluctant to buy at previous price points. Financial factors are beginning to override the focus on green for their customers, for which we have yet to see the implications for technology firms. And there is reason for concern, as customers are slower to mail in their cheques, while some suppliers may leave the market.

Yet respondents also seized the opportunities of the downturn, keeping a strong emphasis on what they could control. Talent and R&D are still priority areas; a welcome and reassuring confirmation about the level of CEO commitment to basic business strategies. In fact, 39 percent have even accelerated hiring and 32 percent have increased spending in R&D. Some companies, in open-ended responses, cited the economic climate as a chance to stress-test their business plans, or to strategically rethink their go-to-market strategy and redefine priorities.

## Balance and moderation

It appears that balance and moderation are the new key tones for growth. There is much opportunity—all sizes of customers are claimed to be being willing to work with fast-growing, emerging companies. And much to take stock of, like how to maintain innovation as a pillar for growth within a growing risk-adverse culture.

One thing is certain: technology companies in Asia Pacific are not resting on their laurels waiting for good times to return. As always, the ranking technology companies are positioning themselves to be even more competitive in the future.

# Technology Fast 500 Asia Pacific smart companies:
## Clare Howden, CEO, Futrix

Being a small fish in a big pond presents its own set of challenges on an average year. For a technology business trying to grow its top line and expand operations around the globe during a recession, the waters can be particularly choppy.



Yet for New Zealand-based Futrix Ltd, a company in the business intelligence market since 1997, the course for growth was set.

With its unique software targeting the market's need for information-based decision making, Futrix focused its sales and marketing strategies to put itself squarely on the radar of the right people at large organizations—and landed back in the Deloitte Technology Fast 500 Asia Pacific Ranking for the second year.

CEO Clare Howden ascribes much of her company's substantial growth over the past year to product performance, attested to by exceptional customer feedback and recurring sales; outstanding employees; and a focused approach to sales and marketing.

"The recession made it imperative for companies to run more efficiently, and to do so, they needed to get smarter about their business. Our software holds an appealing promise for businesses during tough times, because it enables them to better leverage the information they already have and make important decisions, whether they need to cut costs, identify risk, find new opportunities or improve the bottom line."

Still, without visibility, recession or not, Futrix would be a hidden gem. That's why creating a strong sales model is essential, something that Clare believes passionately in. In fact, her drive to install an advanced sales and marketing strategy, along with a robust business plan for growth, gained her the CEO title in 2006, after three years running the company's financial side.

"Being recognized as a leading growth company makes us all very proud, not only from the market credibility it bestows, but also because it affirms Futrix as an integral part of the New Zealand business community."

**Clare Howden,** CEO, Futrix

As CEO and one of the major shareholders, Clare holds a strong vision to realize her company's potential as a globally competitive business. "We are a very close-knit team and we all understand that Futrix can revolutionize how businesses operate." Clare initially trained as a psychologist and once ran her own recruitment consultancy in London, and although this kind of background may be atypical of a CEO, she credits it for fine-tuning her ability to understand and motivate people.

She hits the same inspirational tone for start-up software companies. "Keep going, keep knocking on those doors and *listen* to anyone that can spare the time to talk to you." And equally important, "invest in sales and marketing," she adds.

For the future, Clare acknowledges that continued excellent software development will keep customers coming back, and attract new ones. She places innovation as a central part of her growth plan: "We're constantly monitoring our software; understanding our customers' changing needs; employing a top-notch team across New Zealand, Australia and the USA to identify and adapt our models. The list goes on."

The prevailing drive to innovate—an essential value of a Technology Fast 500 company.

# Contacts at Deloitte Touche Tohmatsu (DTT) and its member firms

**Igal Brightman**
Chairman
Deloitte Touche Tohmatsu
Technology, Media & Telecommunications Industry Group
+972 3 608 55 00
ibrightman@deloitte.co.il

**Jolyon Barker**
Global Managing Partner
Deloitte Touche Tohmatsu
Technology, Media & Telecommunications Industry Group
+44 20 7007 1818
jrbarker@deloitte.co.uk

## Americas

**Alberto Lopez Carnabucci**
Argentina
+54 11 4320 2735
alopezcarnabucci@deloitte.com

**Marco Antonio Brandao Simurro**
Brazil
+55 11 5186 1232
mbrandao@deloitte.com.br

**John Ruffolo**
Canada
+1 416 601 6684
jruffolo@deloitte.ca

**Fernando Gaziano**
Chile
+56 2 729 8783
fpgaziano@deloitte.com

**Elsa Victoria Mena Cardona**
Colombia
+571 546 1815
emenacardona@deloitte.com

**Carlos Gallegos Echeverria**
Costa Rica
+506 253 2466
cagallegos@deloitte.com

**Ernesto Graber**
Ecuador
+593 4 245 2770 ext 163
egraber@deloitte.com

**Francisco Silva**
Mexico
+52 55 5080 6310
fsilva@deloittemx.com

**Cesar Chong**
Panama
+507 303 4110
cechong@deloitte.com

**Gustavo Lopez Ameri**
Peru
+51 1 211 8533
glopezameri@deloitte.com

**Phillip Asmundson**
United States, Deloitte LLP
+1 203 708 4860
pasmundson@deloitte.com

**Juan José Cabrera**
Uruguay
+598 291 6756 ext 161
jucabrera@deloitte.com

**Johan Oliva**
Venezuela
+58 212 206 8886
joholiva@deloitte.com

## Europe, Middle East, and Africa

**Nikolaus König**
Austria
+43 1 537 00 7810
nkoenig@deloitte.at

**Andre Claes**
Belgium
+32 2 600 6670
aclaes@deloitte.com

**Dariusz Nachyla**
Central Europe
+48 22 511 0631
dnachyla@deloittece.com

**Olga Tabakova**
CIS and its Russian office
+7 495 787 0600 x 2326
otabakova@deloitte.ru

**Kim Gerner**
Denmark
+45 36 10 20 30
kgerner@deloitte.dk

**Jussi Sairanen**
Finland
+358 40 752 0082
jussi.sairanen@deloitte.fi

**Etienne Jacquemin**
France
+33 1 5561 2170
ejacquemin@deloitte.fr

**Dieter Schlereth**
Germany
+49 211 8772 2638
dschlereth@deloitte.de

**Cormac Hughes**
Ireland
+353 1 4172592
cohughes@deloitte.ie

**Tal Chen**
Israel
+972 3 608 5580
talchen@deloitte.co.il

**Alberto Donato**
Italy
+39 064 780 5595
adonato@deloitte.it

**Dan Arendt**
Luxembourg
+352 451 452 621
darendt@deloitte.lu

**Saba Sindaha**
Middle East
+971 (2) 676 0606
ssindaha@deloitte.com

**Anton Sandler**
Netherlands
+ 31 20 582 4548
asandler@deloitte.nl

**Halvor Moen**
Norway
+47 23 27 97 85
hmoen@deloitte.no

**Joao Luis Silva**
Portugal
+351 210 427 635
joaolsilva@deloitte.pt

**Mark Casey**
Southern Africa
+27 11 806 5205
mcasey@deloitte.co.za

**Jesus Navarro**
Spain
+34 91 514 5000 ext 2061
jenavarro@deloitte.es

**Tommy Martensson**
Sweden
+46 8 506 711 30
tommy.martensson@deloitte.se

**Oktay Aktolun**
Turkey
+90 212 366 6302
oaktolun@deloitte.com

**Jolyon Barker**
United Kingdom
+44 20 7007 1818
jrbarker@deloitte.co.uk

## Asia Pacific

**Damien Tampling**
Australia
+61 2 9322 5890
dtampling@deloitte.com.au

**William Chou**
China
+86 10 8520 7102
wilchou@deloitte.com.cn

**Parlindungan Siahaan**
Indonesia
+62 21 231 2879 ext 3300
psiahaan@deloitte.com

**V. Srikumar**
India
+91 80 6627 6106
vsrikumar@deloitte.com

**Yoshitaka Asaeda**
Japan
+81 3 6213 3488
yoshitaka.asaeda@tohmatsu.co.jp

**Jum Pyo Kim**
Korea
+82 2 6676 3130
jumkim@deloitte.com

**Robert Tan**
Malaysia
+603 7723 6598
rtan@deloitte.com

**John Bell**
New Zealand
+64 9 303 0853
jobell@deloite.co.nz

**Shariq Barmaky**
Singapore
+65 6530 5508
shbarmaky@deloitte.com

**Clark C. Chen**
Taiwan
+886 2 2545 9988 ext 3065
clarkcchen@deloitte.com.tw

**Marasri Kanjanataweewat**
Thailand
+662 676 5700 ext 6067
mkanjanataweewat@deloitte.com

# About the DTT Global Technology, Media & Telecommunications Industry Group

The Deloitte Touche Tohmatsu (DTT) Global Technology, Media & Telecommunications (TMT) Industry Group consists of TMT practices organized in the various member firms of DTT. It includes more than 7,000 partners and professionals from around the world, dedicated to helping their clients evaluate complex issues, develop fresh approaches to problems and implement practical solutions.

There are dedicated TMT member firm practices in 45 countries and Centers of Excellence (CoE) in the Americas, EMEA and Asia Pacific. DTT's member firms serve 91 percent of the TMT companies in the Fortune Global 500. Clients of Deloitte's member firms' TMT practices include some of the world's top software companies, computer manufacturers, wireless operators, satellite broadcasters, advertising agencies and semiconductor foundries, as well as leaders in publishing, telecommunications and peripheral equipment manufacturing.

**For more information, please contact:**

**Amanda Goldstein**
Director of DTT TMT Marketing
+1 212 436 5203
agoldstein@deloitte.com

**Yvonne Dow**
Director of Asia Pacific DTT TMT Marketing
+852 2852 6611
ydow@deloitte.com

**Jared Frost**
Director of EMEA DTT TMT Marketing
+44 20 7303 8884
jfrost@deloitte.co.uk



40

Deloitte refers to one or more of Deloitte Touche Tohmatsu, a Swiss Verein, and its network of member firms, each of which is a legally separate and independent entity. Please see www.deloitte.com/about for a detailed description of the legal structure of Deloitte Touche Tohmatsu and its member firms.

**Global profile**

Deloitte provides audit, tax, consulting and financial advisory services to public and private clients spanning multiple industries. With a globally connected network of member firms in more than 140 countries, Deloitte brings world-class capabilities and deep local expertise to help clients succeed wherever they operate. Deloitte's approximately 169,000 professionals are committed to becoming the standard of excellence.

Deloitte's professionals are unified by a collaborative culture that fosters integrity, outstanding value to markets and clients, commitment to each other and strength from cultural diversity. They enjoy an environment of continuous learning, challenging experiences and enriching career opportunities. Deloitte's professionals are dedicated to strengthening corporate responsibility, building public trust and making a positive impact in their communities.

**Disclaimer**

This publication contains general information only, and none of Deloitte Touche Tohmatsu, its member firms or its and their affiliates are, by means of this publication, rendering accounting, business, financial, investment, legal, tax or other professional advice or services. This publication is not a substitute for such professional advice or services, nor should it be used as a basis for any decision or action that may affect your finances or your business. Before making any decision or taking any action that may affect your finances or your business, you should consult a qualified professional adviser.

None of Deloitte Touche Tohmatsu, its member firms or its and their respective affiliates shall be responsible for any loss whatsoever sustained by any person who relies on this publication.

© 2009 Deloitte Touche Tohmatsu



Exhibit D

# Deloitte.



Lead. Innovate. Excel.
Technology Fast500™
Asia Pacific 2010
Ranking and CEO Survey

# Contents

Foreword                                                                                    1

DTTL TMT at a glance                                                                        2

Fast facts file                                                                             4

View from the top: Interview with Ji-Rei Chen, CEO of Giga Solar Materials                  8

Peak performers: The top five companies                                                    11

Deloitte Technology Fast 500 Asia Pacific 2010 Ranking                                     15

Deloitte Technology Fast 500 Asia Pacific 2010 CEO Survey                                  25

Technology Fast 500 faces: Vocus in focus                                                  38

Contacts at Deloitte Touche Tohmatsu Limited (DTTL) and its member firms                   40

# Foreword

Over the past nine years, we've watched fast-growing technology companies in Asia Pacific flex their muscle to achieve incredible growth, and we've watched them slow their pace through a worldwide economic recession. Through the seasons of change, the Deloitte Touche Tohmatsu Limited (DTTL) Global Technology, Media & Telecommunications (TMT) Industry Group's annual Deloitte Technology Fast 500 Asia Pacific Ranking and CEO Survey has become their record of achievement and performance, marking the distance of the fittest.

As one of the region's most comprehensive and respected rankings of fast-growing technology companies, key data is obtained from companies in nine locations in Asia Pacific—Australia, China (Hong Kong), India, Japan, Korea, Malaysia, New Zealand, Singapore and Taiwan. The ranking recognizes the top 500 technology companies, both public and private, according to their revenue performance over the past three years.

The top five companies this year averaged a three-year revenue growth rate of 10,338 percent, slightly higher than last year's 8,980 percent, but nowhere near record-breaking years of the past when average rates for the top five climbed over 30,000 percent. Overall, the average percentage growth rate for all 500 ranked companies was 374 percent, up slightly from 361 percent in 2009.

On the winner's podium is Giga Solar Materials, a Semiconductors, Components and Electronics firm from Taiwan specializing in film metallization pastes. With an impressive growth rate of 24,694 percent over three years, they outran the pack by more than double the second-ranked company Vocus Communications from Australia, who achieved a 11,306 percent growth rate. The stories of both

companies are featured in these pages. Giga CEO Ji-Rei Chen discusses how a key product innovation grabbed market share, while Vocus CEO James Spenceley describes his company's climb from a Rising Star in the 2009 Deloitte Technology Fast 50 Australia program to second spot.

In the DTTL TMT group's annual Technology Fast 500 Asia Pacific CEO survey, we probed deeply into the impact of the world's economic recession on Asia Pacific companies. Read what 245 CEOs have to say about shifts in their business. Clearly, economy pressures are taking a toll, but they affirm the tradition of adaptability and flexibility seen in previous years.

Congratulations to all the winning companies on their remarkable achievements.



**Jolyon Barker**
DTTL Managing Director, Global Technology, Media & Telecommunications (TMT) Industry Group



**Yoshitaka Asaeda**
Deloitte Japan Partner in charge, Technology Fast 500 Asia Pacific program

# DTTL TMT at a glance

## Services

Companies in the TMT sector confront a swiftly changing marketplace and Deloitte member firm TMT practices are helping companies adapt quickly, with extensive services across the following functions:

- Integrated Market Offerings (IMOs)
- Audit & Enterprise Risk Services (AERS)
- Tax advisory
- Consulting
- Financial Advisory Services (FAS) and Corporate Finance

## People

The Deloitte Touche Tohmatsu Limited (DTTL) Global Technology, Media & Telecommunications (TMT) Industry Group consists of TMT practices organised in the various member firms of DTTL. It includes more than 7,000 member firm partners and professionals from around the world dedicated to helping their clients evaluate complex issues, develop fresh approaches to problems and implement practical solutions.



DTTL TMT keeps abreast of TMT trends and makes significant investment in producing cutting-edge thought leadership. We are deeply committed to providing insights that keep clients on the forefront of critical trends. The DTTL TMT Group's innovative thinking is highly valuable to, and sought by, a range of stakeholders—business schools, trade organizations, government agencies and companies of all sizes.

## Member firms

There are dedicated TMT member firm practices in 45 countries in the Americas, EMEA and Asia Pacific.

## TMT clients

Clients of Deloitte member firms' TMT practices include:

- Ninety-two percent of the TMT companies in the Fortune Global 500®.
- Twenty-one of the 24 largest technology companies worldwide.
- All seven of the largest global media companies.
- Twenty-one of the 22 largest telecommunications companies worldwide.

**Selected TMT thought leadership**

**Predictions 2010**

The 2010 edition of Global TMT's *Predictions* was launched this year in 48 countries around the world, and as of June 2010, has been presented to thousands of member firm clients around the world. It is based on a year-round research process involving member firm practitioners, clients, industry analysts and hundreds of thousands of proprietary data points generated by quantitative research.



**State of the Media Democracy Survey 2010**

DTTL TMT's multinational fourth edition of the *State of the Media Democracy Survey* discusses how digitization is radically transforming: the way content is consumed; consumer behavior across generations; and what future media preferences are likely to be.



**2010 TMT Global Security Study—Key findings: Bounce Back**

The fourth *TMT Global Security Study* benchmarks IT security and privacy in the technology, media and telecommunications industry. The 2010 report finds that spend on security appears to be bouncing back in anticipation of renewed economic growth.



**Global Trends in Venture Capital 2010: Outlook for the Future**

This annual survey is conducted by the DTTL TMT Group in conjunction with venture capital associations in the Americas, Asia Pacific, Europe and Israel, measuring the opinions of more than 700 venture capitalists worldwide.



Additional TMT thought leadership: www.deloitte.com/tmtpublications

# Fast facts file

## By location

China has been steadily adding companies to the Fast 500 ranking and this year leads with 147 contributions—up from 97 companies in 2009, 72 in 2008 and 53 in 2007. Taiwan now appears in second place, after two years in the lead, offering 86 companies to the ranking of the fastest-growing technology companies in Asia Pacific.

### Top 20

Half of the companies in the top 20 ranking hail from China, while three are from Taiwan. India, New Zealand and Australia each offer two companies, and Japan provides one. Seven of the firms in the top 20 are Internet companies.

### Ranked companies by location



Number of companies

## By revenue growth

The top five companies grew 10,338 percent in average revenue growth over the past three years, up from last year's top-five performance rate of 8,980 percent. Across all 500 companies, the three-year average revenue growth rate came in at 374 percent, similar to last year's 361-percent rate.

### Ranked companies by revenue growth



Percentage revenue growth

4

**Ranked companies by industry sector**



Number of companies

**By industry sector**

For the fourth year in a row, Software outranked all other sectors, with 145 companies in the Fast 500 ranking—a decrease from 163 companies in 2009. Yet, despite its numbers, not one software company made the top 20 list.

At nearly half that number, the Semiconductors, Components and Electronics sector placed second with 77 companies, similar to last year's 76 contributions, and it boasts the winning company: Giga Solar Materials from Taiwan. Internet companies slipped back to third place with 75 companies, three companies less than in 2009 when the sector ranked second. Four Internet companies made the top ten list, doubling last year's count.

**Ranked companies' final-year revenue (in USD)**



Number of companies

**By revenue**

As in previous years, the majority of the ranked companies—345 in 2010—have revenues of less than USD50 million. 148 companies have between USD50 million and USD1 billion final-year earnings, while seven companies recorded more than USD1 billion in revenues.

5

## By sector and location

The dominant Software sector saw most of its contributions from China (40) and India (33), although the latter provided only half the number it offered in 2009. Again, Taiwan supplied the most Semiconductors, Components and Electronics companies (50)—as in the previous three years—while Australia boasted the most Internet companies (23). Green Technology was represented mostly by China (15) and Taiwan (5), while South Korea supplied the most companies in the Computers / Peripherals sector (23).

| Ranked companies by sector and location | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Australia | China | India | Japan | Malaysia | New Zealand | Singapore | South Korea | Taiwan |
| Software | 23 | 40 | 33 | 11 | 7 | 13 | 3 | 4 | 11 |
| Semiconductors, Components and Electronics | 0 | 9 | 2 | 2 | 1 | 1 | 1 | 11 | 50 |
| Internet | 23 | 13 | 9 | 10 | 3 | 15 | 1 | 1 | 0 |
| Telecommunications / Networking | 11 | 22 | 8 | 1 | 3 | 11 | 2 | 0 | 2 |
| Computers / Peripherals | 2 | 16 | 1 | 0 | 1 | 7 | 0 | 23 | 6 |
| Biotech / Pharmaceutical / Medical Equipment | 3 | 25 | 3 | 2 | 0 | 1 | 1 | 0 | 11 |
| Green Technology | 0 | 15 | 0 | 1 | 0 | 1 | 2 | 2 | 5 |
| Media and Entertainment | 0 | 7 | 4 | 2 | 0 | 1 | 0 | 0 | 1 |

**Public or private**

The number of private companies in this year's ranking climbed to 298, a slight increase from the 291 private companies in last year's ranking.

| Public versus private companies in the past three years | | | |
|---|---|---|---|
| | 2010 | 2009 | 2008 |
| Public | 202 | 209 | 280 |
| Private | 298 | 291 | 220 |



# View from the top:
## Interview with Ji-Rei Chen, CEO of Giga Solar Materials



**Deloitte:** Your company reported 24,694-percent revenue growth over three years. What are the most important factors that contributed to this growth?

**Ji-Rei Chen:** Since 2004, we've focused on the development of solar conductive pastes to support the energy conservation industry in Taiwan. Three years ago, we embarked on mass production and sold our products to the biggest domestic solar cells firm in Taiwan—Gintech Energy Corporation. Due to the financial crisis and the demand for solar cells sides, we had more and more opportunity to send samples to solar cells firms for testing and qualification. Our market share and reputation grew rapidly, turning us into the largest supplier of solar conductive pastes in Taiwan. Because of our technological advantages and price competitiveness, we were able to enter the Asian and European markets and our revenue growth rate has increased remarkably since.

**Deloitte:** How did you attract market share previously held by foreign and Chinese companies—what differentiated Giga?

**Ji-Rei Chen:** Our differentiation strategy is focused on service excellence and technical innovation. Customers demand quality, efficiency and variation in solar conductive pastes. Our ability to resolve problems on time for customers has put us in a very competitive position against foreign companies who have lower business-response capacity. Plus, our investment in R&D facilities (such as a recent high-temperature reaction-fritting furnace) has enabled us to innovate in customized products and is another chief competitive factor.

**Deloitte:** Product innovation has played a key role in your company's growth in aluminum pastes. What inspired this innovation?

**Ji-Rei Chen:** There is no gray area in the development of aluminum pastes—it's a winner-takes-all market—so we embraced innovation within our organization. We elevated our R&D team's scope; increased the number of R&D professionals and budget; and gradually upgraded and renewed our R&D equipment. We also collaborated with schools to open up the source of intelligence and technology.

8



**Deloitte:** How will you sustain your growth in the future?

**Ji-Rei Chen:** In addition to developing innovative products for our current client base, our short-term goal is to further leverage our solar conductive pastes beyond our client base. In the midterm, our goal is to step into another stage of material development, such as N-Type silver paste or transmission aluminum paste. By strengthening the solar conductive paste series and developing more specialized materials for the energy conservation industry overall, we plan to extend and strengthen our business.

**Deloitte:** What unique factors set your leadership team apart?

**Ji-Rei Chen:** The executive team at Giga Solar Materials all have solid technical backgrounds and management experience. The success of our product techniques and R&D programs are attributed to their efforts. Persistence is their motto—they instill discipline and focus in product innovation and high-quality service delivery.

Deloitte: Can you describe your company's culture in one sentence?

Ji-Rei Chen: To know our clients better than they know themselves.



# Peak performers:
## The top five companies

**Top five at a glance**

• Three-year average growth of 10,338%

• Two Green Technology companies

• Two Internet companies

• Two from China

• One repeat entry: GREE Inc

In the winner's circle are five companies at the top of their game. They surged ahead in the second year of the global financial setback to achieve an average revenue growth over three years of 10,338 percent, a climb from the 2009 group who averaged 8,980 percent.

Leading the pack is Giga Solar Materials Corp, a semiconductors company from Taiwan, with a three-year revenue growth rate of 24,694 percent, nearly as steep as last year's winner who rang in at 29,577 percent.

Who are these companies and what do they do?
The top five answer in their own words:

## 1. Giga Solar Materials Corp



碩禾電子材料股份有限公司
**GIGA SOLAR MATERIALS CORP.**

Giga Solar Materials Corp (GSMC) offers a line of thick film-metallization pastes specifically designed for use in the construction of photovoltaic solar cells. The pastes offered include: silver (Ag) paste suitable for use as a front-side conductor; aluminum (Al) paste for use as the back electrode; and silver/aluminum (AgAl) paste for use as a back-side conductor on an aluminum back-surface field. These pastes were developed with the understanding that the physical and functional requirements of the front- and back-side of the photovoltaic substrates require significant differences in the properties of the metallization pastes.

| | |
|---|---|
| **Location** | Taiwan |
| **Sector** | Semiconductors, Components and Electronics |
| **Founded** | 2005 |
| **CEO** | Ji-Rei Chen |
| **Three-year growth** | 24,694% |
| **Website** | www.gigasolar.com.tw |

## 2. Vocus Communications



| | |
|---|---|
| **Location** | Australia |
| **Sector** | Internet |
| **Founded** | 2007 |
| **CEO** | James Spenceley |
| **Three-year growth** | 11,306% |
| **Website** | www.vocus.com.au |

Vocus Communications provides wholesale voice and IP transit to telecommunications companies and ISPs across Australia, NZ and the US. The company provides high performance, high availability and highly scalable communications solutions, which allow a service provider to quickly and easily deploy new services for their own customer base. The company has over 120 customers, including some of the biggest internet brands such as Vodafone, iiNet, Internode, Yahoo and BigAir.

## 3. China United Cleaning Technology Co Ltd



| | |
|---|---|
| **Location** | China |
| **Sector** | Green Technology |
| **Founded** | 2004 |
| **CEO** | Liangxin Sun |
| **Three-year growth** | 7,744% |
| **Website** | www.cuckwd.com |

China United Cleaning Technology Co Ltd (CUC) is a joint-venture company founded by the top companies in the semiconductors, TFT-LCD and advanced cleaning fields, with the investment of SAIF Partners. CUC focuses on the whole production-line turnkey service of crystal-silicon solar cells, and also supplies high-efficiency PV cells, modules and applications. CUC's products are widely applied in the fields of PV new energy, semiconductors and TFT-LCD etc.

## 4. GREE Inc



| | |
|---|---|
| **Location** | Japan |
| **Sector** | Internet |
| **Founded** | 2004 |
| **CEO** | Yoshikazu Tanaka |
| **Three-year growth** | 4,210% |
| **Website** | www.gree.co.jp |

GREE Inc is an internet-media business engaged in social networking services (SNS), offering users functions such as profiles, diaries, communities, photos and mail. In addition to basic SNS functions, GREE also provides mobile-phone users with functions including social games, flash games, fortune-telling, dictionary services, question-and-answer services and news and music functions.

## 5. Guodian United Power Technology Company Ltd



| | |
|---|---|
| **Location** | China |
| **Sector** | Green Technology |
| **Founded** | 2007 |
| **CEO** | Dongyuan Liu |
| **Three-year growth** | 3,738% |
| **Website** | www.gdupc.com.cn |

Guodian United Power Technology Co Ltd (GDUPC) is China's largest wind-power generation operator. GDUPC owns four wholly-owned subsidiaries and three holding companies. It has five production bases focusing on the manufacturing and R&D of wind-power equipment, and also innovates independently, as demonstrated by its invention of low and ordinary temperature 1.5 MW series fans. Currently, the company is developing large-scale 3 MW and 5 MW wind turbines with independent intellectual property rights. GDUPC is making substantial efforts to develop China's green energy capabilities by encouraging a low-carbon society, as well as making itself a reliable domestic wind-turbine brand.



# Deloitte Technology Fast 500
# Asia Pacific 2010 Ranking

The 500 companies in the 2010 ranking achieved an average 374-percent growth over the past three years, similar to last year's 366-percent rate, but not nearly as impressive as earlier years in the ranking. The fastest company puts Taiwan in the winner's spotlight: Giga Solar Materials grew a remarkable 24,694 percent.

Once again, Software companies dominated the ranking with 145 companies, although their first appearance is in 29th place. The Semiconductors, Components and Electronics sector contributed 77 companies, while Internet companies retained their third-place position with 75 companies, four of which placed in the top ten.

A league of its own.

The Deloitte Technology Fast 500 Asia Pacific Ranking is a global platform for measuring, recognizing and analyzing growth of the fastest-growing technology companies in the region. Five hundred companies are ranked according to revenue growth rates over the past three years.

### How does the DTTL TMT Industry Group determine the winners?

The Deloitte Technology Fast 500 Asia Pacific 2010 winners consist of the 500 public and private technology, media and telecommunications companies headquartered in Asia Pacific, that have achieved the highest rates of revenue growth over the past three years. In order to be eligible for Technology Fast 500 recognition, companies must have base-year operating revenues of at least USD50,000.

The DTTL TMT Industry Group assumes that all information provided by each company is accurate and does not independently verify such information.

| Rank | Company | Location | Industry sector | 3-year % growth |
|---|---|---|---|---|
| 1 | Giga Solar Materials Corp | Taiwan | Semiconductors, Components and Electronics | 24,694.097 |
| 2 | Vocus Communications Ltd | Australia | Internet | 11,305.603 |
| 3 | China United Cleaning Technology Co Ltd | China | Green Technology | 7,744.267 |
| 4 | GREE Inc | Japan | Internet | 4,210.151 |
| 5 | Guodian United Power Technology Co Ltd | China | Green Technology | 3,738.076 |
| 6 | AdChina Ltd | China | Media and Entertainment | 2,743.696 |
| 7 | Beijing LOIT Technology Ltd | China | Telecommunications / Networking | 2,514.570 |
| 8 | Xero Ltd | New Zealand | Internet | 2,250.260 |
| 9 | Hotels Combined Pty Ltd | Australia | Internet | 1,925.685 |
| 10 | Microview Technology Corp | Taiwan | Semiconductors, Components and Electronics | 1,876.611 |
| 11 | Beijing Jingdong Century Trading Co Ltd | China | Internet | 1,813.046 |
| 12 | Beijing GPMedical Technologies Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 1,804.187 |
| 13 | Young Fast Optoelectronics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 1,773.397 |
| 14 | FatPipe Networks India Ltd | India | Telecommunications / Networking | 1,765.226 |
| 15 | Beijing Xueda Information Technology Co Ltd | China | Internet | 1,747.125 |
| 16 | Shenzhen Easou Technology Co Ltd | China | Computers / Peripherals | 1,701.050 |
| 17 | Beijing NetQin Technology Co Ltd | China | Telecommunications / Networking | 1,686.701 |
| 18 | Ad2Pro Media Solutions Pvt Ltd | India | Media and Entertainment | 1,648.978 |
| 19 | Touch Media International Holdings | China | Media and Entertainment | 1,579.241 |
| 20 | Gopher Ltd | New Zealand | Internet | 1,456.325 |
| 21 | iYogi Technical Services Pvt Ltd | India | Internet | 1,437.595 |

| Rank | Company | Location | Industry sector | 3-year % growth |
|---|---|---|---|---|
| 22 | Bioduro (Beijing) Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 1,416.943 |
| 23 | MOL AccessPortal Berhad | Malaysia | Internet | 1,181.500 |
| 24 | Nature Shop Ltd | New Zealand | Internet | 1,106.388 |
| 25 | Mobilis Networks Ltd | New Zealand | Telecommunications / Networking | 1,078.870 |
| 26 | Moreens Co Ltd | South Korea | Computers / Peripherals | 1,039.273 |
| 27 | Pilani Soft Labs Pvt Ltd | India | Internet | 1,024.506 |
| 28 | Nishoku Technology Inc | Taiwan | Semiconductors, Components and Electronics | 1,000.597 |
| 29 | Baofeng Network Technology Co Ltd | China | Software | 990.244 |
| 30 | Guangzhou Best-study Education Group | China | Internet | 982.168 |
| 31 | Vancl (Beijing) Technology Co Ltd | China | Internet | 942.898 |
| 32 | Next Window Ltd | New Zealand | Computers / Peripherals | 904.981 |
| 33 | TD Tech Ltd | China | Telecommunications / Networking | 903.339 |
| 34 | Emantra Pty Ltd | Australia | Internet | 856.404 |
| 35 | Clearpoint Ltd | New Zealand | Telecommunications / Networking | 831.937 |
| 36 | Force Mos Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 823.437 |
| 37 | Ozsale Pty Ltd | Australia | Internet | 821.212 |
| 38 | Pollenizer Pty Ltd | Australia | Internet | 818.766 |
| 39 | Win Win Precision Technology Co Ltd | Taiwan | Green Technology | 807.129 |
| 40 | Beijing EVOC Intelligent Technology Co Ltd | China | Computers / Peripherals | 726.538 |
| 41 | Beijing Sound-Puhua Technology Co Ltd | China | Green Technology | 724.138 |
| 42 | Wondershare Software Co Ltd | China | Software | 714.423 |
| 43 | UC Mobile Ltd | China | Telecommunications / Networking | 711.504 |
| 44 | Stateless Systems | Australia | Internet | 698.114 |
| 45 | Livesense Inc | Japan | Internet | 695.484 |
| 46 | Vriti Infocom Pvt Ltd | India | Internet | 686.797 |
| 47 | UBright Optronics Corp | Taiwan | Semiconductors, Components and Electronics | 676.921 |
| 48 | Ramp Holdings Pty Ltd | Australia | Telecommunications / Networking | 666.739 |
| 49 | 58.com | China | Internet | 663.673 |
| 50 | Beijing Brainaire Storage Technology Co Ltd | China | Computers / Peripherals | 654.140 |
| 51 | The Website Marketing Group Pty Ltd | Australia | Internet | 650.000 |
| 52 | Sysware Technology Co Ltd | China | Software | 635.122 |
| 53 | switched on media | Australia | Internet | 629.335 |
| 54 | Orenda Sdn Bhd | Malaysia | Software | 621.081 |
| 55 | Appotech Ltd | China | Semiconductors, Components and Electronics | 578.394 |
| 56 | Christchurch City Networks Ltd | New Zealand | Telecommunications / Networking | 565.750 |
| 57 | Ads it! Media Corp | China | Computers / Peripherals | 563.683 |
| 58 | AsiaTelco Technologies Co Ltd | China | Telecommunications / Networking | 543.694 |
| 59 | Hutchison MediPharma Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 543.508 |
| 60 | Leader Kings Environment Security Technology Co Ltd | China | Green Technology | 541.513 |
| 61 | China Transinfo Technology Corp | China | Telecommunications / Networking | 536.773 |
| 62 | Qihoo Technology Co Ltd | China | Computers / Peripherals | 527.192 |
| 63 | Megabuy Group | Australia | Computers / Peripherals | 519.139 |
| 64 | Adimmune Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 512.834 |
| 65 | LandOcean Energy Services Co Ltd | China | Software | 498.526 |
| 66 | AnaPass Inc | South Korea | Semiconductors, Components and Electronics | 493.968 |
| 67 | Beijing AKEC Medical Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 482.473 |
| 68 | Online Ventures Pty Ltd (trading as SiteMinder) | Australia | Software | 478.245 |
| 69 | uniDap Solutions Pty Ltd | Australia | Software | 473.362 |
| 70 | Shenzhen TINNO Mobile Technology Co Ltd | China | Telecommunications / Networking | 471.684 |
| 71 | Arclite Optronics Corp | Taiwan | Semiconductors, Components and Electronics | 449.023 |
| 72 | Nexsus Techno Solutions Pvt Ltd | India | Software | 432.988 |
| 73 | nSynergy | Australia | Software | 430.412 |
| 74 | Pony Testing International Group (Shanghai) Co Ltd | China | Semiconductors, Components and Electronics | 426.943 |
| 75 | Yangwoo Co Ltd | South Korea | Computers / Peripherals | 423.151 |
| 76 | Nitor Infotech Pvt Ltd | India | Software | 419.849 |
| 77 | Mobien Technologies Pvt Ltd | India | Software | 415.541 |
| 78 | Telemetry Research | New Zealand | Biotech / Pharmaceutical / Medical Equipment | 403.253 |
| 79 | Forest Interactive Sdn Bhd | Malaysia | Telecommunications / Networking | 401.249 |
| 80 | iCreate Software Pvt Ltd | India | Software | 399.892 |
| 81 | Rubik Financial Ltd | Australia | Telecommunications / Networking | 395.839 |

| Rank | Company | Location | Industry sector | 3-year % growth |
|------|---------|----------|-----------------|-----------------|
| 82 | Le Shi Internet Information & Technology Corp Beijing | China | Media and Entertainment | 394.762 |
| 83 | Beijing Zhonghangshixin Assemble Project Ltd | China | Green Technology | 391.973 |
| 84 | Golden Spring Internet of Things Inc | China | Internet | 387.859 |
| 85 | Times-7 Research Ltd | New Zealand | Computers / Peripherals | 381.468 |
| 86 | Mindwave Solutions Pte Ltd | Singapore | Software | 376.430 |
| 87 | Microbio Co Ltd | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 374.072 |
| 88 | Anittel | Australia | Software | 373.003 |
| 89 | Kuliza Technology Pvt Ltd | India | Software | 361.232 |
| 90 | Beijing Unifly Scientific and Technology Co Ltd | China | Green Technology | 357.877 |
| 91 | IDenizen Smartware Pvt Ltd | India | Software | 353.100 |
| 92 | Observatory Crest Ltd | New Zealand | Telecommunications / Networking | 352.288 |
| 93 | Excelsior Medical Co Ltd | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 350.347 |
| 94 | GEONG Information Technology (Beijing) Ltd | China | Software | 341.308 |
| 95 | iDimension MSC Sdn Bhd | Malaysia | Software | 338.951 |
| 96 | Beijing PDE Information Technology Co Ltd | China | Software | 338.757 |
| 97 | Shanghai Times Bright China | China | Software | 334.457 |
| 98 | Tencent Inc | China | Internet | 325.654 |
| 99 | Sonar Ltd | New Zealand | Internet | 324.398 |
| 100 | Beijing Yicheng Bioelectronics Technology Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 313.878 |
| 101 | Platinum Safety Ltd | New Zealand | Software | 312.722 |
| 102 | Sunext Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 312.149 |
| 103 | inTechnology Distribution Pty Ltd | Australia | Telecommunications / Networking | 311.901 |
| 104 | PK Online Ventures Pvt Ltd | India | Media and Entertainment | 309.981 |
| 105 | Phoeton corp | Japan | Semiconductors, Components and Electronics | 306.258 |
| 106 | JustCommodity Software Solutions Pte Ltd | Singapore | Software | 302.571 |
| 107 | Biomatters Ltd | New Zealand | Software | 297.754 |
| 108 | Marops Ltd | New Zealand | Software | 297.545 |
| 109 | UNISITS Technology Co Ltd | China | Software | 296.104 |
| 110 | Hiconics Drive Technology Co Ltd | China | Semiconductors, Components and Electronics | 296.002 |
| 111 | 2C Light Co Ltd | New Zealand | Green Technology | 295.528 |
| 112 | Grandhope Biotech Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 293.040 |
| 113 | SMS Country Networks Pvt Ltd | India | Internet | 292.427 |
| 114 | Kyland Technology Co Ltd | China | Telecommunications / Networking | 290.655 |
| 115 | Stack Devices Corp | Taiwan | Semiconductors, Components and Electronics | 290.524 |
| 116 | ROWIN Co Ltd | South Korea | Computers / Peripherals | 289.909 |
| 117 | Chi Mei Materials Technology Corp | Taiwan | Semiconductors, Components and Electronics | 288.666 |
| 118 | AutoNavi Software Co Ltd | China | Software | 288.175 |
| 119 | Union Mobile Pay Ltd | China | Telecommunications / Networking | 287.511 |
| 120 | CDC Global Services Corp | China | Telecommunications / Networking | 280.676 |
| 121 | UFO Moviez India Ltd | India | Media and Entertainment | 278.259 |
| 122 | Beijing Fastweb Technology Co Ltd | China | Telecommunications / Networking | 273.881 |
| 123 | M2 Telecommunications Group Ltd | Australia | Internet | 272.794 |
| 124 | China Information Technology Inc | China | Software | 269.219 |
| 125 | Vtion Technology (China) Co Ltd | China | Telecommunications / Networking | 269.132 |
| 126 | ZNet Technologies Pvt Ltd | India | Internet | 267.956 |
| 127 | Gvitech Technologies | China | Media and Entertainment | 267.298 |
| 128 | Morpho Inc | Japan | Software | 266.371 |
| 129 | TSC Auto ID Technology Co Ltd | Taiwan | Computers / Peripherals | 263.013 |
| 130 | tella Inc | Japan | Biotech / Pharmaceutical / Medical Equipment | 262.002 |
| 131 | Get Price Pty Ltd | Australia | Telecommunications / Networking | 257.774 |
| 132 | Asia Electronic Material Co Ltd | Taiwan | Semiconductors, Components and Electronics | 256.944 |
| 133 | Shanghai Chempartner Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 256.491 |
| 134 | Guokang Healthcare Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 255.459 |
| 135 | Beijing HaitaiFangyuan High Technology Co Ltd | China | Semiconductors, Components and Electronics | 251.758 |
| 136 | Sinovac Biotech CoO Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 251.026 |
| 137 | Beijing NineStar Technology Joint-Stock Co Ltd | China | Software | 250.512 |
| 138 | Ability Opto-Electronics Technology Co | Taiwan | Semiconductors, Components and Electronics | 248.743 |
| 139 | SINFOR Technologies Co Ltd | China | Telecommunications / Networking | 248.713 |
| 140 | Hanwang Technology Co Ltd | China | Computers / Peripherals | 248.526 |
| 141 | iSoftStone Information Technology (Group) Co Ltd | China | Computers / Peripherals | 247.438 |

| Rank | Company | Location | Industry sector | 3-year % growth |
|---|---|---|---|---|
| 142 | Global Data Solutions Ltd | China | Software | 245.906 |
| 143 | Bleum Inc | China | Software | 245.238 |
| 144 | Crucialtec Co Ltd | South Korea | Computers / Peripherals | 245.134 |
| 145 | Quick Heal Technologies Pvt Ltd | India | Software | 243.763 |
| 146 | Beijing Irtouch Systems Co Ltd | China | Computers / Peripherals | 243.215 |
| 147 | Beijing Leyard Electronic Technology Co Ltd | China | Semiconductors, Components and Electronics | 242.408 |
| 148 | Kern Technologies Ltd | New Zealand | Internet | 241.441 |
| 149 | Ansarada Pty Ltd | Australia | Software | 240.073 |
| 150 | Eyede Ltd | New Zealand | Semiconductors, Components and Electronics | 237.782 |
| 151 | Entire Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 236.315 |
| 152 | Dnion Technology Shanghai Co Ltd | China | Internet | 235.392 |
| 153 | SmarTrak Ltd | New Zealand | Computers / Peripherals | 232.570 |
| 154 | China Enfi Engineering Corp | China | Green Technology | 230.228 |
| 155 | Feitian Technologies Co Ltd | China | Software | 229.772 |
| 156 | High Power Opto Inc | Taiwan | Semiconductors, Components and Electronics | 229.392 |
| 157 | SGA Co Ltd | South Korea | Software | 228.717 |
| 158 | Beijing Zhengdong Electronic Power Group Co Ltd | China | Green Technology | 227.671 |
| 159 | Nazara Technologies Pvt Ltd | India | Telecommunications / Networking | 227.023 |
| 160 | Mobile Tracking & Data Pty Ltd | Australia | Software | 226.968 |
| 161 | Lee's Pharmaceutical Holdings Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 226.610 |
| 162 | ADICON Holding Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 225.710 |
| 163 | Wistron Information Technology & Service | Taiwan | Software | 225.389 |
| 164 | Beijing Acctue Technology Co Ltd | China | Software | 223.927 |
| 165 | WARDY IT Solutions | Australia | Software | 223.762 |
| 166 | Pony Testing International Group (Beijing) Co Ltd | China | Semiconductors, Components and Electronics | 222.734 |
| 167 | Beijing InHand Networking Technology Co Ltd | China | Telecommunications / Networking | 222.421 |
| 168 | RosterLive | Australia | Software | 221.890 |
| 169 | Utilibill Pty Ltd | Australia | Software | 221.873 |
| 170 | Manipal Universal Learning Pvt Ltd | India | Software | 220.585 |
| 171 | Shenzhen Kingdee Middleware Co Ltd | China | Software | 218.801 |
| 172 | DIOSTECH Co Ltd | South Korea | Computers / Peripherals | 214.751 |
| 173 | MacroWell OMG Digital Entertainment Co | Taiwan | Software | 214.744 |
| 174 | OASYS solution Inc | Japan | Green Technology | 214.060 |
| 175 | Velocity Networks Ltd | New Zealand | Telecommunications / Networking | 213.017 |
| 176 | ShareHope Medicine Co Ltd | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 211.794 |
| 177 | Chia Chang Co Ltd | Taiwan | Semiconductors, Components and Electronics | 210.162 |
| 178 | Shenzhen Rapoo Technology Co Ltd | China | Computers / Peripherals | 208.452 |
| 179 | China Finance Online Co Ltd | China | Software | 206.948 |
| 180 | Zhejiang Dahua Technology Co Ltd | China | Computers / Peripherals | 206.308 |
| 181 | China GZT Technology Inc | China | Internet | 205.508 |
| 182 | Beijing TONSAN Adhesive Holdings Co Ltd | China | Semiconductors, Components and Electronics | 205.390 |
| 183 | China Wireless Technologies Ltd | China | Telecommunications / Networking | 203.877 |
| 184 | e-channel Online Pty Ltd | Australia | Internet | 203.586 |
| 185 | Maction Technologies Inc | Taiwan | Software | 200.228 |
| 186 | Beijing Sinotmt Communications Technology Co Ltd | China | Telecommunications / Networking | 200.024 |
| 187 | Beijing Highlander Digital Technology Co Ltd | China | Software | 197.612 |
| 188 | AzureWave Technologies Inc | Taiwan | Telecommunications / Networking | 196.424 |
| 189 | Kidspot.com.au Pty Ltd | Australia | Telecommunications / Networking | 195.358 |
| 190 | DHC Software Co Ltd | China | Software | 194.062 |
| 191 | Cayenne Entertainment Technology Co Ltd | Taiwan | Software | 193.838 |
| 192 | SuperMap Software Co Ltd | China | Software | 193.465 |
| 193 | Happigo Home Shopping Co Ltd | China | Media and Entertainment | 193.423 |
| 194 | Spirit Telecom (Australia) Pty Ltd | Australia | Internet | 192.141 |
| 195 | Shenzhen Tat Fook Technology Co Ltd | China | Telecommunications / Networking | 191.919 |
| 196 | NRL Pharma Inc | Japan | Biotech / Pharmaceutical / Medical Equipment | 190.489 |
| 197 | Channelsoft Holdings Ltd | China | Telecommunications / Networking | 189.230 |
| 198 | YUDO-SUNS Co Ltd | South Korea | Computers / Peripherals | 189.100 |
| 199 | Beijing Peraglobal Technology Co Ltd | China | Software | 188.587 |
| 200 | Doubledot Media Ltd | New Zealand | Software | 185.817 |
| 201 | IndiaIdeas.com Ltd | India | Internet | 185.178 |

| Rank | Company | Location | Industry sector | 3-year % growth |
|------|---------|----------|-----------------|-----------------|
| 202 | Shanghai Chaori Solar Energy Science & Technology Co Ltd | China | Green Technology | 184.796 |
| 203 | Meiya Pico Information Co Ltd | China | Software | 182.700 |
| 204 | V-Technology Co Ltd | Japan | Semiconductors, Components and Electronics | 181.345 |
| 205 | Neo Solar Power Corp | Taiwan | Green Technology | 181.290 |
| 206 | Fin-e-ssential Infotech (India) Ltd | India | Software | 180.889 |
| 207 | Sai InfoSystem (India) Ltd | India | Computers / Peripherals | 180.566 |
| 208 | Green Web Sdn Bhd | Malaysia | Telecommunications / Networking | 179.840 |
| 209 | Paladion Networks Pvt Ltd | India | Software | 179.330 |
| 210 | Watchdata System Co Ltd | China | Software | 179.174 |
| 211 | catchoftheday.com.au | Australia | Software | 179.127 |
| 212 | Fractalist China Inc | China | Media and Entertainment | 176.794 |
| 213 | Internet Technology Group Ltd | Singapore | Internet | 175.483 |
| 214 | Beijing Tianshun Greatwall Hydraulic Technology Co Ltd | China | Semiconductors, Components and Electronics | 175.304 |
| 215 | JME Engineering Co Ltd | China | Green Technology | 175.028 |
| 216 | Eka Software Solutions Pvt Ltd | India | Software | 174.997 |
| 217 | MacromatiX Holdings | Australia | Software | 174.241 |
| 218 | Aiotec Ltd | New Zealand | Computers / Peripherals | 173.722 |
| 219 | Beijing Wanger Biotechnology Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 173.680 |
| 220 | NeoPhotonics (China) Co Ltd | China | Telecommunications / Networking | 173.611 |
| 221 | Beijing Capitek Co Ltd | China | Software | 173.572 |
| 222 | Beijing Ultrapower Software Co Ltd | China | Software | 173.181 |
| 223 | DIGEN Co Ltd | South Korea | Computers / Peripherals | 172.990 |
| 224 | Hyflux Ltd | Singapore | Green Technology | 172.226 |
| 225 | ValueMomentum Software Services Pvt Ltd | India | Software | 171.173 |
| 226 | Activate Technologies Ltd | New Zealand | Software | 171.017 |
| 227 | TigerSpike Pty Ltd | Australia | Software | 170.698 |
| 228 | RCG Holding Ltd | China | Computers / Peripherals | 170.294 |
| 229 | BlueFocus Communication Group | China | Media and Entertainment | 169.680 |
| 230 | Beijing GeoEnviron Engineering & Technology Inc | China | Green Technology | 168.892 |
| 231 | NextBiT Computing Pvt Ltd | India | Semiconductors, Components and Electronics | 168.836 |
| 232 | Beijing Hisign Technology Co Ltd | China | Software | 168.593 |
| 233 | Sinosoft Co Ltd | China | Software | 168.223 |
| 234 | Beijing Forestry University Forest Science Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 167.919 |
| 235 | Jeng Shiang Precision Ind Co Ltd | Taiwan | Semiconductors, Components and Electronics | 167.834 |
| 236 | Winlight Co Ltd | Japan | Software | 167.545 |
| 237 | Adways Co Ltd | Japan | Internet | 167.517 |
| 238 | Senztek Holdings Ltd | New Zealand | Computers / Peripherals | 165.804 |
| 239 | Hybio Pharmaceutical Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 164.962 |
| 240 | Beijing Zhizhen Video Communication Science & Tech Co Ltd | China | Telecommunications / Networking | 164.553 |
| 241 | Diksha Technologies Pvt Ltd | India | Telecommunications / Networking | 164.472 |
| 242 | Siltrontech Electronics Corp | Taiwan | Semiconductors, Components and Electronics | 163.900 |
| 243 | I&C Technology Co Ltd | South Korea | Semiconductors, Components and Electronics | 162.655 |
| 244 | Seclore Technology Pvt Ltd | India | Software | 162.164 |
| 245 | Biosensors International Group Ltd | Singapore | Biotech / Pharmaceutical / Medical Equipment | 162.147 |
| 246 | Promapp Solutions Ltd | New Zealand | Software | 161.543 |
| 247 | Sproket Markets Ltd | New Zealand | Internet | 161.318 |
| 248 | Moneual Inc | South Korea | Computers / Peripherals | 160.873 |
| 249 | Trauson Holdings Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 160.725 |
| 250 | Userjoy Technology Co Ltd | Taiwan | Media and Entertainment | 160.310 |
| 251 | AZION Corp | Taiwan | Software | 159.183 |
| 252 | SETi Co Ltd | South Korea | Semiconductors, Components and Electronics | 159.010 |
| 253 | Tricubes Berhad | Malaysia | Computers / Peripherals | 158.383 |
| 254 | Optra Systems Pvt Ltd | India | Biotech / Pharmaceutical / Medical Equipment | 157.837 |
| 255 | Test and Tag International | New Zealand | Computers / Peripherals | 156.305 |
| 256 | Online Growth Solutions | Australia | Internet | 155.743 |
| 257 | Torpedo7 Ltd | New Zealand | Internet | 155.570 |
| 258 | Baycity Communications Ltd | New Zealand | Telecommunications / Networking | 154.549 |
| 259 | G-Cube Webwide Software Pvt Ltd | India | Software | 153.007 |
| 260 | Beijing Forever Technology Co Ltd | China | Software | 151.901 |
| 261 | Silverstripe Ltd | New Zealand | Internet | 151.365 |

| Rank | Company | Location | Industry sector | 3-year % growth |
|------|---------|----------|-----------------|-----------------|
| 262 | BISON Electronics Inc | Taiwan | Semiconductors, Components and Electronics | 151.101 |
| 263 | Beijing Thunisoft Co Ltd | China | Software | 150.739 |
| 264 | CogState Ltd | Australia | Biotech / Pharmaceutical / Medical Equipment | 150.694 |
| 265 | Beijing Huahuan Electronics Co Ltd | China | Telecommunications / Networking | 150.327 |
| 266 | Mobile Mentor Ltd | New Zealand | Telecommunications / Networking | 150.218 |
| 267 | PSC Inc | Japan | Software | 150.106 |
| 268 | Beijing Teamsun Technology Co Ltd | China | Software | 149.518 |
| 269 | Medical Net Communications Inc | Japan | Internet | 149.417 |
| 270 | CapitalBio Corp | China | Biotech / Pharmaceutical / Medical Equipment | 148.677 |
| 271 | Kreateevee Sdn Bhd | Malaysia | Software | 148.024 |
| 272 | IPscape Pty Ltd | Australia | Telecommunications / Networking | 146.953 |
| 273 | Creative Distribution Automation Co Ltd | China | Computers / Peripherals | 146.315 |
| 274 | FreeBit Co Ltd | Japan | Internet | 145.573 |
| 275 | Sundia MediTech Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 145.413 |
| 276 | Shenzhen Sunline Tech Co Ltd | China | Computers / Peripherals | 145.307 |
| 277 | Shanghai TianYa Information Technology Co Ltd | China | Internet | 145.246 |
| 278 | 8 Telecom International Holdings Co Ltd | Singapore | Telecommunications / Networking | 144.354 |
| 279 | Carry Technology Co Ltd | Taiwan | Computers / Peripherals | 144.146 |
| 280 | OzForex Pty Ltd | Australia | Internet | 144.037 |
| 281 | Insyde Software Corp | Taiwan | Software | 143.456 |
| 282 | Beijing CoSci Med-Tech Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 143.447 |
| 283 | Manthan Software Services Pvt Ltd | India | Software | 142.564 |
| 284 | Aura Software Security Ltd | New Zealand | Software | 142.563 |
| 285 | The Sleep Store Ltd | New Zealand | Internet | 142.551 |
| 286 | MEDIAFLAG Inc | Japan | Internet | 141.787 |
| 287 | Sumavision Technologies Co Ltd | China | Software | 140.460 |
| 288 | CABR Technology Co Ltd | China | Software | 140.370 |
| 289 | Bionime Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 139.761 |
| 290 | Konruns Pharmaceutical Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 139.685 |
| 291 | Ninestars Information Technologies Ltd | India | Media and Entertainment | 138.833 |
| 292 | Beijing Shinetech China Software Inc | China | Software | 138.302 |
| 293 | Snap Internet Ltd | New Zealand | Internet | 137.989 |
| 294 | Valueplus Inc | South Korea | Computers / Peripherals | 137.544 |
| 295 | Telesmart Ltd | New Zealand | Telecommunications / Networking | 137.144 |
| 296 | Beijing Asia-Eastbio-Pharmaceutical Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 137.050 |
| 297 | Epileds Technologies Inc | Taiwan | Semiconductors, Components and Electronics | 136.272 |
| 298 | ChinaSoft International Ltd | China | Software | 136.110 |
| 299 | Shinjiru Technology Sdn Bhd | Malaysia | Internet | 135.838 |
| 300 | Sincere Pharmaceutical Group | China | Biotech / Pharmaceutical / Medical Equipment | 135.677 |
| 301 | Everfirst Wisefund Technology Co Ltd | China | Green Technology | 134.842 |
| 302 | Enlighten Design Ltd | New Zealand | Internet | 134.665 |
| 303 | Glodyne Technoserve Ltd | India | Software | 134.438 |
| 304 | Beijing Siasun Electronic systematic Inc | China | Computers / Peripherals | 133.236 |
| 305 | Stock & Investment of NARI Technology Development Co Ltd | China | Software | 132.462 |
| 306 | Distribution Central Pty Ltd | Australia | Software | 130.963 |
| 307 | Gintech Energy Corp | Taiwan | Green Technology | 130.218 |
| 308 | Shanghai Aowei Technology Development Co Ltd | China | Green Technology | 129.982 |
| 309 | Barun Electronics Co Ltd | South Korea | Semiconductors, Components and Electronics | 129.334 |
| 310 | Verve Portraits Pty Ltd | Australia | Computers / Peripherals | 128.703 |
| 311 | SMX Ltd | New Zealand | Software | 127.195 |
| 312 | OSUNG LST Co Ltd | South Korea | Semiconductors, Components and Electronics | 127.163 |
| 313 | Semi-Materials Co Ltd | South Korea | Semiconductors, Components and Electronics | 127.063 |
| 314 | Ace Digitech Co Ltd | South Korea | Computers / Peripherals | 126.766 |
| 315 | Ateam Inc | Japan | Software | 126.730 |
| 316 | AMG Agency Ltd | New Zealand | Media and Entertainment | 126.453 |
| 317 | ispONE Pty Ltd | Australia | Telecommunications / Networking | 125.247 |
| 318 | TaiDoc Technology Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 125.144 |
| 319 | YEONHO ST Co Ltd | South Korea | Semiconductors, Components and Electronics | 125.081 |
| 320 | Jade Bird Software Co Ltd | China | Software | 125.046 |
| 321 | Hermes Microvision Inc | Taiwan | Semiconductors, Components and Electronics | 123.858 |

| Rank | Company | Location | Industry sector | 3-year % growth |
|------|---------|----------|-----------------|-----------------|
| 322 | ForceTEC Co Ltd | South Korea | Software | 123.309 |
| 323 | E-Ton Solar Tech Co Ltd | Taiwan | Green Technology | 123.081 |
| 324 | Shenzhen Boton Flavors & Fragrances Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 122.004 |
| 325 | Panasonic Electric Works Shin Dong-A Co Ltd | South Korea | Computers / Peripherals | 121.790 |
| 326 | XPEC Entertainment Inc | Taiwan | Software | 119.972 |
| 327 | Beijing iTowNet Cyber Technology Ltd | China | Software | 119.336 |
| 328 | VeriSilicon Holdings Co Ltd | China | Semiconductors, Components and Electronics | 118.662 |
| 329 | Abnova (Taiwan) Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 118.422 |
| 330 | AVACO Co Ltd | South Korea | Computers / Peripherals | 118.229 |
| 331 | AsiaPay Ltd | China | Internet | 118.130 |
| 332 | RateGain IT Solutions Pvt Ltd | India | Software | 117.291 |
| 333 | TIS-KOREA Co Ltd | South Korea | Semiconductors, Components and Electronics | 116.408 |
| 334 | Win Semiconductors Corp | Taiwan | Semiconductors, Components and Electronics | 116.302 |
| 335 | LatentView Analytics Pvt Ltd | India | Software | 116.064 |
| 336 | Baycom Opto-Electronics Technology Co | Taiwan | Telecommunications / Networking | 115.718 |
| 337 | Cellestis Ltd | Australia | Biotech / Pharmaceutical / Medical Equipment | 114.472 |
| 338 | OPTIS Co Ltd | South Korea | Computers / Peripherals | 114.106 |
| 339 | Food & Commodity Brokers 2008 Ltd | New Zealand | Internet | 112.901 |
| 340 | China Cord Blood Corp | China | Biotech / Pharmaceutical / Medical Equipment | 112.208 |
| 341 | Huanding Energy Services | China | Green Technology | 110.897 |
| 342 | Ferret Software Ltd | New Zealand | Software | 110.716 |
| 343 | Mobile Commerce Ltd | New Zealand | Telecommunications / Networking | 110.667 |
| 344 | RACCOON Co Ltd | Japan | Internet | 110.463 |
| 345 | Beijing Blue Sky Technologies Inc | China | Software | 109.621 |
| 346 | VITZROTECH CO Ltd | South Korea | Computers / Peripherals | 109.317 |
| 347 | Lien Chang Electronic Enterprise Co Ltd | Taiwan | Semiconductors, Components and Electronics | 109.213 |
| 348 | Funmobile Holdings Ltd | China | Internet | 108.505 |
| 349 | Beijing elong Technology Co Ltd | China | Internet | 108.065 |
| 350 | MIA Technology Pty Ltd | Australia | Telecommunications / Networking | 107.558 |
| 351 | MELFAS Inc | South Korea | Computers / Peripherals | 107.028 |
| 352 | Crestech Software Systems Pvt Ltd | India | Software | 106.784 |
| 353 | Jiangsu Nandasoft Technology Co Ltd | China | Telecommunications / Networking | 106.133 |
| 354 | MyEG Services Berhad | Malaysia | Internet | 105.965 |
| 355 | Experience Networks Ltd | New Zealand | Internet | 105.920 |
| 356 | Beijing King-Top science and technology Inc | China | Computers / Peripherals | 104.622 |
| 357 | Syncmold Enterprise Corp | Taiwan | Semiconductors, Components and Electronics | 104.228 |
| 358 | Hanjin Ind Co Ltd | South Korea | Green Technology | 103.674 |
| 359 | 3i Infotech Ltd | India | Software | 103.154 |
| 360 | LEO Systems Inc | Taiwan | Software | 102.780 |
| 361 | Beijing Beida Software Engineering Development Co Ltd | China | Software | 102.673 |
| 362 | Stratatel Ltd | Australia | Software | 101.736 |
| 363 | Woosoo Electronic Co Ltd | South Korea | Computers / Peripherals | 101.705 |
| 364 | PropertyIQ NZ Ltd | New Zealand | Internet | 101.623 |
| 365 | Geodesic Ltd | India | Software | 101.420 |
| 366 | Viocorp International Pty Ltd | Australia | Software | 101.069 |
| 367 | Anantara Solutions Pvt Ltd | India | Software | 100.822 |
| 368 | Emendo Ltd | New Zealand | Software | 100.712 |
| 369 | Start Today Co Ltd | Japan | Internet | 99.890 |
| 370 | Strand Life Sciences Pvt Ltd | India | Biotech / Pharmaceutical / Medical Equipment | 99.883 |
| 371 | IP Payments | Australia | Software | 99.394 |
| 372 | Chunghwa Chemical Synthesis & Biotech Co | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 98.815 |
| 373 | C.C.P. Contact Probes Co Ltd | Taiwan | Semiconductors, Components and Electronics | 98.500 |
| 374 | Controlnet International Inc | Taiwan | Software | 98.418 |
| 375 | Quality Engineering and Software Technologies Pvt Ltd | India | Software | 98.330 |
| 376 | Sunrex Technology Corp | Taiwan | Computers / Peripherals | 98.301 |
| 377 | Trust-Search Corp | Taiwan | Semiconductors, Components and Electronics | 98.080 |
| 378 | Apex Science & Engineering Corp | Taiwan | Semiconductors, Components and Electronics | 97.894 |
| 379 | BK LCD Co Ltd | South Korea | Computers / Peripherals | 97.807 |
| 380 | IMImobile Pvt Ltd | India | Telecommunications / Networking | 97.534 |
| 381 | O-RID Co Ltd | Japan | Software | 97.468 |

| Rank | Company | Location | Industry sector | 3-year % growth |
|------|---------|----------|-----------------|-----------------|
| 382 | Sedania Corp Sdn Bhd | Malaysia | Software | 97.129 |
| 383 | Viteknolgoies Pty Ltd | Australia | Internet | 96.875 |
| 384 | Valuefirst Messaging Pvt Ltd | India | Telecommunications / Networking | 96.837 |
| 385 | Wayi International Digital Entertainment | Taiwan | Software | 96.599 |
| 386 | Beijing Join-Cheer Software Co Ltd | China | Software | 96.312 |
| 387 | Vista Entertainment Solutions Ltd | New Zealand | Software | 96.286 |
| 388 | Beijing Mainone Zhida Technology Co Ltd | China | Computers / Peripherals | 95.354 |
| 389 | Edison Opto Corp | Taiwan | Semiconductors, Components and Electronics | 94.706 |
| 390 | TracMap NZ Ltd | New Zealand | Computers / Peripherals | 94.368 |
| 391 | Capella Microsystems (Taiwan) Inc | Taiwan | Semiconductors, Components and Electronics | 94.026 |
| 392 | Sense of Security Pty Ltd | Australia | Internet | 93.718 |
| 393 | CNA Group Ltd | Singapore | Software | 92.047 |
| 394 | Aemulus Corp Berhad | Malaysia | Semiconductors, Components and Electronics | 91.279 |
| 395 | aurionPro Solutions Ltd | India | Software | 91.254 |
| 396 | Camson Bio Technologies Ltd | India | Biotech / Pharmaceutical / Medical Equipment | 90.822 |
| 397 | Wistron Corp | Taiwan | Computers / Peripherals | 90.639 |
| 398 | iiNet | Australia | Internet | 89.444 |
| 399 | EC Navi Co | Japan | Internet | 89.275 |
| 400 | Raydium Semiconductor Corp | Taiwan | Semiconductors, Components and Electronics | 88.262 |
| 401 | DataPro Solutions Ltd | New Zealand | Software | 88.152 |
| 402 | inTarvo Technologies Ltd (formerly known as RT Outsourcing Services Ltd) | India | Telecommunications / Networking | 87.594 |
| 403 | MNC Wireless Berhad | Malaysia | Telecommunications / Networking | 87.532 |
| 404 | UDE Corp | Taiwan | Semiconductors, Components and Electronics | 87.401 |
| 405 | Neople Inc | South Korea | Software | 86.424 |
| 406 | Revolution IT | Australia | Software | 85.802 |
| 407 | Praemium Ltd | Australia | Software | 85.665 |
| 408 | Sound Global Ltd | Singapore | Green Technology | 85.487 |
| 409 | Cross-Tab Marketing Services Pvt Ltd | India | Internet | 84.661 |
| 410 | ICSA (India) Ltd | India | Semiconductors, Components and Electronics | 84.504 |
| 411 | Atlassian Corp Pty Ltd | Australia | Software | 84.422 |
| 412 | Beijing Guangyao Electricity Equipment Co Ltd | China | Green Technology | 83.960 |
| 413 | Chinese Gamer International Corp | Taiwan | Software | 82.550 |
| 414 | Learning Seat | Australia | Software | 82.210 |
| 415 | Beijing Yuan De Biomedicine project Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 81.805 |
| 416 | Silver Egg Technology Co Ltd | Japan | Internet | 81.660 |
| 417 | Beyonics Technology Ltd | Singapore | Semiconductors, Components and Electronics | 80.830 |
| 418 | Mindteck (India) Ltd | India | Software | 80.775 |
| 419 | Micro Technologies (India) Ltd | India | Software | 80.388 |
| 420 | S-ENERGY Co Ltd | South Korea | Green Technology | 79.959 |
| 421 | Direct Payment Solutions Ltd | New Zealand | Telecommunications / Networking | 79.694 |
| 422 | NOWCOM Co Ltd | South Korea | Internet | 79.620 |
| 423 | Meere Co Inc | South Korea | Semiconductors, Components and Electronics | 79.177 |
| 424 | Generation-e | Australia | Telecommunications / Networking | 79.067 |
| 425 | J Touch Corp | Taiwan | Semiconductors, Components and Electronics | 78.935 |
| 426 | CBS MSC Sdn Bhd | Malaysia | Software | 78.656 |
| 427 | CADX Pty Ltd (trading as ProjectCentre.net) | Australia | Internet | 78.375 |
| 428 | Fortune Semiconductor Corp | Taiwan | Semiconductors, Components and Electronics | 77.896 |
| 429 | TechnoDex Solutions Sdn Bhd | Malaysia | Software | 77.644 |
| 430 | My Net Fone | Australia | Telecommunications / Networking | 77.590 |
| 431 | Bulletproof Networks | Australia | Internet | 77.556 |
| 432 | RITEQ Pty Ltd | Australia | Software | 77.511 |
| 433 | Tung Thih Electronic Co Ltd | Taiwan | Semiconductors, Components and Electronics | 77.489 |
| 434 | Primeworks Corp | Japan | Software | 76.988 |
| 435 | Green Energy Technology Inc | Taiwan | Green Technology | 76.473 |
| 436 | MphasiS Ltd | India | Software | 75.970 |
| 437 | Chillisoft Ltd | New Zealand | Software | 75.729 |
| 438 | BrainPad Inc | Japan | Software | 75.503 |
| 439 | Hanu Software Solutions Indis Pvt Ltd | India | Software | 75.226 |
| 440 | Ugam Solutions Pvt Ltd | India | Internet | 74.996 |
| 441 | Aptos Technology Inc | Taiwan | Semiconductors, Components and Electronics | 74.801 |

| Rank | Company | Location | Industry sector | 3-year % growth |
|------|---------|----------|-----------------|-----------------|
| 442 | eMemory Technology Inc | Taiwan | Semiconductors, Components and Electronics | 74.660 |
| 443 | Silicon Works Co Ltd | South Korea | Computers / Peripherals | 74.605 |
| 444 | Walsin Technology Corp | Taiwan | Semiconductors, Components and Electronics | 74.536 |
| 445 | RedBalloon | Australia | Internet | 74.277 |
| 446 | Singatron Enterprise Co Ltd | Taiwan | Semiconductors, Components and Electronics | 73.731 |
| 447 | OnMobile Global Ltd | India | Telecommunications / Networking | 73.558 |
| 448 | KHVatec Co Ltd | South Korea | Computers / Peripherals | 73.215 |
| 449 | Voltage Inc | Japan | Software | 72.562 |
| 450 | Dynacard Co Ltd | Taiwan | Semiconductors, Components and Electronics | 72.562 |
| 451 | Message4U Pty Ltd | Australia | Telecommunications / Networking | 72.466 |
| 452 | Indus Net Technologies | India | Internet | 72.463 |
| 453 | Solar Applied Materials Technology Corp | Taiwan | Semiconductors, Components and Electronics | 72.373 |
| 454 | Bahwan CyberTek Pvt Ltd | India | Software | 71.972 |
| 455 | Simplex Technology Inc | Japan | Software | 71.866 |
| 456 | Tri-Stage Inc | Japan | Media and Entertainment | 71.373 |
| 457 | Moshtix | Australia | Internet | 71.322 |
| 458 | Harbinger Knowledge Products Pvt Ltd | India | Software | 70.907 |
| 459 | Pilot Electronics Corp | Taiwan | Computers / Peripherals | 70.849 |
| 460 | Polygon Pictures Inc | Japan | Media and Entertainment | 70.826 |
| 461 | Joyin Co Ltd | Taiwan | Semiconductors, Components and Electronics | 70.661 |
| 462 | E-Web Marketing Pty Ltd | Australia | Internet | 70.601 |
| 463 | I-FREEK Inc | Japan | Software | 70.358 |
| 464 | Beijing Northland Biotech Co Ltd | China | Biotech / Pharmaceutical / Medical Equipment | 70.325 |
| 465 | Viking Tech Corpoaration | Taiwan | Semiconductors, Components and Electronics | 70.284 |
| 466 | Vision 6 Pty Ltd | Australia | Software | 69.914 |
| 467 | InfoSoft Global Pvt Ltd | India | Software | 69.839 |
| 468 | LuxNet Corp | Taiwan | Semiconductors, Components and Electronics | 69.674 |
| 469 | Inventec Corp | Taiwan | Computers / Peripherals | 69.668 |
| 470 | Quinntessential Marketing | Australia | Software | 69.614 |
| 471 | LB Semicon Inc | South Korea | Semiconductors, Components and Electronics | 69.419 |
| 472 | Fitipower Integrated Technology Inc | Taiwan | Semiconductors, Components and Electronics | 69.047 |
| 473 | Stampede Solution Sdn Bhd | Malaysia | Software | 68.946 |
| 474 | MAG Layers Scientific-Technics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 68.721 |
| 475 | SmarTeam Corp | Taiwan | Semiconductors, Components and Electronics | 68.605 |
| 476 | Sirtex Medical Ltd | Australia | Biotech / Pharmaceutical / Medical Equipment | 68.449 |
| 477 | NatureWise Biotech & Medicals Corp | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 68.060 |
| 478 | Talentica Software (India) Pvt Ltd | India | Software | 67.768 |
| 479 | Hengxin Technology Ltd | Singapore | Telecommunications / Networking | 67.763 |
| 480 | SmartPayroll Ltd | New Zealand | Internet | 67.476 |
| 481 | Yahoo!Xtra New Zealand Ltd | New Zealand | Telecommunications / Networking | 67.304 |
| 482 | LEAP Legal Software | Australia | Software | 67.242 |
| 483 | eChem Solutions Corp | Taiwan | Semiconductors, Components and Electronics | 66.778 |
| 484 | Patron Co Ltd | South Korea | Semiconductors, Components and Electronics | 66.650 |
| 485 | Digitech Systems Co Ltd | South Korea | Computers / Peripherals | 66.178 |
| 486 | Microqual Techno Pvt Ltd | India | Telecommunications / Networking | 66.159 |
| 487 | QuieTek Corp | Taiwan | Semiconductors, Components and Electronics | 65.871 |
| 488 | Grape King Inc | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 65.786 |
| 489 | Woojin Industrial Systems Co Ltd | South Korea | Computers / Peripherals | 65.068 |
| 490 | ORO Co Ltd | Japan | Software | 64.618 |
| 491 | Taiwan Panbiotic Laboratories Co Ltd | Taiwan | Biotech / Pharmaceutical / Medical Equipment | 64.597 |
| 492 | Omnitech InfoSolutions Ltd | India | Software | 64.557 |
| 493 | Sino-American Silicon Products Inc | Taiwan | Semiconductors, Components and Electronics | 64.094 |
| 494 | Interspace Co Ltd | Japan | Telecommunications / Networking | 64.006 |
| 495 | Actoz Soft Co Ltd | South Korea | Software | 63.749 |
| 496 | San Chih Semiconductor Co Ltd | Taiwan | Semiconductors, Components and Electronics | 63.098 |
| 497 | Mitake Information Corp | Taiwan | Semiconductors, Components and Electronics | 62.914 |
| 498 | Digital Innovation Display Corp | South Korea | Computers / Peripherals | 62.890 |
| 499 | Powernet Technologies Corp | South Korea | Computers / Peripherals | 62.215 |
| 500 | Net Starter | Australia | Internet | 62.173 |



# Deloitte Technology Fast 500
# Asia Pacific 2010 CEO Survey

## About the survey

Every year since 2002, the 500 CEOs of the fastest-growing technology companies in Asia Pacific for the current year are surveyed as part of the overall Deloitte Technology Fast 500 Asia Pacific program. These CEOs are asked about their growth experiences and challenges. We look for their perspectives on new trends and we ask them to forecast their company's journey into the future.

This survey was undertaken in the fourth quarter of 2010 by 245 CEOs across the Asia Pacific region.

## Geographic distinctions set companies in Asia Pacific apart

With another year in the shadow of the global financial downturn, the Deloitte Technology Fast 500 Asia Pacific survey probed deeply into the issues facing fast-growing companies. The DTTL TMT group sought to understand how governments were playing a role in mitigating financial pressures—both in terms of stimulus spending and forms of taxation.

We queried about sources of financing, and sought to understand how a few key industry trends—future markets in carbon credits and cloud-based application services—were making an impact on revenue performance. The 245 CEOs who participated gave a clear message that geography matters. See how their answers shape up in the next pages.

*All graph data is sourced from the Deloitte Technology Fast 500 Asia Pacific 2010 CEO Survey.*

### CEO Survey participation by location

(Total responses: 245)



Number of surveys

- India: 65
- China: 57
- Australia: 32
- Japan: 25
- New Zealand: 20
- South Korea: 16
- Malaysia: 16
- Taiwan: 13
- Singapore: 1

# Economy pressures today and tomorrow

## Distinctions by market

Almost half of the surveyed CEOs claimed overall growth drove the economies where they sold products and services. Of this half, 70% hailed from India and China. The 35% who cited mixed performance and the 10% who experienced decline were mainly from other Asia Pacific regions.

**In the past 12 months, how have the economies fared in the key geographies in which your company sells its products or services?**



## Mixed outlook

By far, the majority of the 54% of CEOs believing in a strong growth outlook are from India and China. Notably, the opposite is true for CEOs from New Zealand, Japan and South Korea where they see weak economic performance in the next 12 months.

**In the next 12 months, how do you think the economy will perform in your company's primary markets?**



### Next year, it will get better and this is why

The respondent CEOs believe the growth potential of industry markets (177); economic recovery (145); and diversification into new geographical markets (135) will be the top three drivers for their companies' improved outlook next year.

### In the next 12 months, what are the key external factors that you expect to improve your company's outlook?



### But take caution

Concern over rising input costs plagues 110 CEOs, while talent woes cast a shadow for 93 CEOs who have difficulty finding qualified recruits. India is most concerned about talent than any other factor. Meanwhile, Japan's greatest fears are taxes, whether corporate tax, income tax or other tax forms.

### In the next 12 months, what are the key external factors that you expect to negatively affect your company's outlook?



*NB: Multiple-choice answers were requested for the above two survey questions.*

# The downturn sets in

Nearly half (45%) of the 245 CEOs surveyed reported the economy had declined or experienced mixed performance in their primary markets. We asked what effect this had on eight factors of growth and the responses showed both positive and negative spin-offs. First, the negative…

## Revenue growth rate slows

Of the 45% of companies reporting mixed growth or decline in their key geographies, 51% said the economy had a minor impact on reducing their revenue growth rate; 27% reported a major impact; while 16% cited no impact.

**Has the economic downturn affected your company's revenue growth rate?**



## Profitability declines

Nearly two-thirds of respondent companies (73%) indicate that they are less profitable as a result of the declining economy.

**Has the economic downturn affected your company's gross margin?**



## Financing costs more

There are more hurdles to accessing capital for growth companies, with 65% saying the cost of finance/capital is more expensive.

**Has the economic downturn affected the cost of finance / capital?**



## Price points depreciate

The majority of respondents (81%) have had to adjust to economic pressures by lowering their average sales prices.

**Has the economic downturn caused you to lower average sales prices?**



# The upside of the downside

On the flip side of the coin, the downturned economy has provided some financial bright spots for the 45% of companies who experienced mixed or depreciated performance in the past 12 months—related mainly to human resources and operational expenses.

## Recruitment advantages

It is easier to hire employees for 58% of the Asia Pacific companies surveyed, yet 33% are not seeing a recruiting benefit.

**Have you seen an increase in the availability of labour?**



## Labour costs down

Payroll costs have decreased for 52% of respondents: 44% saw a minor impact and 8% saw a major impact on their cost of labour.

**Have you seen a decrease in the cost of labour?**



## Material matters less

The cost of physical inputs has significantly decreased for only 10% of respondent companies, and slightly decreased for 41%.

**Have you seen a decrease in the cost of physical inputs?**



## More purchasing power

For half of the surveyed companies in Asia Pacific, acquisition costs have declined due to economic factors.

**Have you seen a decrease in the cost of target acquisitions?**



Case: 1:16-cv-11099 Document #: 45-1 Filed: 01/06/17 Page 109 of 201 PageID #:866

# Industry trends

Two of the key industry trends observed in other markets are slowly impacting on the growth of technology companies in Asia Pacific.

## Carbon credits

While 47% of Asia Pacific CEOs claim that future markets in carbon credits are not relevant, 13% of CEOs will be actively adjusting their strategy in the next year—mostly those running China-based companies.

**In the next 12 months, is your company going to be adjusting its strategy in anticipation of future markets in carbon credits?**



## Cloud-based applications

A healthy number of companies are seeing the growth impact of cloud-based application services. Twenty-three percent of CEOs say these services have helped them grow more quickly; another 21% say their growth has been achieved at a lower cost, as a result.

**Considering cost of inputs, has the availability of cloud-based application services had an impact on your company's growth?**





# The power of a good product

Products are credited for growth, past and present.

**Key factors influencing growth**

Looking back over the last five years, CEOs say that a strong product line (143); quality of top management (123); selling skills (117); and developing proprietary intellectual property (115) have been the key factors contributing to their fast growth.

*NB: Multiple-choice answers.*

**Over the last five years, what are the key factors that have enabled your company to attain its fastest growth?**



Number of responses

**Key changes to spur growth**

Next year, CEOs in Asia Pacific are placing their company's growth prospects in the hands of new product launches (175), new staff (165) and new geographical markets (152).

**Over the next 12 months, what are the key changes that you will implement to increase your company's growth?**



# Location matters

The role of government and national debt levels are not reported as playing a major role in revenue performance.

## Stimulus spending

Stimulus spending is playing a small role in revenue performance of the respondent companies, with the exception of Taiwan where half of the surveyed CEOs say the impact has been major.

**Over the past 12 months, has stimulus spending affected your company's revenue performance?**



## National debt

National debt levels will not impact sales for 48% of CEOs surveyed, while another 20% do not view the national debt to be relevant.

**Over the next 12 months, do you expect concerns about national debt levels in your primary markets will affect your sales?**



# Where is the money?

Sources of finance are found close to home and most companies have no plans, or modest plans, to raise capital.

**Operational income brings home the bacon**

Money is primarily flowing in from operations for almost all companies, with 218 of the 245 CEOs citing cash flow from operations as their principal source of finance. One-third relied on their founders' personal debt for financing.

*NB: Multiple-choice answers.*

**To date, what have been your company's principal / most important sources of financing?**



Number of responses

## Future financing needs rely on operations

Cash will be king in the next 12 months too. More than any other source, CEOs expect operations (221) to meet their future financing needs, followed by commercial debt (51), strategic partners (43) and venture capital (37).

*NB: Multiple-choice answers.*

**In the next 12 months, what do you expect will be your company's principal / most important sources of financing?**



## Raising capital

While over one-third of the 245 surveyed companies are not planning to raise capital next year, 40% will seek over USD5 million and 26% will seek under USD5 million.

**In the next 12 months, if your company is planning to raise capital (equity or debt), what amount do you expect to raise?**



# Conclusions

## Reality sets in

Over the nine years of this survey, the prevailing attitude of participating CEOs has been one of optimism and an expectation of fast and sustainable growth. Even last year, as the global business landscape turned downwards, the Asia Pacific CEOs questioned in the Deloitte Technology Fast 500 CEO Survey saw the silver lining and predicted positive outlooks in their future.

It seems that over the past 12 months, the optimism has waned and reality has set in. Nearly half (45 percent) of CEOs reported mixed performance or an overall decline in the economies where they sell products and services. As for the future, 43 percent predict weak or negative growth. These statistics are a stark contrast to last year's confidence, which loomed large in their approach to growth targets, markets and customers.

That is not to say growth is not alive and well. The average growth rate for the 500 ranking companies in 2010 was 374 percent, slightly up from last year. The top 28 companies had growth over 1,000 percent. This is an improvement from 2009, when only the top 20 companies experienced growth over 1,000 percent.

## Geography matters

India and China are clearly in a category of their own. Most CEOs from these countries experienced overall growth in their markets and expect to do likewise in the next 12 months. In fact, only 14 percent of CEOs from India and China did not see growth and only 12 percent do not predict growth for the future.

The numbers paint a different picture elsewhere in the Asia Pacific region, where CEOs are generally feeling the sting of the financial downturn. In Australia, Malaysia, Taiwan and Japan, over 50 percent of CEOs cited mixed performance in the past year. Overall decline was keenly felt by CEOs reporting for New Zealand and South Korea. And CEOs generally do not take a reverse position for the next 12 months—overwhelmingly, they see the economies continuing to be weak.

Yet, all hope is not lost for the steadfastly confident and ambitious Asia Pacific CEOs. More than half of CEOs say they are going where the growth is—the majority cite the potential of industry markets and new geographical markets as top drivers for improving their companies' outlook next year.

## Seizing opportunities in a shifting industry

In a world where change is the only constant, the Asia Pacific technology sector appears to be closely monitoring new business paradigms shaping the industry. Cloud computing, while receiving attention for its potential to shift the fundamental business model of delivering and consuming IT services, is making a quiet appearance on the Asia Pacific scene. Of the 245 CEOs who participated in the annual survey, 23 percent indicated that cloud-based application services have helped them grow more quickly, while 21 percent say it brought costs down.

The same cautious approach is apparent in another industry trend—future markets in carbon credits. Among the Asia Pacific companies surveyed, 13 percent are early adopters who will be including carbon strategies in their business planning. Another 12 percent have evaluated the impact of carbon credits, but will not be implementing changes, while 28 percent are aware, but are taking a "wait-and-see" approach.

With global warming debates shaping the political and business landscape; major potential restructuring of the IT business model; and the residual effects of a bruised economy, it is a significant vote of confidence to see growing technology companies embracing new opportunities and positioning for change—even with undertones of watchfulness.

# Technology Fast 500 faces:
## Vocus in focus

Australia has a star performer: new-kid-on-the-block Vocus Communications—an independent wholesale internet operator, which has experienced an incredible 11,306% growth in revenue over the past three years. In the 2009 Deloitte Technology Fast 50 Australia program, Vocus was named a Rising Star…and it has not disappointed for 2010. Vocus ranks number two across Asia Pacific.



### From Rising Star to the top ten

In 2010, Vocus' ascent was shaped by key milestones:

- Becoming an ASX-listed company in July 2010.
- Signing a NZD11.3 million multi-year contract to supply Vodafone New Zealand's international internet access in August 2010.
- Announcing a 501% increase in profitability in its first annual report as a listed company in 2010.

What's behind its success? CEO James Spenceley discloses two things about his company's philosophy.

### 1. It's about the customer

"The secret is to stay true to your initial goals and promises, and to always treat each customer equally and with respect," says James. "We started with the ethos of delivering exceptional customer service and going above and beyond to satisfy individual needs. No matter how rapidly you grow or how many extra customers you acquire, it is essential to maintain and spread your values throughout your organization."

### Case in point

In August 2008, Vocus committed to providing IPv6 transit services to all ISPs and telecommunications companies with a 100% service level agreement—no catches and no contracts. This allows any provider access to IPv6 at no cost. More importantly, providers could offer these services to corporate and residential customers. Few companies even sell an IPv6 service; no one provides the service at zero cost.

## 2. Disrupt the market

Although "think outside the box" has been said before, Vocus approaches business differently. "As a young, innovative company, Vocus strives to do things the way they should be done, rather than copy the way they have always been done. Essentially, we've disrupted the market in a positive way," says James.

As the only independent wholesale internet-transit operator in New Zealand, Vocus has identified a niche in which to excel. Sure, its bread and butter comes from the long-term contracts and steady income of IP transit services. But they have used innovation and challenged market assumptions to differentiate themselves as a premium, customer-centric operator.

"This is our niche and we aim to excel within it by providing vastly superior customer service compared to our competitors," says James. Not surprisingly, Vocus is responsible for routing almost all IPv6 connectivity in Australia.

## Challenging beginnings

Every start-up has its stories of pain. The Vocus team cut its teeth on a well-funded, conceptually-sound company that ultimately failed due to a poor business plan and cost-control problems. With experience and contacts gained, however, it: timed its re-emergence in 2008 just right; paid staff with options; and kept costs under tight control.

"We worked very hard to reach scale and did this through differentiation in customer service. With this approach, we reached profitability in our first year and were cash-flow positive in 14 months," says James.

"Difficult as this time was, we matured as a company and today we welcome any new challenges that push us to think outside the box and do better," says James.

It is second nature for James to seek opportunities in the face of challenges. Here is a man who set up his first ISP at the age of 20 and designed and deployed the COMindico (later to be known as Soul) network—at the time regarded as the single largest and only converged voice and data network in Australian history. He is credited with not being able to "just do his job", because he is constantly looking for a better, smarter, quicker and cheaper way of doing things.

### Advice to new start-ups

- Do not be afraid to be different.
- Identify a niche where you can excel.
- Assemble a skilled team.
- Develop a strong business model and execute it well.

*James Spenceley, CEO, Vocus Communications*

## Horizons

While its biggest challenge in recent years has been to move from being a small, private company to a mid-size, listed company, James concedes that growing at such exceptional speed is uppermost in his mind for the future. To that end, Vocus is positioning itself for its next stage of development with the recent announcement of its reverse listing to provide the much-needed capital it needs to grow.

With its collaborative leadership team in place and a dynamic, innovative cohort of 23 employees, it is hard not to expect big things from this small, growing company that consistently punches above its weight.

"In the early days, one of the toughest challenges is making people believe you are as good as you know you are," says James. This is unlikely to be the case anymore. Winning the Australian Deloitte Rising Star award in 2009 confirmed that they had "made it" in the industry, adds James.

# Contacts at Deloitte Touche Tohmatsu Limited (DTTL) and its member firms

**Jolyon Barker**
DTTL Managing Director
Global Technology, Media & Telecommunications Industry Group
Deloitte Touche Tohmatsu Limited
+44 20 7007 1818
jrbarker@deloitte.co.uk

## Americas

| | | | |
|---|---|---|---|
| **Alberto Lopez Carnabucci**<br>Argentina<br>+54 11 4320 2735<br>alopezcarnabucci@deloitte.com | **Marco Antonio Brandao Simurro**<br>Brazil<br>+55 11 5186 1232<br>mbrandao@deloitte.com | **John Ruffolo**<br>Canada<br>+1 416 601 6684<br>jruffolo@deloitte.ca | **Fernando Gaziano**<br>Chile<br>+56 2 729 8783<br>fpgaziano@deloitte.com |
| **Nelson Valero Ortega**<br>Colombia<br>+571 546 1810<br>nvalero@deloitte.com | **Carlos Gallegos Echeverria**<br>Costa Rica<br>+506 2246 5000<br>cagallegos@deloitte.com | **Ernesto Graber**<br>Ecuador<br>+593 2225 1319 ext 246<br>egraber@deloitte.com | **Francisco Silva**<br>Mexico<br>+52 55 5080 6310<br>fsilva@deloittemx.com |
| **Cesar Chong**<br>Panama<br>+507 303 4110<br>cechong@deloitte.com | **Gustavo Lopez Ameri**<br>Peru<br>+51 1 211 8533<br>glopezameri@deloitte.com | **Phillip Asmundson**<br>United States, Deloitte LLP<br>+1 203 708 4860<br>pasmundson@deloitte.com | **Juan José Cabrera**<br>Uruguay<br>+598 2916 0756<br>jucabrera@deloitte.com |
| **Johan Oliva**<br>Venezuela<br>+58 212 206 8886<br>joholiva@deloitte.com | | | |

## Europe, Middle East and Africa

| | | | |
|---|---|---|---|
| **Luc Van Coppenolle**<br>Belgium<br>+32 3 800 8905<br>lvancoppenolle@deloitte.com | **Dariusz Nachyla**<br>Central Europe<br>+48 22 511 0631<br>dnachyla@deloittece.com | **Olga Tabakova**<br>CIS and its Russian office<br>+7 495 787 0600 x 2326<br>otabakova@deloitte.ru | **Kim Gerner**<br>Denmark<br>+45 36 10 20 30<br>kgerner@deloitte.dk |
| **Jussi Sairanen**<br>Finland<br>+358 40 752 0082<br>jussi.sairanen@deloitte.fi | **Ariane Bucaille**<br>France<br>+33 1 5561 6484<br>abucaille@deloitte.fr | **Dieter Schlereth**<br>Germany<br>+49 211 8772 2638<br>dschlereth@deloitte.de | **Cormac Hughes**<br>Ireland<br>+353 1 4172592<br>cohughes@deloitte.ie |

**Tal Chen**
Israel
+972 3 608 5580
talchen@deloitte.co.il

**Anton Sandler**
Netherlands
+ 31 88 288 0060
asandler@deloitte.nl

**Jesus Navarro**
Spain
+34 91 514 5000 ext 2061
jenavarro@deloitte.es

**Alberto Donato**
Italy
+39 064 780 5595
adonato@deloitte.it

**Halvor Moen**
Norway
+47 23 27 97 85
hmoen@deloitte.no

**Tommy Martensson**
Sweden
+46 8 506 731 30
tommy.martensson@deloitte.se

**Dan Arendt**
Luxembourg
+352 451 452 621
darendt@deloitte.lu

**Joao Luis Silva**
Portugal
+351 210 427 635
joaolsilva@deloitte.pt

**Oktay Aktolun**
Turkey
+90 212 366 6078
oaktolun@deloitte.com

**Saba Sindaha**
Middle East
+971 (2) 676 0606
ssindaha@deloitte.com

**Mark Casey**
South Africa
+27 11 806 5205
mcasey@deloitte.co.za

**Jolyon Barker**
United Kingdom
+44 20 7007 1818
jrbarker@deloitte.co.uk

## Asia Pacific

**Damien Tampling**
Australia
+61 2 9322 5890
dtampling@deloitte.com.au

**Yoshitaka Asaeda**
Japan
+81 3 6213 3488
yoshitaka.asaeda@tohmatsu.co.jp

**Shariq Barmaky**
Singapore
+65 6530 5508
shbarmaky@deloitte.com

**William Chou**
China
+86 10 8520 7102
wilchou@deloitte.com.cn

**Sang Jin Park**
Korea
+82 2 6676 3821
sjpark@deloitte.com

**Philip Chong**
Southeast Asia
+65 6216 3113
pchong@deloitte.com

**V. Srikumar**
India
+91 80 6627 6106
vsrikumar@deloitte.com

**Robert Tan**
Malaysia
+603 7723 6598
rtan@deloitte.com

**Clark C. Chen**
Taiwan
+886 2 2545 9988 ext 3065
clarkcchen@deloitte.com.tw

**Parlindungan Siahaan**
Indonesia
+62 21 231 2879 ext 3300
psiahaan@deloitte.com

**John Bell**
New Zealand
+64 9 303 0853
jobell@deloite.co.nz

**Marasri Kanjanataweewat**
Thailand
+662 676 5700 ext 6067
mkanjanataweewat@deloitte.com

41

**For more information, please contact:**

**Amanda Goldstein**
DTTL TMT Marketing Leader
+1 212 436 5203
agoldstein@deloitte.com

**Catie Chiochios**
EMEA DTTL TMT Marketing
+44 20 7007 3509
cchiochios@deloitte.co.uk

**Yvonne Dow**
Asia Pacific DTTL TMT Marketing
+852 2852 6611
ydow@deloitte.com

Deloitte refers to one or more of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee, and its network of member firms, each of which is a legally separate and independent entity. Please see www.deloitte.com/about for a detailed description of the legal structure of Deloitte Touche Tohmatsu Limited and its member firms.

**Deloitte global profile**

Deloitte provides audit, tax, consulting and financial advisory services to public and private clients spanning multiple industries. With a globally connected network of member firms in more than 140 countries, Deloitte brings world-class capabilities and deep local expertise to help clients succeed wherever they operate. Deloitte's approximately 170,000 professionals are committed to becoming the standard of excellence.

**Disclaimer**

This publication contains general information only, and none of Deloitte Touche Tohmatsu Limited, any of its member firms or any of the foregoing's affiliates (collectively the 'Deloitte Network') are, by means of this publication, rendering accounting, business, financial, investment, legal, tax or other professional advice or services. This publication is not a substitute for such professional advice or services, nor should it be used as a basis for any decision or action that may affect your finances or your business. Before making any decision or taking any action that may affect your finances or your business, you should consult a qualified professional adviser. No entity in the Deloitte Network shall be responsible for any loss whatsoever sustained by any person who relies on this publication.

© 2010 Deloitte Global Services Limited



Exhibit E

# Deloitte.

Connect. Grow. Inspire.

Technology Fast500™
Asia Pacific 2011
Winners Report
and Ranking



# Contents

| | |
|---|---|
| Foreword | 1 |
| DTTL TMT at a glance | 2 |
| Fast facts file | 4 |
| China's greatest growth story: Interview with Gang Yu, CEO of The Store Corporation | 8 |
| Masters of their game: The top five companies | 10 |
| Deloitte Technology Fast 500 Asia Pacific 2011 Ranking | 14 |
| Technology Fast 500 faces: Yang Berbahagia Datuk Azrin Mohd Noor, Group CEO of Sedania Group | 26 |
| Contacts at Deloitte Touche Tohmatsu Limited (DTTL) and its member firms | 28 |

# Foreword

This is the tenth year of the Deloitte Touche Tohmatsu Limited (DTTL) Global Technology, Media & Telecommunications (TMT) Industry Group's annual Technology Fast 500 Asia Pacific Ranking. We've seen Asia Pacific's most dynamic and highest-growth companies power through the global financial crisis, with the leaders actually increasing their revenue growth rate, despite the world's economic woes and the contraction in the region's traditional Western export markets. That is a truly impressive achievement and we're proud that the Technology Fast 500 Asia Pacific Ranking remains a benchmark of their performance.

To maintain the comprehensiveness and quality of the rankings of high-growth tech companies, key data is sourced from qualifying enterprises in the nine key locations of Asia Pacific—Australia, China (including Hong Kong), India, Japan, Korea, Malaysia, New Zealand, Singapore and Taiwan. The resulting ranking tracks and testifies to the achievement of the fastest-growing 500 technology companies in the region, private or public, as gauged by their revenue performance over the past three years.

In this crisis year, the top five companies did show a slight slowdown in average three-year revenue growth to just over 9,910 percent, compared to 10,338 percent last year. Of course, this is all still far short of the 30,000+ percent averages seen in the winners' quintet, in the heyday of the pre-crisis boom years. However, it is still a respectable result when considering the gloomy macroeconomic environment and the dislocations in Asia Pacific, as the region shifts away from its traditional Western-oriented export focus to a more intra-regional and domestic demand model. And the average percentage growth rate for all 500 of the ranked companies showed an even more impressive advance on the previous year's total, at almost 476 percent, up from 374 percent in 2010—testament to the strength and depth of Asia Pacific's regional growth economy.

First of the three top companies in this year's ranking is The Store Corporation (Yihaodian), a mainland-Chinese, B2C, online e-commerce platform that has set out to be the default internet grocery and basic household-items franchise of choice for China's newly net-savvy consumers. The Store Corporation realized a remarkable 19,218 percent three-year revenue growth, almost in a league of its own when compared to this year's second highest performer, South Korean semiconductor company Silicon Mitus, which managed just under 9,336 percent. In these pages, The Store Corporation chairman and co-founder Gang Yu talks about the company's core competencies and the values that have taken it from its initial base in China's major metropolitan regions to cover the whole country. We also talk to Yang Berbahagia Datuk Azrin Mohd Noor, Group CEO of Malaysia's Sedania Group, about its unique and very Asian approach to online media and mobile services and solutions, including its Shariah-compliant banking trading system and its highly regarded 'Green Billing' online payment service.

We congratulate the winners on their outstanding achievements, surmounting all adversity.



**Jolyon Barker**
DTTL Managing Director,
Global Technology,
Media & Telecommunications (TMT)



**Yoshitaka Asaeda**
DTTL Leader,
Technology Fast 500 Asia Pacific program

# DTTL TMT at a glance

## Services

Companies in the TMT sector confront a swiftly changing marketplace and Deloitte member firms' TMT practices are helping companies adapt quickly, with extensive services across the following functions:

- Deloitte Analytics
- Mergers and Acquisitions
- Governance and Risk Management
- International Financial Reporting Standards
- Finance Transformation
- Strategic Leadership
- Sustainability and Climate Change

## People

The DTTL Global TMT Industry Group consists of professionals from Deloitte member firms' TMT practices and includes more than 15,000 member firm partners, directors and senior managers, supported by thousands of other member firm professionals dedicated to helping their clients evaluate complex issues, develop fresh approaches to problems and implement practical solutions. The Global TMT executive committee is led by Jolyon Barker, DTTL global industry leader. He and the executive committee are supported by function leaders, sector leaders, regional leaders, client program leaders and marketing and eminence leaders.



*DTTL TMT keeps abreast of TMT trends and makes significant investments in producing cutting-edge thought leadership. We are deeply committed to providing insights that keep Deloitte member firms' clients on the forefront of critical trends. The DTTL TMT Group's innovative thinking is highly valuable to, and sought by, a range of stakeholders— business schools, trade organizations, government agencies and companies of all sizes.*

## Member firms

There are dedicated TMT country leaders from 50 member firm practices in all major countries across the Americas, Europe, Middle East and Africa (EMEA) and Asia Pacific, and a global network of member firm Partners, along with global virtual centers of excellence for each industry sector.

## Deloitte member firms' TMT clients

- Eighty-eight percent of the TMT companies in the 2010 Fortune Global 500®.
- Seventeen of the 23 largest technology companies worldwide.
- All seven of the largest global media companies worldwide.
- Twenty-six of the 27 largest telecommunications companies worldwide.

## Selected TMT thought leadership

### TMT Predictions 2011



*TMT Predictions 2011* celebrated its 10th edition this year and was launched in nearly 90 countries around the world. It is valued for its perceptive insights concerning the major trends over the next 12 to 18 months, that are likely to have significant medium- to long-term impact for companies in TMT and other industries. The report is based on a year-round research process involving member firm practitioners, member firm clients, industry analysts and hundreds of thousands of proprietary data points generated by quantitative research.

### Perspectives on the global mobile consumer 2011



DTTL TMT surveyed over 34,000 users of mobile telephones in 17 countries across five continents, to find out just how they are 'addicted to connectivity'. The survey's scope ranges from quantifying ownership of multiple mobile-enabled devices to a ranking of the most popular mobile Internet applications. It also focuses on forthcoming revenue streams, such as next-generation mobile broadband services, mobile advertising and embedded mobile.

### Global Trends in Venture Capital 2011



This annual survey is conducted by the DTTL TMT Group in conjunction with venture-capital associations in the Americas, Asia Pacific, Europe and Israel, measuring the opinions of more than 347 respondents from nine countries.

### 2011 TMT Global Security Survey



This study is based on in-depth research and detailed survey interviews with 138 TMT organizations around the world. The way TMT organizations approach and manage information security has not undergone significant changes in 2011. However, the threat landscape has changed significantly, as well as the public attitude towards information security. The report reveals what leading companies are doing to protect their most important assets.

### The State of the Media Democracy Survey 2011



The 5th edition of DTTL TMT's *State of the Media Democracy Survey* offers an in-depth look at the ever-changing digital consumer, serving up some interesting twists on established trends, as well as a few important surprises. The report has been used to pro-actively build relationships, adding value to existing relationships and differentiating Deloitte member firms' proposals.

Additional TMT thought leadership: www.deloitte.com/tmtpublications

# Fast facts file

## By location

China has seen its lead in the Fast 500 ranking slip this year, yielding place to South Korea and Taiwan. Indeed, Taiwan has regained the lead it held in the previous decade, with 133 contributions versus last year's 86. South Korea, meanwhile, has leapfrogged from last year's low total of 46 new high-growth companies to 96. China now stands in third place with 86 companies for the year.

### Top 20 ranked companies

This year, one third (ie seven) of the companies in the Top 20 hail from Taiwan, while only five are from China, which recently dominated this tier. South Korea provided three companies, Japan and New Zealand each contributed two, and Malaysia provided one firm. Eight of the companies in the Top 20 were Semiconductors, Components and Electronics firms.

**Ranked companies by location**



## By industry sector

This year, the Semiconductors, Components and Electronics sector showed that there is still a lot of life in the most basic tech disciplines. The sector topped the list of the number of high-growth companies by industry sector with 166 entries, more than doubling that of 2010 (77) and 2009 (76). The Internet sector also had a strong showing with 92 companies, substantially ahead of the number in 2010 (75), as well as producing this year's overall highest-growth company, The Store Corporation (Yihaodian) from China. Software, however—the dominant sector in the regional rankings for the past five years—slipped back to third place with just 87 companies, down from 145 in 2010, which itself was a falloff from 163 in 2009.

**Ranked companies by industry sector**



## By revenue growth

As already mentioned, growth of the top five companies this year was slightly slower than last year, with a combined three-year revenue growth of just over 9,910 percent, down from 10,338 percent in 2010, but still up on 2009's 8,980 percent. Overall, across all of the 500 high-growth companies, the year still showed growth of almost 476 percent, a considerable increase on 2010's 374 percent and 2009's 361 percent.

**Ranked companies by revenue growth**



## By revenue

Unsurprisingly, this crisis year brought little change to the now-familiar pattern of most high-growth companies being concentrated at the small enterprise and lower end of the mid-market levels. Indeed, the proportion with annual revenues of less than USD10 million actually increased, at 207 versus 175 in 2010. Virtually every other revenue band showed a pullback since 2010, with only one marginal exception: the over USD1 billion in revenue top end, which rose to eight companies from seven in 2010.

**Ranked companies' revenue breakdown in USD**



## By sector and location

The leading Semiconductors, Components and Electronics sector showed an even more massive concentration in Taiwan than in previous years, with its dominance of the sector rising to 105 companies. Only South Korea rivaled this with 47 companies. Internet companies, meanwhile, appeared in China (22) and Japan (18), but also in Australia (28) and New Zealand (16). Software also showed a scattering of high-growth companies in Australia (10) and New Zealand (10), but most predictably in China (18) and India (23).

| Ranked companies by industry and location | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Australia | China | India | Japan | Malaysia | New Zealand | Singapore | South Korea | Taiwan |
| Telecommunications and Networking | 11 | 18 | 7 | 1 | 1 | 5 | 4 | 9 | 1 |
| Software | 10 | 18 | 23 | 5 | 3 | 10 | 4 | 11 | 3 |
| Semiconductors, Components and Electronics | 2 | 6 | 1 | 2 | 1 | 0 | 2 | 47 | 105 |
| Internet | 28 | 22 | 7 | 18 | 0 | 16 | 0 | 0 | 1 |
| Computers and Peripherals | 2 | 4 | 0 | 0 | 0 | 3 | 0 | 12 | 3 |
| Media and Entertainment | 0 | 3 | 2 | 2 | 0 | 2 | 0 | 14 | 4 |
| Green Technology | 0 | 5 | 0 | 1 | 0 | 1 | 3 | 3 | 7 |
| Biotechnology, Pharmaceutical and Medical Equipment | 0 | 10 | 3 | 5 | 0 | 0 | 0 | 0 | 9 |
| Total | 53 | 86 | 43 | 34 | 5 | 37 | 13 | 96 | 133 |

## Public or private

This year saw a slight pullback in the number of private high-growth companies and a slight increase in the number of publicly listed ones, compared to 2010. In fact, the relative proportions are now back to the same levels as in 2009.

| Public versus private companies in the past three years | | | |
|---|---|---|---|
| | 2011 | 2010 | 2009 |
| Public | 209 | 202 | 209 |
| Private | 291 | 298 | 291 |

# China's greatest growth story:
## Interview with Gang Yu, CEO of The Store Corporation

| System |
|---|
| Yihaodian has developed its own underpinning system and applied for numerous patents and software copyrights. Based on this system, the other four modules form a major platform, autonomous but working with each other. These five modules are scalable and can be continuously optimized, automated and scaled. |

| Purchase |
|---|
| Currently, Yihaodian sells 120,000 different types of goods and is building up relationships with thousands of suppliers, gaining economies of scale. |

| Delivery |
|---|
| Yihaodian can deliver goods to customers within a half-day in Beijing, Shanghai and other big cities; and within one day in Tianjin, the Yangzi Delta, the Pearl River Delta, Wuhan, Chongqing, Chengdu and many other cities. Meanwhile, to meet specific requirements from customers, Yihaodian has created specialized services such as 'three deliveries within one day' and delivery at a scheduled time. Yihaodian does 70% of its business with its own deliveries and has set up hundreds of delivery sites in 30 cities. |

| Storage |
|---|
| Yihaodian's business covers the whole of China and the company has five storage centres covering over 220,000 square meters in Beijing, Shanghai, Guangzhou, Wuhan and Chengdu. |

| Customer relationship management |
|---|
| Yihaodian's CRM module generates models and does data analysis on customer behaviour. It can provide personalized services to different customers, such as new arrivals, as well as provide periodic shopping reminders, related-products recommendations, notification of goods arrivals and promotions. |

**DTTL TMT:** Has your growth been organic or inorganic, and please share with us the main factors behind your growth success.

**Gang Yu:** It's been organic and there are three factors underpinning Yihaodian's growth: our five core competencies; speed and innovation; and integrity.

Our five core competencies are the company's five modules of system, purchase, delivery, storage and customer relationship management (see left).

Yihaodian is a company that values both speed and innovation. For example, we led in cooperation agreements with web portals, social network sites, gaming sites and other websites. "Infinite Yihaodian", launched in July this year, kicked off the virtual shopping model in China and demonstrates the execution capabilities of our team, since it took only three weeks to launch the program successfully.

Lastly, we prize integrity. Integrity is the basis of Yihaodian's company culture.

**DTTL TMT:** Is the current economic slowdown affecting your company growth? If so, will you change strategy, and how?

**Gang Yu:** Not yet. We believe risks can be reduced if e-commerce companies can focus on healthy cash flow, fast turnover and flexible quick-response strategies.



**DTTL TMT: What advice would you give other fast-growing tech companies in this economic climate?**

**Gang Yu: Focus on your own core competencies; don't follow blindly; continuously commit to innovation; be able to say no to yourself.**

**DTTL TMT:** How confident are you of being able to maintain your growth through 2011 and 2012?

**Gang Yu:** It's only been three years since Yihaodian was founded and we're still in the high-growth stage. We are very confident of healthy and rapid growth, as long as we keep paying attention to customer experience and maintaining our core competencies.

**DTTL TMT:** What company achievement are you most proud of to date?

**Gang Yu:** Starting from two people in one room, we now have more than 4,200 people after three years' development. What I am most proud of is looking at the growth of our staff and the value created by Yihaodian for customers, employees, suppliers and shareholders.

**DTTL TMT:** What have you identified as the key trends in your market going forward?

**Gang Yu:** We always focus on delivering the best customer experience, no matter how the market changes.

# Masters of their game:
## The top five companies



This year's top five performers have surmounted the challenges of the global financial crisis to achieve world-beating growth rates, in a range of sectors. Their average three-year growth rate of 9,910% was down on last year, but up on the 2009 figure of 8,980%—still a remarkable feat given the adverse macroeconomic conditions.

**Top five at a glance**

- Three-year average growth of 9,910%
- Two Semiconductors, Components and Electronics companies
- Two Internet companies
- Three from China
- One repeat entry: Giga Solar Materials Corp

Best of the best is China's The Store Corporation (Yihaodian), an online retailer that has gone from its humble launch in 2008 to market leadership, achieving 19,218% three-year growth—quite an achievement in such a short time, albeit still not matching last year's winner, Giga Solar Materials Corp, which achieved growth of 24,694% in 2010 and still makes this year's top five in fifth place, with 5,560% growth.

Who are these companies and how did they achieve this result? The top five answer in their own words:

## 1. The Store Corporation (Yihaodian)



Yihaodian is a fast-growing e-commerce company in China that provides customers with a one-stop shopping platform, offering all their essential daily items at competitive prices. Since its launch in 2008, Yihaodian has achieved a significant position in China's online grocery sales market and currently has over 4,000 employees and five major distribution networks in Shanghai, Beijing, Guangzhou, Wuhan and Chengdu, serving its rapidly expanding customer base.

| | |
|---|---|
| **Location** | China |
| **Sector** | Internet |
| **Founded** | 2008 |
| **CEO** | Gang Yu |
| **Three-year growth** | 19,218% |
| **Website** | www.yihaodian.com |

## 2. Silicon Mitus



| | |
|---|---|
| **Location** | South Korea |
| **Sector** | Semiconductors, Components and Electronics |
| **Founded** | 2007 |
| **CEO** | Youm Huh |
| **Three-year growth** | 9,336% |
| **Website** | www.siliconmitus.com |

Silicon Mitus is a (fabrication-less) semiconductor device manufacturer in South Korea. Silicon Mitus sells power management chips for displays, LCD TVs, LED TVs and related products, and is now looking at expanding into mobile telecommunications. As well as Korea, the company has set up channels in China, Japan and Taiwan. It has a small design center in Silicon Valley and is planning to set up a similar facility in China. The company's key strength is its ability to devise products faster than its competitors.

## 3. Tendyron



| | |
|---|---|
| **Location** | China |
| **Sector** | Software |
| **Founded** | 2004 |
| **CEO** | Dongsheng Li |
| **Three-year growth** | 9,150% |
| **Website** | www.tendyron.com |

Tendyron Corporation was founded in 2004 and is dedicated to providing information security solutions in the areas of USB tokens, smart cards and mobile payment. Headquartered in Beijing with its own R&D, manufacturing and sales facilities, it has eight regional offices across China. In its early stages, Tendyron proposed the concept of human interface peripheral (HIP) USB tokens, which laid the foundation for 2nd-generation USB tokens—now widely recognized as the future of e-banking security and applied on a large scale by nearly every major bank in China. Tendyron's customers include the Industrial and Commercial Bank of China (ICBC), Agricultural Bank of China (ABC), Postal Savings Bank of China (PSBC), Shanghai Pudong Development Bank (SPDB), The Bank of East Asia (BEA), Citibank and Standard Chartered Bank (SCB).

## 4. Jiaxing Mbaobao Network Technology Co Ltd



| | |
|---|---|
| **Location** | China |
| **Sector** | Internet |
| **Founded** | 2007 |
| **CEO** | Haifeng Ye |
| **Three-year growth** | 6,288% |
| **Website** | www.mbaobao.com |

Mbaobao is one of the world's leading designers, producers and distributors of bags and related accessories, with a 'European Bag Fashion Research Center' in Venice sourcing the latest designs and fabric selections. In 2010, it launched a branch in Tokyo as well as an English website catering to North American buyers (www.bagsok.com). Mbaobao is the first bag company to initiate the 'fast' concept and has expanded its business globally on the principles of 'fast fashion', 'fast marketing' and 'fast logistics'. As one of the largest manufacturing-based online retailers of bags, it serves more than one million customers, creating and distributing a line that ranges from handbags and backpacks to laptop bags and accessories. The collection includes popular brands like Feel Young, Love Match, Kelt Town, Alpha and Vemo.

## 5. Giga Solar Materials Corp



| | |
|---|---|
| **Location** | Taiwan |
| **Sector** | Semiconductors, Components and Electronics |
| **Founded** | 2005 |
| **CEO** | Ji-Rei Chen |
| **Three-year growth** | 5,560% |
| **Website** | www.gigasolar.com.tw |

Last year's top performer, Giga Solar Materials Corp (GSMC), offers a line of thick film-metallization pastes specifically designed for use in the construction of photovoltaic solar cells. The pastes offered include silver (Ag) paste suitable for use as a front-side conductor; aluminum (Al) paste for use as the back electrode; and silver/aluminum (AgAl) paste for use as a back-side conductor on an aluminum back-surface field. These pastes were developed with the understanding that the physical and functional requirements of the front- and back-side of the photovoltaic substrates require significant differences in the properties of the metallization pastes.

# Deloitte Technology Fast 500
# Asia Pacific 2011 Ranking

**A league of its own.**

The Deloitte Technology Fast 500 Asia Pacific Ranking is a global platform for measuring, recognizing and analyzing growth of the fastest-growing technology companies in the region. Five hundred companies are ranked according to revenue growth rates over the past three years.

### How does the DTTL TMT Industry Group determine the winners?

The Deloitte Technology Fast 500 Asia Pacific 2011 winners consist of the 500 public and private technology, media and telecommunications companies headquartered in Asia Pacific, that have achieved the highest rates of revenue growth over the past three years. In order to be eligible for Technology Fast 500 recognition, companies must have base-year operating revenues of at least USD50,000.

The DTTL TMT Industry Group assumes that all information provided by each company is accurate and does not independently verify such information.

The 500 companies in the 2011 ranking beat off recessionary pressures with an average 476 percent growth rate over the last three years—up over 100% on the 374 percent achieved in 2010. This may not match the highest records of the early 2000s, but in these difficult economic circumstances, it has been a great achievement. This year's fastest growing company, The Store Corporation (Yihaodian), achieved a three-year growth performance of 19,218 percent that fell somewhat short of the 24,694 percent attained by last year's winner, Giga Solar Materials Corp.

The Software sector—so significant in previous years—was pushed into third place, contributing only 87 companies. In its stead, the Semiconductors, Components and Electronics sector proved that there is still dynamism in an earlier generation of pioneering technologies, with 166 companies. The Internet sector, meanwhile, took second place with 92 companies, one of them being this year's winner, The Store Corporation.

| Rank | Company | Location | Industry sector | Three-year % growth |
|---|---|---|---|---|
| 1 | The Store Corporation | China | Internet | 19,217.976 |
| 2 | Silicon Mitus Inc | South Korea | Semiconductors, Components and Electronics | 9,335.657 |
| 3 | Tendryon Corp | China | Software | 9,150.048 |
| 4 | Jiaxing Mbaobao Network Technology Co Ltd | China | Internet | 6,287.871 |
| 5 | Giga Solar Materials Corp | Taiwan | Semiconductors, Components and Electronics | 5,560.336 |
| 6 | Powershop NZ Ltd | New Zealand | Internet | 5,280.410 |
| 7 | Two Degrees Mobile Ltd | New Zealand | Telecommunications and Networking | 3,761.766 |
| 8 | Brightek Optoelectronic Co Ltd | Taiwan | Semiconductors, Components and Electronics | 3,754.886 |
| 9 | 3-D Matrix Ltd | Japan | Biotechnology, Pharmaceutical and Medical Equipment | 3,582.951 |
| 10 | Sinsung Solar Energy Corp | South Korea | Green Technology | 3,560.124 |

| Rank | Company | Location | Industry sector | Three-year % growth |
|---|---|---|---|---|
| 11 | Eversol Corp | Taiwan | Semiconductors, Components and Electronics | 3,296.024 |
| 12 | MDT Innovations Sdn Bhd | Malaysia | Software | 3,129.876 |
| 13 | Bestcreate Corp | Japan | Telecommunications and Networking | 3,027.379 |
| 14 | Danen Technology Corp | Taiwan | Semiconductors, Components and Electronics | 2,929.342 |
| 15 | International Branding Marketing Inc | Taiwan | Semiconductors, Components and Electronics | 2,599.503 |
| 16 | Ledlink Optics Inc | Taiwan | Semiconductors, Components and Electronics | 2,504.137 |
| 17 | Light Source Technology Co Ltd | South Korea | Green Technology | 2,486.519 |
| 18 | Ganji.com | China | Internet | 2,185.584 |
| 19 | Shanghai Greenbox Internet Technology Co Ltd | China | Internet | 1,954.853 |
| 20 | Top Energy Saving System Corp | Taiwan | Semiconductors, Components and Electronics | 1,904.442 |
| 21 | DongHyun Co Ltd | South Korea | Semiconductors, Components and Electronics | 1,886.143 |
| 22 | Wuhan Guoce Nordic New Energy Co Ltd | China | Green Technology | 1,798.847 |
| 23 | GI Blue Co Ltd | South Korea | Semiconductors, Components and Electronics | 1,719.920 |
| 24 | Changwon Comtech Co Ltd | South Korea | Semiconductors, Components and Electronics | 1,633.175 |
| 25 | Lattice Power Corp | China | Semiconductors, Components and Electronics | 1,547.303 |
| 26 | Finetek | South Korea | Semiconductors, Components and Electronics | 1,495.864 |
| 27 | Topaz Co Ltd | South Korea | Semiconductors, Components and Electronics | 1,476.255 |
| 28 | Cynergy House Co Ltd | South Korea | Media and Entertainment | 1,458.597 |
| 29 | SmarTeam Corp | Taiwan | Semiconductors, Components and Electronics | 1,419.846 |
| 30 | NZ Tax Refunds Ltd | New Zealand | Internet | 1,400.911 |
| 31 | Ubona Technologies Pvt Ltd | India | Telecommunications and Networking | 1,353.355 |
| 32 | Aesthetic Technology Beijing Ltd | China | Biotechnology, Pharmaceutical and Medical Equipment | 1,328.241 |
| 33 | Seoul Optodevice | South Korea | Semiconductors, Components and Electronics | 1,235.527 |
| 34 | Coreoptix Inc | South Korea | Semiconductors, Components and Electronics | 1,208.440 |
| 35 | Mitsubachiworks Inc | Japan | Media and Entertainment | 1,164.432 |
| 36 | GREE Inc | Japan | Internet | 1,099.557 |
| 37 | Virtunet Pty Ltd | Australia | Internet | 1,088.959 |
| 38 | 3DFamily Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 1,083.242 |
| 39 | Borqs Hong Kong Ltd | China | Telecommunications and Networking | 1,054.486 |
| 40 | Iljin Display | South Korea | Semiconductors, Components and Electronics | 1,051.378 |
| 41 | Millinet Solar Co Ltd | South Korea | Green Technology | 1,049.331 |
| 42 | Anittel | Australia | Telecommunications and Networking | 1,022.220 |
| 43 | Alpha Crystal Technology Corp | Taiwan | Semiconductors, Components and Electronics | 1,020.204 |
| 44 | SciVision Biotech Inc | Taiwan | Biotechnology, Pharmaceutical and Medical Equipment | 1,019.821 |
| 45 | Aujas Networks Pvt Ltd | India | Software | 1,010.009 |
| 46 | Midas Infomedia Ltd | New Zealand | Software | 1,007.541 |
| 47 | Wooree LED Co Ltd | South Korea | Semiconductors, Components and Electronics | 990.269 |
| 48 | Korea Cable Telecom | South Korea | Telecommunications and Networking | 947.680 |
| 49 | Jinyoung G&T | South Korea | Semiconductors, Components and Electronics | 885.993 |
| 50 | Mega Biotech & Electronics Co Ltd | Taiwan | Media and Entertainment | 882.886 |
| 51 | Xero Ltd | New Zealand | Internet | 873.635 |
| 52 | Observatory Crest Australia Pty Ltd | Australia | Computers and Peripherals | 869.934 |
| 53 | AnaPass Inc | South Korea | Semiconductors, Components and Electronics | 848.952 |
| 54 | Zhejiang Yutian Technology Co Ltd | China | Telecommunications and Networking | 845.564 |
| 55 | LightInTheBox Holdings Co Ltd | China | Internet | 838.203 |

| Rank | Company | Location | Industry sector | Three-year % growth |
|------|---------|----------|-----------------|---------------------|
| 56 | Crystal Applied Technology Inc | Taiwan | Semiconductors, Components and Electronics | 820.293 |
| 57 | Wisol | South Korea | Semiconductors, Components and Electronics | 793.230 |
| 58 | HD Biosciences (China) Co Ltd | China | Biotechnology, Pharmaceutical and Medical Equipment | 792.707 |
| 59 | BizCover Pty Ltd | Australia | Internet | 792.028 |
| 60 | Prizm Payment Services Pvt Ltd | India | Telecommunications and Networking | 791.880 |
| 61 | Webaroo Technology India Pvt Ltd | India | Telecommunications and Networking | 779.685 |
| 62 | KAI Square Pte Ltd | Singapore | Software | 777.323 |
| 63 | Wafer Works Optronics Corp | Taiwan | Semiconductors, Components and Electronics | 770.048 |
| 64 | Samsung Mobile Display Co Ltd | South Korea | Semiconductors, Components and Electronics | 752.790 |
| 65 | Funshion Online Technologies Co Ltd | China | Internet | 707.190 |
| 66 | Hunan RunCore High Technology Co Ltd | China | Computers and Peripherals | 702.137 |
| 67 | WiseChip Semiconductor Inc | Taiwan | Semiconductors, Components and Electronics | 699.863 |
| 68 | Valueplus Co Ltd | South Korea | Computers and Peripherals | 677.296 |
| 69 | Speee Inc | Japan | Internet | 664.166 |
| 70 | Win Win Precision Technology Co Ltd | Taiwan | Green Technology | 648.656 |
| 71 | Shenzhen Tinno Mobile Technology Co Ltd | China | Telecommunications and Networking | 622.483 |
| 72 | Melfas | South Korea | Semiconductors, Components and Electronics | 620.792 |
| 73 | Bumjin C&L Co Ltd | South Korea | Semiconductors, Components and Electronics | 615.090 |
| 74 | Edusys Services Pvt Ltd | India | Software | 614.070 |
| 75 | GST Co Ltd | South Korea | Semiconductors, Components and Electronics | 582.620 |
| 76 | ELK | South Korea | Semiconductors, Components and Electronics | 580.725 |
| 77 | SurfStitch Pty Ltd | Australia | Internet | 573.660 |
| 78 | Tainergy Tech Co Ltd | Taiwan | Green Technology | 560.798 |
| 79 | Sciente Consulting Pvt Ltd | Singapore | Software | 553.000 |
| 80 | 2Talk Ltd | New Zealand | Internet | 541.610 |
| 81 | KREMS | South Korea | Semiconductors, Components and Electronics | 539.768 |
| 82 | UBright Optronics Corp | Taiwan | Semiconductors, Components and Electronics | 535.895 |
| 83 | ICatch Inc | Taiwan | Semiconductors, Components and Electronics | 530.097 |
| 84 | Sensata Technologies Korea Co Ltd | South Korea | Computers and Peripherals | 521.782 |
| 85 | Shanghai Joyu Culture Dissemination Co Ltd | China | Internet | 521.400 |
| 86 | Next Entertainment World | South Korea | Media and Entertainment | 520.099 |
| 87 | Redrover Co Ltd | South Korea | Software | 518.249 |
| 88 | Inji OLED & Display Co Ltd | South Korea | Semiconductors, Components and Electronics | 513.734 |
| 89 | Vocus Communications Ltd | Australia | Internet | 505.785 |
| 90 | KTDS | South Korea | Software | 503.582 |
| 91 | Shanghai eHi Car Rental Co Ltd | China | Green Technology | 489.493 |
| 92 | Tomizone Ltd | New Zealand | Internet | 485.254 |
| 93 | L&P honors Inc | South Korea | Computers and Peripherals | 479.402 |
| 94 | Changs Ascending Enterprise Co Ltd | Taiwan | Semiconductors, Components and Electronics | 474.424 |
| 95 | HansolPNS Co Ltd | South Korea | Software | 470.554 |
| 96 | Ensid Technologies Ltd | New Zealand | Telecommunications and Networking | 468.456 |
| 97 | Lafaso Group Ltd | China | Internet | 467.469 |
| 98 | Amethon Solutions | Australia | Software | 449.759 |
| 99 | DSG Technology Inc | Taiwan | Telecommunications and Networking | 447.037 |
| 100 | SPiRE Inc | Japan | Internet | 441.755 |

| Rank | Company | Location | Industry sector | Three-year % growth |
|------|---------|----------|-----------------|---------------------|
| 101 | X-Legend Entertainment Co Ltd | Taiwan | Media and Entertainment | 441.625 |
| 102 | Ramp Holdings Pty Ltd | Australia | Telecommunications and Networking | 437.320 |
| 103 | Telibrahma Convergent Communications Pvt Ltd | India | Media and Entertainment | 434.363 |
| 104 | Bike Exchange Pty Ltd | Australia | Internet | 431.586 |
| 105 | Cosci Med-Tech Co Ltd | China | Biotechnology, Pharmaceutical and Medical Equipment | 431.566 |
| 106 | Ubivlox Inc | South Korea | Software | 430.406 |
| 107 | Luminous Optical Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 429.188 |
| 108 | Nitor Infotech Pvt Ltd | India | Software | 428.210 |
| 109 | IMTech Inc | South Korea | Semiconductors, Components and Electronics | 421.733 |
| 110 | Theleds Co Ltd | South Korea | Semiconductors, Components and Electronics | 415.559 |
| 111 | Pilani Soft Labs Pvt Ltd | India | Internet | 411.612 |
| 112 | Beijing 58 Information Technology Co Ltd | China | Internet | 405.566 |
| 113 | Beijing Kela Diamond Internet & Technology Co Ltd | China | Internet | 402.429 |
| 114 | Nextreaming Corp | South Korea | Software | 400.638 |
| 115 | Tera Xtal Technology Corp | Taiwan | Semiconductors, Components and Electronics | 392.628 |
| 116 | Genius Electronic Optical Co Ltd | Taiwan | Semiconductors, Components and Electronics | 389.041 |
| 117 | Crucialtec Co Ltd | South Korea | Semiconductors, Components and Electronics | 388.908 |
| 118 | Metanet Inc | South Korea | Software | 384.552 |
| 119 | Wonjin | South Korea | Semiconductors, Components and Electronics | 381.032 |
| 120 | Masco Inc | South Korea | Semiconductors, Components and Electronics | 380.428 |
| 121 | Energy Matters | Australia | Internet | 379.858 |
| 122 | Infomark Co Ltd | South Korea | Software | 379.656 |
| 123 | CU Media Co Ltd | South Korea | Media and Entertainment | 378.775 |
| 124 | Excelsior Medical Co Ltd | Taiwan | Biotechnology, Pharmaceutical and Medical Equipment | 371.448 |
| 125 | S-cubism Inc | Japan | Internet | 367.422 |
| 126 | OK Biotech Corp | Taiwan | Biotechnology, Pharmaceutical and Medical Equipment | 364.180 |
| 127 | TPK Holding Co Ltd | Taiwan | Semiconductors, Components and Electronics | 360.494 |
| 128 | Shenzhen Wondershare Software Co Ltd | China | Software | 360.055 |
| 129 | Mozat Pte Ltd | Singapore | Software | 359.966 |
| 130 | JustCommodity Software Solutions Pte Ltd | Singapore | Software | 358.767 |
| 131 | Adimmune Corp | Taiwan | Biotechnology, Pharmaceutical and Medical Equipment | 357.825 |
| 132 | Atech Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 356.302 |
| 133 | C Media Ltd | China | Internet | 356.265 |
| 134 | China Wireless Technologies Ltd | China | Telecommunications and Networking | 356.016 |
| 135 | Xueda Education Group | China | Internet | 351.956 |
| 136 | Noah Holdings Ltd | China | Media and Entertainment | 351.664 |
| 137 | Loen Entertainment Inc | South Korea | Media and Entertainment | 351.278 |
| 138 | Omnesys Technologies Pvt Ltd | India | Software | 350.153 |
| 139 | MediaWill | South Korea | Media and Entertainment | 348.062 |
| 140 | Crystalwise Technology Inc | Taiwan | Semiconductors, Components and Electronics | 343.164 |
| 141 | Aperio | South Korea | Semiconductors, Components and Electronics | 342.084 |
| 142 | Prodapt Solutions Pvt Ltd | India | Software | 341.525 |
| 143 | ShenZhen Elanw Network Co Ltd | China | Telecommunications and Networking | 340.458 |
| 144 | Aimhigh Global Corp | South Korea | Semiconductors, Components and Electronics | 333.582 |
| 145 | Gvitech Corp | China | Computers and Peripherals | 332.516 |

| Rank | Company | Location | Industry sector | Three-year % growth |
|---|---|---|---|---|
| 146 | Sunmax Biotechnology Co Ltd | Taiwan | Biotechnology, Pharmaceutical and Medical Equipment | 331.235 |
| 147 | ENG Electric Co Ltd | Taiwan | Semiconductors, Components and Electronics | 328.760 |
| 148 | Catch Of The Day | Australia | Internet | 327.166 |
| 149 | Sportsfuel Ltd | New Zealand | Internet | 325.267 |
| 150 | Ying Shiang Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 325.103 |
| 151 | Freeman Media | New Zealand | Media and Entertainment | 324.913 |
| 152 | Moimstone Co Ltd | South Korea | Software | 320.934 |
| 153 | Amita Technologies Inc | Taiwan | Semiconductors, Components and Electronics | 320.696 |
| 154 | Trust-Search Corp | Taiwan | Semiconductors, Components and Electronics | 320.201 |
| 155 | Beijing PDE Information Technology Co Ltd | China | Software | 320.085 |
| 156 | Seong Ji Industrial Co Ltd | South Korea | Semiconductors, Components and Electronics | 319.777 |
| 157 | Sysware Technology Co Ltd | China | Software | 318.384 |
| 158 | China TransInfo Technology Corp | China | Software | 317.862 |
| 159 | Tbroad hanvit broadcasting Co Ltd | South Korea | Media and Entertainment | 317.008 |
| 160 | ViFX Ltd Partnership | New Zealand | Internet | 304.439 |
| 161 | G-Tech Optoelectronics Corp | Taiwan | Semiconductors, Components and Electronics | 303.205 |
| 162 | P K Online Ventures Pvt Ltd | India | Media and Entertainment | 300.818 |
| 163 | Moneual Inc | South Korea | Computers and Peripherals | 299.545 |
| 164 | iClick Interactive Asia Ltd | China | Internet | 297.083 |
| 165 | Jungjin-nextech Co Ltd | South Korea | Semiconductors, Components and Electronics | 295.710 |
| 166 | Iljin Semiconductor | South Korea | Semiconductors, Components and Electronics | 291.450 |
| 167 | Brolly Sheets Ltd | New Zealand | Internet | 289.629 |
| 168 | Forest Interactive Sdn Bhd | Malaysia | Telecommunications and Networking | 288.154 |
| 169 | Cohort Digital | Australia | Internet | 287.582 |
| 170 | Switched on Media | Australia | Telecommunications and Networking | 286.995 |
| 171 | SportingPulse | Australia | Internet | 280.863 |
| 172 | Stemscience | South Korea | Media and Entertainment | 271.474 |
| 173 | GC-Rise Pharmaceutical Ltd | China | Biotechnology, Pharmaceutical and Medical Equipment | 270.121 |
| 174 | DMB Technology Co Ltd | South Korea | Media and Entertainment | 267.287 |
| 175 | Neople Inc | South Korea | Software | 264.825 |
| 176 | Hotels Combined P/L | Australia | Internet | 261.581 |
| 177 | Indiaideas.com Ltd | India | Internet | 260.859 |
| 178 | SBSContentshub | South Korea | Media and Entertainment | 257.725 |
| 179 | Econy Co Ltd | South Korea | Semiconductors, Components and Electronics | 254.027 |
| 180 | Tieto China Co Ltd | China | Software | 251.142 |
| 181 | Glodyne Technoserve Ltd | India | Software | 249.389 |
| 182 | Aemulus Corp Berhad | Malaysia | Semiconductors, Components and Electronics | 249.181 |
| 183 | GL Co Ltd | South Korea | Semiconductors, Components and Electronics | 247.159 |
| 184 | Chella Software Pvt Ltd | India | Software | 246.866 |
| 185 | H&H global resource Co Ltd | South Korea | Semiconductors, Components and Electronics | 246.346 |
| 186 | Chimei Lighting Technology Corp | Taiwan | Semiconductors, Components and Electronics | 242.786 |
| 187 | M/S Think Future Technologies | India | Software | 240.945 |
| 188 | Aiotec Ltd | New Zealand | Computers and Peripherals | 238.474 |
| 189 | Beijing C-platform Digital Technology Co Ltd | China | Telecommunications and Networking | 238.150 |
| 190 | DiagCor Bioscience InCorp Ltd | China | Biotechnology, Pharmaceutical and Medical Equipment | 236.116 |

| Rank | Company | Location | Industry sector | Three-year % growth |
|---|---|---|---|---|
| 191 | Ability Opto-Electronics Technology Co | Taiwan | Semiconductors, Components and Electronics | 236.052 |
| 192 | ClearPoint Ltd | New Zealand | Telecommunications and Networking | 234.856 |
| 193 | Sapple Systems Pvt Ltd | India | Internet | 233.934 |
| 194 | Beijing Acctrue Technology Co Ltd | China | Software | 229.604 |
| 195 | Optra Systems Pvt Ltd | India | Biotechnology, Pharmaceutical and Medical Equipment | 229.509 |
| 196 | Beijing Fastweb Technology Co Ltd | China | Internet | 229.066 |
| 197 | Cookpad Inc | Japan | Internet | 228.550 |
| 198 | Lumens Co Ltd | South Korea | Semiconductors, Components and Electronics | 227.994 |
| 199 | Lustrous Technology Ltd | Taiwan | Semiconductors, Components and Electronics | 227.617 |
| 200 | Pocons Co Ltd | South Korea | Semiconductors, Components and Electronics | 226.743 |
| 201 | Fi-ra Photonics Co Ltd | South Korea | Telecommunications and Networking | 224.502 |
| 202 | Gan & Lee Pharmaceutical Co Ltd | China | Biotechnology, Pharmaceutical and Medical Equipment | 223.985 |
| 203 | Leshi Internet Information & Technology Corp Beijing | China | Internet | 223.689 |
| 204 | Formosa Epitaxy Inc | Taiwan | Semiconductors, Components and Electronics | 221.304 |
| 205 | Telogis Ltd | New Zealand | Software | 220.585 |
| 206 | TigerSpike Pty Ltd | Australia | Software | 220.029 |
| 207 | Duksan Hi-metal Co Ltd | South Korea | Semiconductors, Components and Electronics | 219.699 |
| 208 | Odecee | Australia | Software | 218.070 |
| 209 | Guangzhou Best-study Education Group | China | Software | 214.802 |
| 210 | Digital Multimedia Technology Co Ltd | South Korea | Media and Entertainment | 213.285 |
| 211 | SGA Co Ltd | South Korea | Computers and Peripherals | 213.044 |
| 212 | Innox Corp | South Korea | Semiconductors, Components and Electronics | 211.981 |
| 213 | SK Marketing & Company | South Korea | Media and Entertainment | 211.598 |
| 214 | MMC Technology | South Korea | Telecommunications and Networking | 211.349 |
| 215 | Mirae N Co Ltd | South Korea | Media and Entertainment | 211.192 |
| 216 | Pavonine Inc | South Korea | Semiconductors, Components and Electronics | 210.687 |
| 217 | Biomatters Ltd | New Zealand | Software | 210.309 |
| 218 | Roswin Inc | South Korea | Telecommunications and Networking | 210.298 |
| 219 | Itswell Co Ltd | South Korea | Semiconductors, Components and Electronics | 209.669 |
| 220 | 4Cabling Pty Ltd | Australia | Computers and Peripherals | 207.896 |
| 221 | DigiTech-Systems | South Korea | Semiconductors, Components and Electronics | 206.680 |
| 222 | Golden Spring Internet of Things Inc | China | Internet | 206.516 |
| 223 | Japan Tissue Engineering Co Ltd | Japan | Biotechnology, Pharmaceutical and Medical Equipment | 206.452 |
| 224 | Partner Telecom Pty Ltd | Australia | Telecommunications and Networking | 205.994 |
| 225 | Mobile Tracking and Data Pty Ltd T/A MTData | Australia | Telecommunications and Networking | 204.565 |
| 226 | Vakrangee Softwares Ltd | India | Software | 202.283 |
| 227 | BTB Solution Co Ltd | South Korea | Telecommunications and Networking | 201.914 |
| 228 | Hoimyung Corp | South Korea | Semiconductors, Components and Electronics | 201.489 |
| 229 | Times-7 Research Ltd | New Zealand | Computers and Peripherals | 201.363 |
| 230 | Barun Electronics Co Ltd | South Korea | Semiconductors, Components and Electronics | 200.705 |
| 231 | Fractalist China | China | Internet | 200.470 |
| 232 | Beijing Forever Technology Co Ltd | China | Software | 199.927 |
| 233 | DeNA Co Ltd | Japan | Internet | 199.753 |
| 234 | Mec Imex InCorp | Taiwan | Semiconductors, Components and Electronics | 198.266 |
| 235 | Nanos Co Ltd | South Korea | Semiconductors, Components and Electronics | 197.506 |

| Rank | Company | Location | Industry sector | Three-year % growth |
|---|---|---|---|---|
| 236 | SI Tech | South Korea | Computers and Peripherals | 197.411 |
| 237 | GeneCare Research Institute Co Ltd | Japan | Biotechnology, Pharmaceutical and Medical Equipment | 197.009 |
| 238 | Beijing EMAR Online Technology Co Ltd | China | Internet | 196.548 |
| 239 | Siltrontech Electronics Corp | Taiwan | Semiconductors, Components and Electronics | 196.215 |
| 240 | Seoul Semiconductor | South Korea | Semiconductors, Components and Electronics | 195.286 |
| 241 | Beijing NineStar Technology joint-Stock Co Ltd | China | Software | 194.792 |
| 242 | Line Tech Co Ltd | South Korea | Telecommunications and Networking | 194.405 |
| 243 | ArcherMind Technology (Nanjing) Co Ltd | China | Telecommunications and Networking | 194.295 |
| 244 | ZNet Technologies Pvt Ltd | India | Internet | 193.129 |
| 245 | Nitgen & Company | South Korea | Telecommunications and Networking | 193.080 |
| 246 | D&T Inc | South Korea | Media and Entertainment | 192.272 |
| 247 | Fiberpro Inc | South Korea | Telecommunications and Networking | 191.574 |
| 248 | Wardy IT Solutions | Australia | Software | 190.997 |
| 249 | Web Genius Central New Zealand Ltd | New Zealand | Media and Entertainment | 188.363 |
| 250 | Ajinextek Co Ltd | South Korea | Semiconductors, Components and Electronics | 187.702 |
| 251 | Lung Hwa Electronics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 187.405 |
| 252 | CoilMaster Co Ltd | South Korea | Semiconductors, Components and Electronics | 186.967 |
| 253 | OD-Tech Co Ltd | South Korea | Semiconductors, Components and Electronics | 186.952 |
| 254 | Hanbit Electronics Co Ltd | South Korea | Computers and Peripherals | 186.188 |
| 255 | Microqual Techno Ltd | India | Telecommunications and Networking | 185.701 |
| 256 | Maction Technologies Inc | Taiwan | Software | 185.538 |
| 257 | LIG System Co Ltd | South Korea | Software | 185.366 |
| 258 | Stack Devices Corp | Taiwan | Semiconductors, Components and Electronics | 185.364 |
| 259 | Seoul Standard Co Ltd | South Korea | Computers and Peripherals | 185.232 |
| 260 | Food & Commodity Brokers (NZ) 2008 Ltd | New Zealand | Internet | 185.181 |
| 261 | Edison Opto Corp | Taiwan | Semiconductors, Components and Electronics | 183.524 |
| 262 | Shin-Oh Electronics Co Ltd | South Korea | Telecommunications and Networking | 182.839 |
| 263 | Grand Plastic Technology Corp | Taiwan | Semiconductors, Components and Electronics | 182.583 |
| 264 | Newmax Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 182.495 |
| 265 | Navis Automotive Systems Inc | South Korea | Computers and Peripherals | 182.433 |
| 266 | AppoTech Ltd | China | Semiconductors, Components and Electronics | 181.654 |
| 267 | Doosan Dong-A Corp | South Korea | Media and Entertainment | 181.646 |
| 268 | EIC Group Ltd | China | Software | 181.426 |
| 269 | Aura Software Security Ltd | New Zealand | Software | 180.801 |
| 270 | Abraham Group Holdings Co Ltd | Japan | Media and Entertainment | 180.638 |
| 271 | Spirit Telecom (Australia) Pty Ltd | Australia | Telecommunications and Networking | 180.414 |
| 272 | Codec | South Korea | Computers and Peripherals | 180.406 |
| 273 | Taesung LCD Part Co Ltd | South Korea | Computers and Peripherals | 179.462 |
| 274 | Hyundai Consulting & Information | South Korea | Software | 179.106 |
| 275 | Optis Co Ltd | South Korea | Computers and Peripherals | 178.155 |
| 276 | Shanghai Sunivo supply chain management Co Ltd | China | Internet | 177.993 |
| 277 | Getprice | Australia | Internet | 176.506 |
| 278 | Octaware Technologies Pvt Ltd | India | Software | 175.484 |
| 279 | Platinum Safety Ltd | New Zealand | Software | 175.067 |
| 280 | Tencent Holdings Ltd | China | Internet | 174.595 |

| Rank | Company | Location | Industry sector | Three-year % growth |
|---|---|---|---|---|
| 281 | J Touch Corp | Taiwan | Semiconductors, Components and Electronics | 173.801 |
| 282 | Viocorp International | Australia | Internet | 171.606 |
| 283 | Entire Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 171.586 |
| 284 | Eplieds Technologies Inc | Taiwan | Semiconductors, Components and Electronics | 171.084 |
| 285 | Appen Holdings Pty Ltd | Australia | Telecommunications and Networking | 170.834 |
| 286 | Dalian Kingdian Network Development Co Ltd | China | Internet | 170.798 |
| 287 | Quantumlinx Pty Ltd | Australia | Internet | 169.814 |
| 288 | SolidWizard Technology Co Ltd | Taiwan | Software | 169.339 |
| 289 | Userjoy Technology Co Ltd | Taiwan | Media and Entertainment | 168.812 |
| 290 | Asia Electronic Material Co Ltd | Taiwan | Semiconductors, Components and Electronics | 167.692 |
| 291 | iSelect Ltd | Australia | Internet | 167.254 |
| 292 | Sun Well Solar Corp | Taiwan | Green Technology | 166.902 |
| 293 | UBIC Inc | Japan | Semiconductors, Components and Electronics | 166.314 |
| 294 | SiteMinder | Australia | Software | 165.879 |
| 295 | Kingsoft Japan Inc | Japan | Software | 164.456 |
| 296 | Hunan Stellar Special Pump Co Ltd | China | Green Technology | 163.896 |
| 297 | SnapComms Ltd | New Zealand | Software | 163.781 |
| 298 | Beijing Brainaire Storage Technology Co Ltd | China | Computers and Peripherals | 162.335 |
| 299 | Winlight Co Ltd | Japan | Internet | 161.243 |
| 300 | Sunjet Components Corp | Taiwan | Semiconductors, Components and Electronics | 160.555 |
| 301 | Silicon Power Computer & Communication Inc | Taiwan | Semiconductors, Components and Electronics | 159.788 |
| 302 | Kogan Technologies Pty Ltd | Australia | Semiconductors, Components and Electronics | 158.385 |
| 303 | KernMobile Ltd | New Zealand | Internet | 156.899 |
| 304 | inTechnology Distribution Pty Ltd | Australia | Telecommunications and Networking | 155.432 |
| 305 | Sonar Ltd | New Zealand | Internet | 154.803 |
| 306 | Unisits Technology Co Ltd | China | Telecommunications and Networking | 153.631 |
| 307 | Young Fast Optoelectronics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 152.450 |
| 308 | Pony Testing International Group (Shenzhen) Co Ltd | China | Semiconductors, Components and Electronics | 152.091 |
| 309 | Ansarada Pty Ltd | Australia | Internet | 151.766 |
| 310 | Beijing GeoEnviron Engineering & Technology Inc | China | Green Technology | 151.081 |
| 311 | Jeng Shiang Precision Ind Co Ltd | Taiwan | Semiconductors, Components and Electronics | 150.474 |
| 312 | Fulltech Fiber Glass Corp | Taiwan | Semiconductors, Components and Electronics | 149.881 |
| 313 | ZIGExN Co Ltd | Japan | Internet | 148.752 |
| 314 | LandOcean Energy Services Co Ltd | China | Software | 148.011 |
| 315 | Nazara Technologies Pvt Ltd | India | Telecommunications and Networking | 147.251 |
| 316 | NatureWise Biotech & Medicals Corp | Taiwan | Biotechnology, Pharmaceutical and Medical Equipment | 147.225 |
| 317 | Pony Testing International Group (Shanghai) Co Ltd | China | Semiconductors, Components and Electronics | 147.030 |
| 318 | Aptos Technology Inc | Taiwan | Semiconductors, Components and Electronics | 145.987 |
| 319 | Tekcore Co Ltd | Taiwan | Semiconductors, Components and Electronics | 145.839 |
| 320 | Oasys solution Inc | Japan | Green Technology | 145.789 |
| 321 | Sangfor Technology | China | Telecommunications and Networking | 144.901 |
| 322 | Viking Tech Corpoaration | Taiwan | Semiconductors, Components and Electronics | 144.586 |
| 323 | Bulletproof Networks Pty Ltd | Australia | Internet | 143.283 |
| 324 | MacromatiX Holdings | Australia | Internet | 141.963 |
| 325 | IDimension MSC Sdn Bhd | Malaysia | Software | 141.827 |

| Rank | Company | Location | Industry sector | Three-year % growth |
|------|---------|----------|-----------------|---------------------|
| 326 | High Power Opto Inc | Taiwan | Semiconductors, Components and Electronics | 141.194 |
| 327 | BigAir Group Ltd | Australia | Internet | 140.091 |
| 328 | Spice i2i Ltd | Singapore | Telecommunications and Networking | 139.404 |
| 329 | Chipbond Technology Corp | Taiwan | Semiconductors, Components and Electronics | 139.293 |
| 330 | ILI Technology Corp | Taiwan | Semiconductors, Components and Electronics | 138.797 |
| 331 | Big Sun Energy Technology Inc | Taiwan | Green Technology | 138.380 |
| 332 | Sundia MediTech Company Ltd | China | Biotechnology, Pharmaceutical and Medical Equipment | 136.926 |
| 333 | Generation-e | Australia | Telecommunications and Networking | 136.597 |
| 334 | Torpedo7 Ltd | New Zealand | Internet | 136.535 |
| 335 | EitaroSoft Inc | Japan | Software | 135.545 |
| 336 | ShenZhen Kingdee Middleware Co Ltd | China | Software | 135.262 |
| 337 | IMI Mobile Pvt Ltd | India | Telecommunications and Networking | 134.793 |
| 338 | Solar Applied Materials Technology Corp | Taiwan | Semiconductors, Components and Electronics | 134.617 |
| 339 | Huga Optotech Inc | Taiwan | Semiconductors, Components and Electronics | 134.513 |
| 340 | Vtion Technology (China) Co Ltd | China | Telecommunications and Networking | 132.899 |
| 341 | Zhejiang Dahua Technology Co Ltd | China | Telecommunications and Networking | 132.306 |
| 342 | Yamada Green Resources Ltd and its subsidiaries | Singapore | Green Technology | 131.840 |
| 343 | Sentelic Corp | Taiwan | Semiconductors, Components and Electronics | 131.780 |
| 344 | Higher Way Electronic Co Ltd | Taiwan | Semiconductors, Components and Electronics | 131.089 |
| 345 | Molecular Connections Pvt Ltd | India | Biotechnology, Pharmaceutical and Medical Equipment | 130.655 |
| 346 | ROI.com.au Pty | Australia | Internet | 130.422 |
| 347 | Kayac Inc | Japan | Internet | 129.462 |
| 348 | ATMU Inc | China | Telecommunications and Networking | 129.249 |
| 349 | Cayenne Entertainment Technology Co Ltd | Taiwan | Media and Entertainment | 129.216 |
| 350 | Solartech Energy Corp | Taiwan | Green Technology | 128.791 |
| 351 | Hiconics Drive Technology Co Ltd | China | Semiconductors, Components and Electronics | 128.164 |
| 352 | Natureshop Ltd | New Zealand | Internet | 127.724 |
| 353 | BioDuro (Beijing) Co Ltd | China | Biotechnology, Pharmaceutical and Medical Equipment | 127.683 |
| 354 | Indusface Consulting Pvt Ltd | India | Software | 127.658 |
| 355 | NRL Pharma Inc | Japan | Biotechnology, Pharmaceutical and Medical Equipment | 127.635 |
| 356 | Universal Solution Systems Inc | Japan | Software | 126.714 |
| 357 | Higgstec Inc | Taiwan | Semiconductors, Components and Electronics | 126.537 |
| 358 | Welltend Technology Corp | Taiwan | Computers and Peripherals | 126.224 |
| 359 | Capella Microsystems (Taiwan) Inc | Taiwan | Semiconductors, Components and Electronics | 126.169 |
| 360 | CCP Contact Probes Co Ltd | Taiwan | Semiconductors, Components and Electronics | 125.377 |
| 361 | Nuvoton Technology Corp | Taiwan | Semiconductors, Components and Electronics | 124.973 |
| 362 | Kreateevee Sdn Bhd | Malaysia | Software | 124.947 |
| 363 | Diglife Technologies Co Ltd | Taiwan | Semiconductors, Components and Electronics | 124.838 |
| 364 | Beijing Star Software Technology Co Ltd | China | Telecommunications and Networking | 124.280 |
| 365 | Kyland Technology Co Ltd | China | Telecommunications and Networking | 123.891 |
| 366 | Lotes Co Ltd | Taiwan | Semiconductors, Components and Electronics | 123.556 |
| 367 | Arclite Optronics Corp | Taiwan | Semiconductors, Components and Electronics | 123.175 |
| 368 | Start Today Co Ltd | Japan | Internet | 122.511 |
| 369 | Formosa Electronic Industries Inc | Taiwan | Semiconductors, Components and Electronics | 122.415 |
| 370 | E-Web Marketing Pty Ltd | Australia | Internet | 122.189 |

| Rank | Company | Location | Industry sector | Three-year % growth |
|------|---------|----------|-----------------|---------------------|
| 371 | GIO Optoelectronics Corp | Taiwan | Semiconductors, Components and Electronics | 122.139 |
| 372 | MStar Semiconductor Inc (Cayman) | Taiwan | Semiconductors, Components and Electronics | 121.354 |
| 373 | NetentSec Inc | China | Telecommunications and Networking | 119.557 |
| 374 | Globals ITeS Pvt Ltd | India | Software | 119.111 |
| 375 | Energy Mad Ltd | New Zealand | Green Technology | 118.442 |
| 376 | Calin Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 118.216 |
| 377 | Team Group Inc | Taiwan | Semiconductors, Components and Electronics | 118.112 |
| 378 | Genesis Photonics Inc | Taiwan | Semiconductors, Components and Electronics | 117.884 |
| 379 | Morpho Inc | Japan | Software | 116.250 |
| 380 | Glory Praise Photronics Corp | Taiwan | Semiconductors, Components and Electronics | 115.975 |
| 381 | Taiwan Surface Mounting Technology Corp | Taiwan | Semiconductors, Components and Electronics | 115.917 |
| 382 | BrainPad Inc | Japan | Internet | 115.500 |
| 383 | Unity Opto Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 115.494 |
| 384 | Realworld Inc | Japan | Internet | 114.497 |
| 385 | PchomeStore Inc | Taiwan | Internet | 114.413 |
| 386 | Lumitek Corp | Taiwan | Semiconductors, Components and Electronics | 114.063 |
| 387 | Irtouch Systems Co Ltd | China | Computers and Peripherals | 113.634 |
| 388 | AimCore Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 113.345 |
| 389 | Trenders Corp | Japan | Internet | 113.176 |
| 390 | Bioptik Technology Inc | Taiwan | Biotechnology, Pharmaceutical and Medical Equipment | 112.397 |
| 391 | Elan Emerging Technologies Pvt Ltd | India | Software | 111.787 |
| 392 | LatentView Analytics Pvt Ltd | India | Software | 111.482 |
| 393 | Bharatiya Global Infomedia Ltd | India | Software | 111.321 |
| 394 | Sunflex Tech. Co Ltd | Taiwan | Semiconductors, Components and Electronics | 111.292 |
| 395 | M2 Telecommunications Group Ltd | Australia | Telecommunications and Networking | 110.803 |
| 396 | Ablerex Electronics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 110.569 |
| 397 | Microbio Co Ltd | Taiwan | Biotechnology, Pharmaceutical and Medical Equipment | 110.521 |
| 398 | Taiflex Scientific Co Ltd | Taiwan | Semiconductors, Components and Electronics | 110.507 |
| 399 | Chi Mei Materials Technology Corp | Taiwan | Semiconductors, Components and Electronics | 110.497 |
| 400 | ValueFirst Messaging Pvt Ltd | India | Telecommunications and Networking | 110.194 |
| 401 | Aqua Science Corp | Japan | Semiconductors, Components and Electronics | 110.029 |
| 402 | Tella Inc | Japan | Biotechnology, Pharmaceutical and Medical Equipment | 109.856 |
| 403 | Pilot Electronics Corp | Taiwan | Semiconductors, Components and Electronics | 109.373 |
| 404 | ElectraCard Services Pvt Ltd | India | Software | 109.282 |
| 405 | Sino-American Silicon Products Inc | Taiwan | Semiconductors, Components and Electronics | 109.200 |
| 406 | Gigastorage Corp | Taiwan | Semiconductors, Components and Electronics | 108.906 |
| 407 | Advanced Control & Systems Inc | Taiwan | Software | 108.554 |
| 408 | Rossmax International Ltd | Taiwan | Biotechnology, Pharmaceutical and Medical Equipment | 108.192 |
| 409 | Vriti Infocom Pvt Ltd | India | Internet | 108.161 |
| 410 | Eclat Forever Machinery Co Ltd | Taiwan | Semiconductors, Components and Electronics | 107.997 |
| 411 | IP Payments | Australia | Software | 107.702 |
| 412 | E Ink Holdings Inc | Taiwan | Semiconductors, Components and Electronics | 107.047 |
| 413 | Ultra Serve Internet Pty Ltd | Australia | Internet | 106.649 |
| 414 | Answer Technology Co Ltd | Taiwan | Semiconductors, Components and Electronics | 106.143 |
| 415 | Dbvisit Software Ltd | New Zealand | Software | 105.648 |

| Rank | Company | Location | Industry sector | Three-year % growth |
|---|---|---|---|---|
| 416 | Bleum Software Development (Shanghai) Co Ltd | China | Software | 104.348 |
| 417 | Stratatel Ltd | Australia | Software | 104.186 |
| 418 | Aussie Farmers Direct | Australia | Internet | 104.158 |
| 419 | Lee's Pharmaceutical Holdings Ltd | China | Biotechnology, Pharmaceutical and Medical Equipment | 103.995 |
| 420 | SilverStripe Ltd | New Zealand | Internet | 103.358 |
| 421 | Alchip Technologies Ltd | Taiwan | Semiconductors, Components and Electronics | 102.745 |
| 422 | Epistar Corp | Taiwan | Semiconductors, Components and Electronics | 102.392 |
| 423 | E-Lead Electronic Co Ltd | Taiwan | Semiconductors, Components and Electronics | 102.220 |
| 424 | Innoviti Embedded Solutions Pvt Ltd | India | Software | 102.088 |
| 425 | Paladion Networks Pvt Ltd | India | Software | 102.020 |
| 426 | Omnitech InfoSolutions Ltd | India | Software | 101.237 |
| 427 | Nishoku Technology Inc | Taiwan | Semiconductors, Components and Electronics | 100.773 |
| 428 | Changchun Changsheng Life Sciences Ltd | China | Biotechnology, Pharmaceutical and Medical Equipment | 100.478 |
| 429 | Elite Advanced Laser Corp | Taiwan | Semiconductors, Components and Electronics | 100.306 |
| 430 | Medical Net Communications Inc | Japan | Internet | 99.932 |
| 431 | Advanced Semiconductor Engineering Inc | Taiwan | Semiconductors, Components and Electronics | 99.874 |
| 432 | Camson Bio Technologies Ltd | India | Biotechnology, Pharmaceutical and Medical Equipment | 99.834 |
| 433 | On-Brigth Electronics Incorporated | Taiwan | Semiconductors, Components and Electronics | 99.692 |
| 434 | IF Telecom Pty Ltd | Australia | Telecommunications and Networking | 99.255 |
| 435 | Nextgen Inc | Japan | Software | 99.000 |
| 436 | LuxNet Corp | Taiwan | Semiconductors, Components and Electronics | 98.908 |
| 437 | SMX Ltd | New Zealand | Software | 98.652 |
| 438 | Walton Chaintech Corp | Taiwan | Semiconductors, Components and Electronics | 98.469 |
| 439 | Livesense Inc | Japan | Internet | 98.382 |
| 440 | Neo Solar Power Corp | Taiwan | Green Technology | 97.917 |
| 441 | Wintek Corp | Taiwan | Semiconductors, Components and Electronics | 97.915 |
| 442 | UDE Corp | Taiwan | Semiconductors, Components and Electronics | 97.503 |
| 443 | Coretek Opto Corp | Taiwan | Semiconductors, Components and Electronics | 96.742 |
| 444 | Quinntessential Marketing | Australia | Internet | 96.339 |
| 445 | EC Navi Company | Japan | Internet | 96.021 |
| 446 | Carry Technology Co Ltd | Taiwan | Computers and Peripherals | 95.910 |
| 447 | Green Energy Technology Inc | Taiwan | Green Technology | 95.531 |
| 448 | Beijing Unifly Scientific and Technology Company Ltd | China | Green Technology | 95.201 |
| 449 | RedBalloon Pty Ltd | Australia | Internet | 94.813 |
| 450 | Sinher Technology Inc Ltd | Taiwan | Semiconductors, Components and Electronics | 94.415 |
| 451 | Tung Thih Electronic Co Ltd | Taiwan | Semiconductors, Components and Electronics | 93.894 |
| 452 | Valuemomentum Software Services Pvt Ltd | India | Software | 93.639 |
| 453 | Vayavya Labs Pvt Ltd | India | Software | 93.580 |
| 454 | ChinaNet Online Holdings Inc | China | Internet | 93.356 |
| 455 | C3 Business Solutions Pty Ltd | Australia | Software | 93.152 |
| 456 | Daxin Materials Co Ltd | Taiwan | Semiconductors, Components and Electronics | 92.922 |
| 457 | Pollenizer Pty Ltd | Australia | Internet | 92.872 |
| 458 | Tai-Tech Advanced Electronics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 92.747 |
| 459 | China Information Technology Inc | China | Software | 92.079 |
| 460 | Mag. Layers Scientific-Technics Co Ltd | Taiwan | Semiconductors, Components and Electronics | 91.626 |
| 461 | Adways Co Ltd | Japan | Internet | 91.597 |
| 462 | Tata Consultancy Services (China) Co Ltd | China | Software | 91.517 |
| 463 | Generalplus Technology Inc | Taiwan | Semiconductors, Components and Electronics | 91.258 |
| 464 | ATM Electronic Corp | Taiwan | Semiconductors, Components and Electronics | 90.489 |
| 465 | G-Cube Webwide Software Pvt Ltd | India | Software | 90.390 |
| 466 | Primax Electronics Ltd | Taiwan | Computers and Peripherals | 90.372 |
| 467 | Beijing HaitaiFangyuan High Technology Co Ltd | China | Telecommunications and Networking | 89.591 |
| 468 | Acme Electronics Corp | Taiwan | Semiconductors, Components and Electronics | 89.501 |
| 469 | Net 4 India Ltd | India | Internet | 88.940 |
| 470 | China New Media | China | Media and Entertainment | 88.833 |
| 471 | Vista Entertainment Solutions Ltd | New Zealand | Software | 88.004 |
| 472 | Leader Environmental Technologies Ltd | Singapore | Green Technology | 87.940 |
| 473 | The Sleep Store Ltd | New Zealand | Internet | 87.447 |
| 474 | Sankalp Semiconductor Pvt Ltd | India | Semiconductors, Components and Electronics | 86.959 |
| 475 | Avoka Technologies | Australia | Software | 85.836 |
| 476 | Future Focus Infotech Pvt Ltd | India | Software | 84.690 |
| 477 | Suzhou Maxnet Network Security Technology Co Ltd | China | Software | 84.362 |
| 478 | SmarTrak Ltd | New Zealand | Computers and Peripherals | 84.063 |
| 479 | China Automation Group Ltd | China | Telecommunications and Networking | 83.968 |
| 480 | Indus Net Technologies | India | Internet | 83.731 |
| 481 | 8 Telecom International Holdings Co Ltd | Singapore | Telecommunications and Networking | 83.326 |
| 482 | euNetworks Group Ltd | Singapore | Telecommunications and Networking | 83.103 |
| 483 | Optimal Usability Ltd | New Zealand | Internet | 82.949 |
| 484 | Enlighten Designs Ltd | New Zealand | Software | 82.258 |
| 485 | FreeBit Co Ltd | Japan | Internet | 82.186 |
| 486 | Feinmetall Singapore Pte Ltd | Singapore | Semiconductors, Components and Electronics | 82.000 |
| 487 | Eyou.net Corp | China | Software | 81.622 |
| 488 | Sinotel Technologies Ltd | Singapore | Telecommunications and Networking | 81.278 |
| 489 | Beken Corp | China | Semiconductors, Components and Electronics | 80.125 |
| 490 | e3Learning Solutions | Australia | Internet | 79.508 |
| 491 | Dnion Technology | China | Telecommunications and Networking | 79.426 |
| 492 | Telesmart Ltd | New Zealand | Telecommunications and Networking | 79.044 |
| 493 | Nitro PDF Software | Australia | Software | 77.634 |
| 494 | Europtronic Group Ltd | Singapore | Semiconductors, Components and Electronics | 77.630 |
| 495 | Direct Payment Solutions Ltd | New Zealand | Telecommunications and Networking | 76.749 |
| 496 | OzForex Pty Ltd | Australia | Internet | 75.769 |
| 497 | News Ticketing | Australia | Internet | 75.032 |
| 498 | Shenzhen State Micro Technology Co Ltd | China | Media and Entertainment | 73.116 |
| 499 | Sound Global Ltd | Singapore | Green Technology | 72.293 |
| 500 | iiNet Ltd | Australia | Internet | 70.103 |

# Technology Fast 500 faces:
## Yang Berbahagia Datuk Azrin Mohd Noor, Group CEO Sedania Group

**DTTL TMT:** You achieved 97 percent growth over three years in the Technology Fast 500 2010 program, which is admirable given the slowdown in the world economy over this period. What do you attribute this growth to?

**Yang Berbahagia Datuk Azrin Mohd Noor:** Number one, we are in a niche and new space, so it is fair to say that some of the ways of doing business in the world do not necessarily apply to us, which is great. Second is definitely the great team that we have at Sedania—Sedanians as they are called, are our greatest asset. I wouldn't be able to do the wonderful things that we do without them. Lastly, I put it down to proper vision and strategy in our forward planning. Watch this space, as we are embarking on a few revolutionary things that will really excite the business world.

## DTTL TMT: What about the industry you operate in excites you the most?

Yang Berbahagia Datuk Azrin Mohd Noor: The fact that we coined the term and positioned ourselves in what we call the "fulfillment industry" is already very exciting. We set the rules and we dictate the direction of this industry. The feeling of creating something to provide for the seven billion people on this earth gives you a bit of a high.

**DTTL TMT:** Is the current economic slowdown affecting your company growth at all, and if so, to what extent? If growth is slowing as a result of the slowdown, will you change strategy, and if so, how?

**Yang Berbahagia Datuk Azrin Mohd Noor:** The current economic slowdown affects everyone. Having said that, the strategies that we have put in place minimize that impact and we are still on track with our long-term plans. Part of it is our niche positioning in the consumer fulfillment industry. We develop products that are necessities for consumers, from the cost-conscious to tech-savvy enthusiasts. For instance, LocalSIMKad™ allows travellers to save more on telecommunications when abroad. Green Billing saves costs for consumers and telecommunication companies. As-Sidq ensures that Muslim banking-customers' needs are attended to. So yes, despite the slowdown, we're confident that it has less impact on our business for as long as we understand consumers' behaviour and cater to those patterns.



Sedania is a Malaysia-based content and fulfilment group. Commencing operations in 2004, Sedania Group now has over 140 employees and operations in Indonesia, Vietnam, Cambodia, Bangladesh, Singapore, Thailand and the Philippines. The group has several offices in Malaysia with its headquarters in Kelana Jaya. Sedania's activities include content for television and new media; mobile communication technology and platforms; engineering research and development; as well as advertising and consumer engagement.

**DTTL TMT:** Many fast-growing TMT companies have experienced funding challenges over the last two years. Has Sedania experienced funding challenges at all, and if so, what do you attribute this to?

**Yang Berbahagia Datuk Azrin Mohd Noor:** Sedania has had its fair share of funding challenges in Malaysia. Most of our local banks are not necessarily friendly to industries that they are not familiar with. I remember trying to talk to banks about funding the acquisition of Malaysian TV rights to the UEFA Champions League and English Premier League, in the early days. Even with multiple levels of guaranteed returns, the banks still asked for landed property or cash as collateral. We still went ahead with the highly profitable deal using creative financial arrangements.

**DTTL TMT:** What is the one thing that keeps you awake at night and why?

**Yang Berbahagia Datuk Azrin Mohd Noor:** A late Manchester United live match on TV! Nothing beats a good night sleep. Any problems or issues always seem smaller the next morning.

# Contacts at DTTL and its member firms

## Global TMT

**Jolyon Barker**
DTTL Managing Director
Global Technology, Media & Telecommunications (TMT)
+44 20 7007 1818
jrbarker@deloitte.co.uk

## Americas

**Alberto Lopez Carnabucci**
Argentina
+54 11 4320 2735
alopezcarnabucci@deloitte.com

**Nelson Valero Ortega**
Colombia
+571 546 1810
nvalero@deloitte.com

**Cesar Chong**
Panama
+507 303 4110
cechong@deloitte.com

**Johan Oliva**
Venezuela
+58 212 206 8886
joholiva@deloitte.com

**Marco Antonio Brandao Simurro**
Brazil
+55 11 5186 1232
mbrandao@deloitte.com

**Carlos Gallegos Echeverria**
Costa Rica
+506 2246 5000
cagallegos@deloitte.com

**Johnnie Tirado**
Peru
+51 1 211 8539
jotirado@deloitte.com

**Richard Lee**
Canada
+1 416 874 3248
richlee@deloitte.ca

**Ernesto Graber**
Ecuador
+593 2225 1319 ext 246
egraber@deloitte.com

**Eric Openshaw**
United States
+1 714 913 1370
eopenshaw@deloitte.com

**Fernando Gaziano**
Chile
+56 2 729 8783
fpgaziano@deloitte.com

**Francisco Silva**
Mexico
+52 55 5080 6310
fsilva@deloittemx.com

**Juan José Cabrera**
Uruguay
+598 2 916 0756
jucabrera@deloitte.com

## Europe, Middle East and Africa

**Luc Van Coppenolle**
Belgium
+32 3 800 8905
lvancoppenolle@deloitte.com

**Jukka-Petteri Suortti**
Finland
+358 20 755 5561
jukka-petteri.suortti@deloitte.fi

**Dariusz Nachyla**
Central Europe
+48 22 511 0631
dnachyla@deloittece.com

**Ariane Bucaille**
France
+33 1 5561 6484
abucaille@deloitte.fr

**Olga Tabakova**
CIS and its Russian office
+7 495 787 0600 ext 2326
otabakova@deloitte.ru

**Dieter Schlereth**
Germany
+49 211 8772 2638
dschlereth@deloitte.de

**Kim Gerner**
Denmark
+45 36 10 20 30
kgerner@deloitte.dk

**Joan O'Connor**
Ireland
+353 1 4172476
joconnor@deloitte.ie

**Tal Chen**
Israel
+972 3 608 5580
talchen@deloitte.co.il

**Santino Saguto**
Middle East
+971 4 369 8999
ssaguto@deloitte.com

**Mark Casey**
South Africa
+27 11 806 5205
mcasey@deloitte.co.za

**Alberto Donato**
Italy
+39 064 780 5595
adonato@deloitte.it

**Daan Witteveen**
Netherlands
+31 88 288 0236
dwitteveen@deloitte.nl

**Jesus Navarro**
Spain
+34 91 514 5000 ext 2061
jenavarro@deloitte.es

**Nikhil Hira**
Kenya
+254 204 230 377
nhira@deloitte.co.ke

**Halvor Moen**
Norway
+47 23 27 97 85
hmoen@deloitte.no

**Tommy Martensson**
Sweden
+46 8 506 731 30
tommy.martensson@deloitte.se

**Dan Arendt**
Luxembourg
+352 451 452 621
darendt@deloitte.lu

**Joao Luis Silva**
Portugal
+351 210 427 635
joaolsilva@deloitte.pt

**Tolga Yaveroglu**
Turkey
+90 212 366 6080
eroglu@deloitte.com

## Asia Pacific

**Damien Tampling**
Australia
+61 2 9322 5890
dtampling@deloitte.com.au

**Sang Jin Park**
Korea
+82 2 6676 3821
sjpark@deloitte.com

**William Chou**
China
+86 10 8520 7102
wilchou@deloitte.com.cn

**John Bell**
New Zealand
+64 9 303 0853
jobell@deloitte.co.nz

**V. Srikumar**
India
+91 80 6627 6106
vsrikumar@deloitte.com

**Clark C. Chen**
Taiwan
+886 2 2545 9988 ext 3065
clarkcchen@deloitte.com.tw

**Ichiro Nakayama**
Japan
+81 90 9804 4256
ichiro.nakayama@tohmatsu.co.jp

## Southeast Asia

**John Goeres**
Southeast Asia
+65 6232 7118
jgoeres@deloitte.com

**Luisito Amper**
Philippines
+63 2 581 9028
lamper@deloitte.com

**Daniel Fitzgerald**
Guam
+671 988 4845
dafitzgerald@deloitte.com

**Shariq Barmaky**
Singapore
+65 6530 5508
sbbarmaky@deloitte.com

**Parlindungan Siahaan**
Indonesia
+62 21 231 2879 ext 3300
psiahaan@deloitte.com

**Marasri Kanjanataweewat**
Thailand
+662 676 5700 ext 6067
mkanjanataweewat@deloitte.com

**Jimmy Lai**
Malaysia
+603 7723 6541
jimmylai@deloitte.com

**Anh Khuc**
Vietnam
+844 6288 3568
akhuc@deloitte.com

**For more information, please contact:**

**Amanda Goldstein**
DTTL TMT Marketing Leader
+1 212 436 5203
agoldstein@deloitte.com

**Karen Hogger**
EMEA DTTL TMT Marketing
+44 20 7007 5405
khogger@deloitte.com

**Yvonne Dow**
Asia Pacific DTTL TMT Marketing
+852 2852 6611
ydow@deloitte.com

Deloitte refers to one or more of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee, and its network of member firms, each of which is a legally separate and independent entity. Please see www.deloitte.com/about for a detailed description of the legal structure of Deloitte Touche Tohmatsu Limited and its member firms.

**Deloitte global profile**

Deloitte provides audit, tax, consulting and financial advisory services to public and private clients spanning multiple industries. With a globally connected network of member firms in more than 150 countries, Deloitte brings world-class capabilities and high-quality service to clients, delivering the insights they need to address their most complex business challenges. Deloitte's approximately 182,000 professionals are committed to becoming the standard of excellence.

**Disclaimer**

This publication contains general information only and none of Deloitte Touche Tohmatsu Limited, its member firms or their related entities (collectively the 'Deloitte Network') is, by means of this publication, rendering professional advice or services. Before making any decision or taking any action that may affect your finances or your business, you should consult a qualified professional adviser. No entity in the Deloitte Network shall be responsible for any loss whatsoever sustained by any person who relies on this publication.

© 2011 Deloitte Global Services Limited

Exhibit F

**Deloitte.**

德勤

# 2011Deloitte Technology Fast 50 China Ranking and CEO Survey



**Technology, Media & Telecommunications (TMT) Industry**

# Contents

| | |
|---|---|
| 1 | Foreword |
| 2 | 2011 Deloitte Technology Fast 50 China program at a glance |
| 3 | Fast Facts |
| 6 | 2011 Deloitte Technology Fast 50 China program -Top 5 winners |
| 9 | 2011 Deloitte Technology Fast 50 China Ranking |
| 10 | 2011 Deloitte Technology Fast 50 China CEO Survey Report |
| 17 | About Deloitte Technology, Media & Telecommunications Industry |
| 18 | Contact Details for Deloitte's China Practice |
| 20 | Deloitte Contacts |

# Foreword

Deloitte China is honored to share with you the results of the 7th Deloitte Technology Fast 50 China program.

Despite various economic challenges in 2011, China is able to maintain a stable and rapid growth, evidenced by the strong performance of companies which participated in the Deloitte Technology Fast 50 China program. Meanwhile, because of the strong performance of Chinese winning companies' growth rate ranking and their sustained increase in proportion, Deloitte Technology fast 50 China program has become an important part of Deloitte Technology Fast 500 Asia Pacific program, which has been successfully held for several years together with other Technology Fast programs in EMEA (Europe Middle East And Africa) and North America regions, being highly focused and credible to the public. The program is now considered as benchmark for fast-growing technology companies across the globe.

The applicants of this year's program come from 18 cities and regions respectively Beijing, Shanghai, Shenzhen, Hong Kong, Dalian, Fuzhou, Guangzhou, Hangzhou, Jiaxing, Jiangsu, Nanchang, Nanjing、Xiamen, Suzhou, Wuhan, Changchun, Changsha and Zhejiang. The 50 winning companies of this year covered a wide range of industry sectors, including software, ecommerce, Internet, communications/networking, biotech/pharmaceutical, semiconductor, computer/peripherals, education technology, clean tech technology/new energy, the third party financial planning and auto lease, etc. There are both public companies and private ones in them, but what in common is that all of them have achieved amazing fast growth in revenue over the past three years.

We are delighted to see the accumulative growth rate of the top 5 fastest-growing companies over the past three years ranged from 1,955% to 19,218%. The winning companies' growth rates as a whole are similar to last year, which has fully evidenced the sustainable growth ability of Chinese companies.

Congratulations to all the winning companies and we wish them greater success in the future. We also expect to witness more companies of excellence and gratifying results in next year's Deloitte Technology Fast 50 Program.





Chris Lu
Deloitte China
CEO





William Chou
Deloitte China
Technology, Media &
Telecommunications Industry
National Managing Partner

# 2011 Deloitte Technology Fast 50 China program

## At a glance

Deloitte Technology Fast 50 program constitutes part of the Deloitte Technology Fast 500 Asia Pacific program and aims to recognize and recommend the fastest-growing hi-tech companies.

The beginning of the Deloitte Technology Fast 500 program was the Technology Fast 50 that started in 1995 in San Jose. This program quickly expanded to numerous cities and countries. The EMEA Technology Fast 500 program was launched in 2001 and focused on promoting fast-growing technology companies across Europe. In the next year, the Technology Fast 50 companies in the Asia Pacific region were identified using similar criteria. The program is now considered as one of the most objective award programs in technology, media and telecommunications industry across the globe.

Because the proportion of winning Chinese enterprises in Deloitte Technology Fast 500 Asia Pacific program keeps rising on a yearly basis, Deloitte China launched the Technology Fast 50 China program in 2005. To date, the program has been conducted for 6 years and a number of new and outstanding companies, such as Tencent, Baidu, Alibaba, Suntech Power and Vancl, have emerged in the country. Deloitte Technology Fast 50 China program aims to rank the top 50 leading high-tech companies (including both public and private companies) in the following industry sectors, as well as those related to them with headquarters in Hong Kong, Macau and the Chinese Mainland, based on their three-year average revenue growth:

• Biotech/Pharmaceutical
• Communications/Networking
• Medical equipment
• Semiconductor, components and electronics
• Computer/Peripherals
• Internet
• Software
• Clean tech technology/New energy
• New media
• Ecommerce
Other (Technology related companies not included above)

To be eligible for Deloitte Technology Fast 50 China program, a company must meet the following criteria:

1. It must be a technology company defined as:

• A company that develops proprietary technology contributes to a significant portion of the company's operating revenues. (Using other company's technology in a unique way does not qualify); or
• A company that manufactures a technology-related product; or
• A company that devotes a high percentage of revenue to the research and development of technology;

2. It must have been in business for a minimum of three years

3. It must have revenues of at least RMB2,000,000 in the first of the years being analyzed

4. It must be headquartered in Mainland China, Hong Kong or Macau

For more information, please visit the TF50 event website: www.deloittetmt.com/TF50.php

## 2011 Program Sponsorship

"2011 Deloitte Technology Fast 50 China" program sponsors:

**Strategic sponsors:**

 

  

**Supporting sponsors:**

  

  



# Fast Facts

## Industry segmentation of the winning companies

The 2011 Deloitte Technology Fast 50 China program also experienced some changes in terms of industry sectors this year, reflecting the rapid development of the high-tech industry. Among all sectors, software companies accounted for the largest proportion, rising from 16% in 2010 to 18% this year of all winning companies. The proportion of winning companies from the communications/network sector is 14%, following the e-commerce sector. Moreover, there is also a rapid development of winning companies in the emerging technology sectors, such as Internet of things, new media, clean tech/new energy companies, which accounted for 8% of the top 50 companies.

The proportion of ecommerce companies has experienced a strong increase this year, accounting for 16% of all winning companies compared with 6% in last year. This rising trend is related to the growing number of Internet users, coupled with their enhanced experience brought about by improved convenience and reliability of online payment and associated logistics. The proportion of semiconductor companies is 4% this year while this sector even failed to rank the list in 2010. The strong growing trend in semiconductor sector is related to the increase in electronic product consumption. Moreover, clean tech technology/new energy companies accounted for 2%, a dramatic decrease from 10% in 2010. The proportion of companies from biotech/pharmaceutical, internet, education and new media sectors has no significant changes compared with 2010.

## Regional distribution of winning companies

Companies from Beijing accounted for 52% of the winners, demonstrating the city's leading position in high-tech industry. Other cities and regions with relatively higher proportion of winners respectively are Shanghai、Shenzhen and Hong Kong, aligning with their rapid economic developing pace. Cities new to the list are Zhejiang、Changsha、Nanchang、Nanjing and Wuhan. It was these technology fast companies that have brought vitality to the local economy.

**Winning companies by sector**



- Software(18%)
- Ecommerce(16%)
- Communications/Networking(14%)
- Internet(12%)
- Biotech/Pharmaceutical(12%)
- Semiconductor(4%)
- Computer/Peripherals(4%)
- Education(4%)
- New media(4%)
- The third party financial planning/Private banks(2%)
- Auto lease(2%)
- Clean tech technology/New energy(2%)
- The Internet of things(2%)
- Others(4%)

**Winning companies by regional distribution**



- Beijing(52%)
- Shanghai(14%)
- Hong Kong(10%)
- Shenzhen(8%)
- Guangzhou(4%)
- Zhejiang(4%)
- Changsha(2%)
- Nanchang(2%)
- Nanjing(2%)
- Wuhan(2%)

**Winning software companies by regional distribution**



**Winning communication/networking companies by regional distribution**



**Winning ecommerce companies by regional distribution**



**Winning internet companies by regional distribution**



**Winning biotech/pharmaceutical/medical device companies by regional distribution**



According to the regional distribution diagrams of winning companies above, Beijing has the overwhelming superiority in this year's ranking.

## Listing status of winning companies

There are 44 private companies among the top 50 winning companies, representing a slight increase over last year's 41. This indicates the rapid growth momentum of private companies still remains.



## Was the winner selected last year?

Most of the winners were not selected last year. It is notable that the industry sectors of the top 10 companies are more widely dispersed, indicating the sustaining rapid growth momentum of and fierce competition among technology fast companies.



## Winning companies by revenue growth

| Top 50 ranking | Average growth rate in 2011 |
|---|---|
| 1-10 | 4537% |
| 11-20 | 598% |
| 21-30 | 349% |
| 31-40 | 252% |
| 41-50 | 195% |

| | |
|---|---|
| Total | 1186% |
| Top 5 | 7759% |

# 2011 Deloitte Technology Fast 50 China program-Top 5 winners

The top 5 winners of 2011 Deloitte Technology Fast 50 China program have achieved an average growth rate of 7,759%. The company profiles are as follows.

## No. 1





### The Store Corporation (yihaodian.com)

Chairman: Yu Gang
Website: www.yihaodian.com
Revenue growth rate: 19218%

yihaodian.com was formally put online on 11 July 2008 and pioneered the mode of "online supermarket" in Chinese ecommerce industry. yihaodian.com, invested and founded by The Store Corporation, is a leading B2C ecommerce company in China in aspects of scale and commodity categories. Since the launch, yihaodian.com has attracted more than 12 million registered customers, several thousand suppliers, with over 120,000 types of commodities subject to 11 major categories: the food and beverage, beauty care, kitchen and toilet cleaning, baby and mommy products, toys, electrical appliance, home furnishing, nutrition and health care, etc., thus making it one of China's largest and fastest-growing B2C ecommerce companies. Moreover, the mobile operation of The Store, representing the cut-edge mobile internet technology, has created a new shopping fashion with its original "virtual supermarkets mode ", and been recognized as the "intelligent mobile supermarket" with convenient operation, rich features and the fulfillment of real-time shopping demands of high-end consumers since its launch in 2011.

## No. 2

### Tendyron Corporation

Chairman and General Manager: Li Dongsheng
Website: www.tendyron.com
Revenue growth rate:9150%

Tendyron Corporation is a high-tech company committed to designing and producing information security products. Tendyron is the first that launched HIP (Human Interface Peripheral) concept-based USB Key products across the globe, fully resolved the problem of hacker attacks to online banking at the client end, and have become the development direction recognized by banking industry, thereby signifying a new milestone of online transaction and authentication security. Tendyron has developed a complete set of intelligent USB Key products which have been applied in ICBC and ABC, covering types of button, voice and screen-display, so as to effectively prevent hacker attacks such as remote kidnapping and transaction tampering. Tendyron has become the front-runner in international high-end USB Key market.



## No. 3



### Jiaxing Mbaobao Network Technology Co., Ltd

CEO: Ye Haifeng
Website: www.mbaobao.com
Revenue growth rate: 6288％

Headquartered in Jiaxing, Zhejiang Province and founded in 2007 by Ye Haifeng, who has 15-year luggage manufacturing experience, Mbaobao is the largest Chinese B2C company engaging in bags and luggage business. During the past four years, Mbaobao has been developing at a rocketing growth rate of nearly 10 times on a yearly basis, which is deemed as a miracle in bags and luggage industry. The company has successively acquired nearly US$50 million venture capital from an angel investment under VISCONT Group, a century old brand based in Italy, DCM, Lenovo Group and Trust Bridge Partners, etc. Mbaobao is not only the first B2C platform of Chinese bags and luggage industry, but also the first of the industry to start up internationalization process. The Tokyo subsidiary of Mbaobao was set up in 2010, and an English website "www.bagsok.com", targeting mainly at the North American customer base was launched in the same year. On 18 July 2011, the official website of Mbaobao Japan started the online operation.



## No. 4



### ganji.com

Managing Director: Yang Haoyong
Website: www.ganji.com
Revenue Growth Rate: 2,186%

The ganji.com, the largest classified information portal in China, provides local living and commercial services information covering property rent, second-hand articles sales, recruitment and job hunting, vehicle sales, pets, tickets, education trainings, city-specific activities and networking, and group shopping. Since its launch in 2005, ganji.com is growing fast and has become popular among users. Headquartered in Beijing, the provider has established branches in Shanghai, Guangzhou and Shenzhen and substations in 374 major cities across China, penetrating in all the areas of life. The life-focused ganji.com is committed to building an indispensable information portal for our life.



## No. 5



### Shanghai Greenbox Internet Technology Co., Ltd.

CEO: Wu Fangfang
Website: www.lvhezi.com
Revenue Growth Rate: 1,955%

Since its foundation, Shanghai Greenbox Internet Technology Co., Ltd. is committed to building a top brand of children's clothing and online shopping platform in China. Over years of commitment, the Company has built a complete industry chain from the design and development of children's clothes and ornaments to sophisticated production system support as well as ongoing innovative online marketing system and has accumulated rich operating experience. The company consists of a top design team, elite marketing team, considerable aftersales service team and specialized manufacturing team.



# 2011 Deloitte Technology Fast 50 China Ranking

| Rank | Company Name | City | Industry Sector | %Growth |
|------|--------------|------|-----------------|---------|
| 1 | The Store Corporation | Shanghai | Ecommerce | 19218% |
| 2 | Tendyron Corporation | Beijing | Software | 9150% |
| 3 | Jiaxing Mbaobao Network Technology Co., Ltd | Jiaxing | Ecommerce | 6288% |
| 4 | ganji.com | Beijing | Internet | 2186% |
| 5 | Shanghai Greenbox Internet Technology Co.,Ltd. | Shanghai | Ecommerce | 1955% |
| 6 | Wuhan Guoce Nordic New Energy Co., Ltd. | Wuhan | Green Technology | 1799% |
| 7 | LATTICE POWER CORPORATION | Nanchang | Semiconductor | 1547% |
| 8 | Aesthetic Technology（Beijing）Ltd | Beijing | Biotech/Pharmaceutical | 1328% |
| 9 | Borqs Hong Kong Limited | Hong Kong | Telecommunications/Networking | 1054% |
| 10 | Zhejiang Yutian Technology Co.,Ltd. | Zhejiang | Telecommunications/Networking | 846% |
| 11 | LightInTheBox Holdings Co., Ltd. | Beijing | Internet | 838% |
| 12 | HD Biosciences (China) Co., Ltd | Shanghai | Biotech/Pharmaceutical | 793% |
| 13 | FUNSHION ONLINE TECHNOLOGIES CO.,LTD. | Beijing | Internet | 707% |
| 14 | Hunan RunCore High Technology Co., Ltd. | Changsha | Computers/Peripherals | 702% |
| 15 | Shenzhen TINNO Mobile Technology Co., Ltd. | Shenzhen | Telecommunications/Networking | 622% |
| 16 | Shanghai Joyu Culture Dissemination Co.LTD | Shanghai | Ecommerce | 521% |
| 17 | Shanghai eHi Car Rental Co., Ltd | Shanghai | Others | 489% |
| 18 | Lafaso Group Limited | Beijing | Ecommerce | 467% |
| 19 | Cosci Med-Tech Co.Ltd. | Beijing | Biotech/Pharmaceutical | 432% |
| 20 | Beijing 58 Information Technology Co,Ltd | Beijing | Internet | 406% |
| 21 | Beijing Kela Diamond Internet technology Co.,Ltd | Beijing | Ecommerce | 402% |
| 22 | Shenzhen Wondershare Software Co.,Ltd. | Shenzhen | Software | 360% |
| 23 | C Media Limited. | Beijing | Internet | 356% |
| 24 | China Wireless Technologies Limited | Shenzhen | Telecommunications/Networking | 356% |
| 25 | Xueda Education Group | Beijing | Others | 352% |
| 26 | NOAH HOLDINGS LIMITED | Shanghai | Others | 352% |
| 27 | Shenzhen Elanw Network Co.,Ltd. | Shenzhen | Telecommunications/Networking | 340% |
| 28 | GVITECH CORPORATION | Beijing | Computers/Peripherals | 333% |
| 29 | Beijing PDE Information Technology Co.,Ltd. | Beijing | Software | 320% |
| 30 | Sysware Technology Co., Ltd | Beijing | Software | 318% |
| 31 | China TransInfo Technology Corp. | Beijing | Software | 318% |
| 32 | iClick Interactive Asia Limited | Hong Kong | Internet | 297% |
| 33 | GC-Rise Pharmaceutical Ltd | Hong Kong | Biotech/Pharmaceutical | 270% |
| 34 | Tieto China Co., Ltd. | Beijing | Software | 251% |
| 35 | Beijing C-platform Digital Technology Co.,Ltd. | Beijing | Telecommunications/Networking | 238% |
| 36 | DiagCor Bioscience Incorporation Ltd | Hong Kong | Biotech/Pharmaceutical | 236% |
| 37 | Beijing Acctrue Technology Co.,Ltd | Beijing | Software | 230% |
| 38 | Beijing Fastweb Technology Co., Ltd. | Beijing | Internet | 229% |
| 39 | Gan & Lee Pharmaceutical Co., Ltd. | Beijing | Biotech/Pharmaceutical | 224% |
| 40 | Leshi Internet Information & Technology Corp., | Beijing | Internet/New Media | 224% |
| 41 | Guangzhou Best-study Education Group | Guangzhou | Others | 215% |
| 42 | Golden Spring Internet of Things Inc. | Beijing | Internet | 207% |
| 43 | Fractalist China | Beijing | Internet/ New Media | 200% |
| 44 | Beijing Forever Technology Co., Ltd. | Beijing | Software | 200% |
| 45 | Beijing EMAR Online Technology Co., Ltd. | Beijing | Internet/ Ecommerce | 197% |
| 46 | BeiJing NineStar Technology joint-Stock Co.,Ltd | Beijing | Software | 195% |
| 47 | ArcherMind Technology (Nanjing) Co., Ltd. | Nanjing | Telecommunications/Networking | 194% |
| 48 | AppoTech Limited | Hong Kong | Semiconductor | 182% |
| 49 | EIC Group Ltd. | Guangzhou | Software | 181% |
| 50 | Shanghai Sunivo supply chain management Co.,LTD | Shanghai | Internet | 178% |

# 2011 Deloitte Technology Fast 50 China CEO Survey Report

## Summary

In 2011, the world economy faces various challenges: the overall growth has slowed down, and sovereign debt pressure and fragile financial system increase the uncertainty of the global economic growth; however, China's economy still remains steady and relatively fast growth. Among three drivers of economic growth, the investment slips back by a small margin, the consumption is basically stable, but the export faces relatively more unfavorable factors. Under such circumstances, China's high-tech enterprises still boast a strong momentum in 2011, making an outstanding contribution to China's economic development and playing an important role in maintaining steady and relatively fast development of the economy and social progress.

In 2011, China's high-tech enterprises, some of which still have urgent problems to solve, are facing more fierce market competition. Lack of attention to proprietary intellectual property rights, and weak capability for independent innovation, low conversion rate of technological achievements as well as unsmooth channels for investment and financing and talent bottleneck are restricting China's upgrading of industrial structure, the transformation of growth pattern and the promotion of competitiveness. During this special economic period, we need pay more attention to the performance of China's high-tech enterprises in 2011 and proactively provide decision-making evidence for their sustainable and fast development.

What changes do CEOs of high-tech enterprises think will accelerate the growth of enterprises in 2011? What problems do the enterprises urgently need to resolve in terms of technological research, innovation, intellectual property and talent? Where is the expansion capital from? Regarding these questions, Deloitte conducts a questionnaire survey on CEOs of the enterprises participating in the China Tech Fast 50 Program.

## About CEO Survey

2011 China Tech Fast 50 list ranks 50 companies in TMT industry from Mainland China and Hong Kong. They are from different sectors, including software, e-commerce, Internet, communication/network, biotechnology/ pharmaceuticals, semi-conductor, computer/ peripheral equipment, educational technology, clean technology/ new energy. No matter public or non-public, their common feature is that their revenue growth rates are rising rapidly in the past three years. We sent out CEO questionnaires to the participating enterprises and summarized the survey results. Now we are sharing with you the CEO Survey Report of 2011 China Tech Fast 50.



# Development opportunity and policy environment for Enterprises

**The financing of high-tech companies is backed by financial policies**

China's high-tech enterprises are facing unprecedented financing opportunities brought forth by the prospective development outlook of high-tech industry, governmental policy support, gradual improvement of the financial system and the established SME and GEM boards.

When developing to a certain stage, high-tech companies have established their leading products, expanded the sales markets and further increased the market share. Their products and services have been accepted by mass consumers and the core competitiveness, or strength in resources has been formed. The low risks and sound operating performance at this stage give rise to the growth momentum to high-tech companies. Additionally, as the companies scale up and accumulate more mortgage assets, they are able to seek funds on capital and equity market through equity or debt financing approaches, so as to help solve certain problems encountered for the moment.

In this survey, 33% of the CEOs plan to raise their capital requirements by US$25 million above; while 17% of the CEOs plan to raise them by US$10 million-25 million. Merely 24% of the CEOs have no such plans for the next year.

73% of the CEOs think the financing can fund technology upgrading and R&D activities, while 57% of the CEOs think it provides the needed funds for marketing.

**High-tech enterprises are not significantly influenced by consumption stimulus policy**

Chinese government adopts the consumption stimulus policy to maintain the fast growth of China's economy; however, the effect of this macro-economic policy is unremarkable to high-tech companies. 49% of the CEOs acknowledge that the consumption stimulus policy has a smaller impact over their enterprises, while 24% of the CEOs think it has no impact. Merely 3% of the CEOs consider the impact as very large.

Amount to be increased in capital (equity or bonds)



- US$25M+ (33%)
- None (24%)
- US$10-25M (17%)
- US$5-10M (14%)
- US$0-500 (12%)

Problems to resolve through financing



| | |
|---|---|
| Repayment of the overdue loans | 0% |
| Others | 3% |
| Funds for import and export | 3% |
| Funds for maintenance of normal production | 12% |
| M&A | 47% |
| Expand production | 54% |
| Marketing | 57% |
| Adoption of new technology (R&D) | 73% |

Impact on business revenue by the consumption stimulus



- Small (49%)
- No (24%)
- N/A (24%)
- Great (3%)

# Strategic Choices and Operational Adjustments of Enterprises

## Key factors for business to achieve fast growth



## Importance of leadership development



## Core business objectives to be most relevant to leadership



<span style="color:teal">Improve sales skills and drive high growth</span>

Most CEOs perceive that the improved sales skills, strong product lines, development of proprietary intellectual

The clear requirements on leadership to support business development goals make the measures to enhance

property, high-level management quality, grasp of opportunity and single focus are key factors for high-tech enterprises to maintain high growth. 54% of the CEOs view the improved sales skills as the first key factor for enterprises to achieve high growth, which is relevant with the increasingly intensive competition in the market of high-tech industry.

<span style="color:teal">Strengthen leadership of core management team and achieve operational objectives of core business</span>

The lack of talents, especially management talents, is one of the bottlenecks constraining high growth enterprises' expansion and development. Our survey indicates that most of the enterprises have recognized the importance of leadership development and have identified the close tie between leadership and organizational efficiency improvement, change management and regulated management as well as the fast growth. Some have adopted approaches to develop leadership, including the initial establishment of the leadership ability standard, the implementation of test and assessment, the set-up of career paths and trainings, etc. The survey results also reveal that most of the enterprises need to further work on how to effectively promote the leadership development. In perspective of the full-time personnel deployment, professionalism of leadership cultivation and integration of talent cultivation systems in the surveyed enterprises, the input in and effect of the leadership development is insufficient; many enterprises have available training contents but without development process, and the curriculum is weak in applicability and relevance. Furthermore, the training has not been aligned with business needs and the leadership development modes are relatively in poor differentiation, lacking of more effective ones.

In this survey, as regards the cultivation of leadership, 75% of the CEOs agree that it is very important to the company, while 15% of the CEOs rank it as the top priority.

As regards the core business objectives most relevant to leadership, 84% of the company respondents chose the item of "Organizational efficiency improvement", while 68% of the respondents agree that the leadership will drive changes and innovation. Meanwhile, over 50% of the enterprises think the leadership can also boost the regulated management, fast development, access to new markets or launch of new products, et

leadership more focused. 82% of the CEOs affirmed that their enterprises have clearly defined such kind of leadership.

The identification of the competency items of leadership can be achieved by various ways, three of which have been revealed by this survey: leveraging the in-house HR team, consulting enterprises or global headquarters. 66% of the CEOs indicated that they identify the leadership competence items through in-house HR teams while 24% of them said they do this by deploying professional consulting companies.

According to the statistics, training is still the most widely used approach among enterprises, ranking the top mode of leadership development with the proportion of 78%; besides, 67% of the enterprises have designed the career path for their employees, and 49% set test and evaluation as the necessary approaches for leadership development. However, some development modes generally adopted by mature enterprises, such as post rotation, coach system and talent map take up a relatively lower proportion among the enterprises; 2% of the enterprises to date have no such modes to support leadership development.

### Define leadership requirements to support business growth objectives



### Ways to identify leadership competency



### Ways to improve/support leadership development



## Issues to be addressed in terms of scientific research, innovation and intellectual property



## Issues to be addressed in terms of human resources



## Top/most important funding source



### Enhance the core competence and address the challenges

The current challenge needs to be addressed by China's high-tech industry is to enhance high-tech enterprises' comprehensive innovation abilities with independent R&D as the core, and boost the industry upgrading and development. Even though the current proportion of R&D input is at relatively high levels and the researchers possess favorable educational background, the scientific inventions and creations of China are still lagging behind the developed nations. The reason for this is that our high-tech enterprises are valuing technologies and talents but belittling the management, thus to result in the problem of "big investment, small returns". 75% of the CEOs are still making the point that increasing R&D input and acquiring technologies are challenges to be addressed in the future, while 49% of the CEOs think the establishment of a scientific, delicate and effective innovation mechanism aligning with other business units

is the issue to be addressed at present.

High-tech enterprises also meet with certain challenges of intellectual property. The CEOs agree that the strengthening of intellectual property, severely cracking down on piracy and infringement activities and acquiring further directions and support on intellectual property commercialization are urgent issues to be addressed at present.

Talents are the decisive factor for technology development and new high-tech industrialization. In today's world, the international technology competition in the final analysis is talent competition, the core of which is pursuing top talents. 39% of the CEOs acknowledge that they are in urgent need of talents in research and creativity.

### Develop the incentives and rewards mechanism for human resources

Despite the favorably high-level academic background, the personnel in China's high-tech enterprises produce fewer products and carry out the R&D activities at lower efficiency. 48% of the CEOs think the current HR system cannot integrate multiple modules to give play to the overall efficiency and also lack the compound management talents to take over various business modules. 41% of the CEOs think establishing the rational incentives and awards system and improving the performance management are the urgent HR issues to be addressed.

### Optimize the structure of funding source and boost competitiveness

The fast developing high-tech enterprises are facing with a number of issues, such as the production scaling-up, market expansion, improvement of quality and increase in economic benefits, all of which need massive funds to get resolved. Enterprises at this stage may lose the fast-growing opportunities, or even cease to grow or be acquired by other enterprises if the sustainable funding is unavailable. The growth funds mainly come from three sources: self-accumulation, equity financing and load fund.

At present, the top funding source for China's high-tech enterprises is operating cash flow, as agreed by 85% of the CEOs. The second is venture capital and the initiator's personal investment, as agreed by respectively 29% and 20% of the CEOs. The result indicates that China's high-tech enterprises are becoming more adaptive to utilizing the capital market.

# Prospective Outlook

### Expand the sales market and pursue diversified development

Most of the CEOs agree that in the next 12 months, the accelerated growth of sales market, access to new geographic markets through diversified development, and the improved usability of qualified new employees may exert a positive impact over the prospective development of high-tech enterprises.

### Effectively control cost to boost economic benefits

Undoubtedly, the rising cost of direct input, labor, tax and other items are key negative factors for the prospective development of high-tech enterprises. 66% of the CEOs think the rise of input cost will exert a negative impact over the enterprises' prospective development, while 39% of them believe that the varied forms of rise in labor cost, such as the levy of social security tax, will play the same impact over enterprises.

### Speed up reform and prepare for challenge

R&D is the life of high-tech enterprises. 86% of the CEOs are planning to increase R&D efforts to speed up their development. The whole point of R&D is to launch new products. Traditional enterprises have no way to compare with high-tech enterprises as regard to the speed of innovation. In order to make enterprises remain invincible in competition, 75% of the CEOs are considering launching new products in the next 12 months. New products will attract more customers, which is favorable for enterprises to enter into new regional markets. 63% of the CEOs are planning to enter into new regional markets in the next 12 months to speed up development. The development of high-tech enterprises cannot be achieved without the commitment of talents and compared with other sectors high-tech enterprises rely more deeply on intellectual resources. 45% of the CEOs will recruit new employees in the next 12 months to satisfy the needs of development.

In addition, the CEOs are planning to raise funds, implement M&A, enter into new vertical industries, improve sourcing and enlarge board of directors to speed up development.

External factors to exert positive impacts over the prospective development of high-tech enterprises



External factors to factors to exert negative impacts over the prospective development of high-tech enterprises



Reform directions of enterprises



# Conclusion

This survey finds that with the continuous growth of China's economy, the competition among high-tech industry is increasing fierce and key factors to drive high growth for high-tech enterprises are enhancing R&D capability, strengthening leadership and improving sales ability. The CEOs are optimistic about the future economic development trends and are planning to increase R&D input, expand sales market as well as launch new products and recruit new employees.

### Rely on external favorable environment and realize enterprise's continuous growth

China's high-tech enterprises are facing unprecedented financing opportunities brought forth by the prospective development outlook of high-tech industry, governmental policy support, gradual improvement of the financial system and the established SME and GEM boards. CEOs are planning to raise funds in capital market to meet the capital requirements from upgrading technology, marketing and expanding production and drive continuous growth in next 12 months as they view the economic development in regions where their products and services are offered will remain overall growth during 2011.

### Innovation is the fundamental factor for high-tech enterprises to maintain their core competence

China's high-tech enterprises' comprehensive innovation ability with independent R&D as the core will facilitate the upgrading and development of high-tech industry. For the purpose of enhancing their core competence, high-tech enterprises will have to make greater efforts in developing their own intellectual property, mastering latest technology, developing new products, building innovative and creative mechanism, cultivating and recruiting researchers and creative talents, optimizing fund sourcing structure and maintaining continuous competence.

### Strengthen leadership of core management team and realize operational objective of core business

Leadership of core management team closely related to the realization of operational objective of core business has significant impact on the effectiveness of business macro decision and the efficiency of operational management. In the context of increasingly fierce market competition, enterprises should establish leadership competency standards based on business strategy and corporate culture to conduct on-going evaluation and feedback on middle and top-level managers and provide customized development opportunities for different-level managers based on evaluation results, attaching special attention to on-the-job training and development as well as some knowledge and skill classroom training.

### Speed up reform, prepare for competition, and drive fast growth

CEOs feel optimistic about future economy and will increase R&D input, enlarge sale market, launch new products, attract innovative talents, strengthen leadership of core management team to enhance competition, facilitate industry reform and drive fast growth.



# Deloitte TMT Profile

**Strong TMT service capabilities**

- TMT service teams across 45 countries
- More than 5,000 partners, directors and senior managers supported by 10,000+ other professionals worldwide dedicated to serve TMT companies
- More than 500 partners, directors and senior managers in China dedicated to serve TMT companies and working closely with our global TMT team
- Five types of services: audit, tax, consulting, ERS and FAS
- Serve 80 percent of the TMT companies in the Fortune 1000
- Market leader in serving VC/PE-backed businesses in China
- Market leader to help Chinese enterprises to go public in overseas stock markets. From 2006 to May 2011, Deloitte has 40% market-shares in Chinese enterprises going public in US stock markets, ranking the top .

Deloitte researches provide innovative and practical insights to help enterprises improve their performance and obtain competitive advantages

Recent TMT reports include:
China's Education Industry Investment and Research Report 2010

Technology, Media & Telecommunications Predictions 2011
Addicted to connectivity - Perspectives on global mobile consumer, 2011
2011 China Education Industry Research
China's E-business Logistics Industry Investment and Research Report 2011
China's Online Community Industry Investment and Research Report 2011
Special Report on ChiNext's Second Anniversary
China's Early Childhood Education Industry Investment and Research Report 2011
Electric Vehicles Industry Market Research Report

Leadership in serving VC/PE-backed businesses

Enterprises will face various challenges in different development stage. Deloitte has been much concerned about the strategic problems and challenges faced by fast growing enterprises for a long term. As a global strategic partner of numerous prominent VC/PE, we are continuing to improve client quality, strengthen strategic cooperation and be committed to working with VC-backed fast growing enterprises to meet challenges, solve problems and achieve growth objectives.

|  | Common requirements of growing enterprises | Deloitte solutions including (but not limited to) |
|---|---|---|
| Start-up | Basic accounting/internal control system<br>Financial/accounting personnel training<br>Tax planning | Accounting/tax training<br>Internal control advisory<br>Investment structure/tax planning |
| Growing and IPO | Listing planning/IPO<br>M&A<br>Financial statements auditing<br>Internal control compliance | IPO reporting auditor<br>SOX/IPO internal control compliance<br>Due diligence<br>Financial statements auditing |
| Expansion | M&A<br>Growth strategy<br>Operational process restructuring<br>Organization and performance management<br>Enterprise risk control | M&A advisory/due diligence<br>Strategic planning<br>Operational process restructuring<br><br>HR advisory<br><br>ERS |

# Contact Details for Deloitte's China Practice

## Beijing

Deloitte Touche Tohmatsu CPA Ltd.
Beijing Branch
8/F Deloitte Tower
The Towers, Oriental Plaza
1 East Chang An Avenue
Beijing 100738, PRC
Tel: +86 10 8520 7788
Fax: +86 10 8518 1218

## Chongqing

Deloitte & Touche Financial Advisory
Services (China) Limited
Room 10-12
13/F International Trade Center
Chongqing
38 Qing Nian Road
Yu Zhong District
Chongqing 400010, PRC
Tel: +86 23 6310 6206
Fax: +86 23 6310 6170

## Dalian

Deloitte Touche Tohmatsu CPA Ltd.
Dalian Branch
Room 1503 Senmao Building
147 Zhongshan Road
Dalian 116011, PRC
Tel: +86 411 8371 2888
Fax: +86 411 8360 3297

## Guangzhou

Deloitte Touche Tohmatsu CPA Ltd.
Guangzhou Branch
26/F Teemtower
208 Tianhe Road
Guangzhou 510620, PRC
Tel: +86 20 8396 9228
Fax: +86 20 3888 0119 / 0121

## Hangzhou

Deloitte Business Advisory Services
(Hangzhou) Company Limited
Room 605, Partition A
EAC Corporate Office
18 Jiaogong Road
Hangzhou 310013, PRC
Tel: +86 571 2811 1900
Fax: +86 571 2811 1904

## Hong Kong SAR

Deloitte Touche Tohmatsu
35/F One Pacific Place
88 Queensway
Hong Kong
Tel: +852 2852 1600
Fax: +852 2541 1911

## Jinan

Deloitte & Touche Financial Advisory
Services Limited
Jinan Liaison Office
Unit 1018, 10/F, Tower A, Citic Plaza
150 Luo Yuan Street
Jinan 250011, PRC
Tel: + 86 531 8518 1058
Fax: + 86 531 8518 1068

## Macau SAR

Deloitte Touche Tohmatsu
19/F The Macau Square Apartment H-N
43-53A Av. do Infante D. Henrique
Macau
Tel: +853 2871 2998
Fax: +853 2871 3033

## Nanjing

Deloitte Touche Tohmatsu CPA Ltd.
Nanjing Branch
11/F Golden Eagle Plaza
89 Hanzhong Road
Nanjing 210029, PRC
Tel: +86 25 5790 8880
Fax: +86 25 8691 8776

**Shanghai**

Deloitte Touche Tohmatsu CPA Ltd.
30/F Bund Center
222 Yan An Road East
Shanghai 200002, PRC
Tel: +86 21 6141 8888
Fax: +86 21 6335 0003

**Shenzhen**

Deloitte Touche Tohmatsu CPA Ltd.
Shenzhen Branch
13/F China Resources Building
5001 Shennan Road East
Shenzhen 518010, PRC
Tel: +86 755 8246 3255
Fax: +86 755 8246 3186

**Suzhou**

Deloitte Business Advisory Services
(Shanghai) Limited
Suzhou Branch
Suite 908, Century Financial Tower
1 Suhua Road, Industrial Park
Suzhou 215021, PRC
Tel: +86 512 6289 1238
Fax: +86 512 6762 3338/6762 3318

**Tianjin**

Deloitte Touche Tohmatsu CPA Ltd.
Tianjin Branch
30/F The Exchange North Tower
189 Nanjing Road
Heping District
Tianjin 300051, PRC
Tel: +86 22 2320 6688
Fax: +86 22 2320 6699

**Wuhan**

Deloitte & Touche Financial Advisory
Services Limited
Wuhan Liaison Office
Unit 2, 38/F New World International
Trade Tower
568 Jianshe Avenue
Wuhan 430022, PRC
Tel: +86 27 8526 6618
Fax: +86 27 8526 7032

**Xiamen**

Deloitte & Touche Financial Advisory
Services Limited
Xiamen Liaison Office
Unit E, 26/F International Plaza
8 Lujiang Road, Siming District
Xiamen 361001, PRC
Tel: +86 592 2107 298
Fax: +86 592 2107 259

# Deloitte Contacts



**William Chou**

National TMT Managing Partner
+86 (10) 8520 7102
wilchou@deloitte.com.cn



**Eddie Chiu**

Northern China TMT Managing Partner
+ 86 (10) 8520 7110
eddchiu@deloitte.com.cn



**Jimmy Chen**

Eastern China TMT Managing Partner
+ 86 (21) 6141 2172
jimmycchen@deloitte.com.cn



**Terence Cheung**

Southern China TMT Managing Partner
+ (852) 2852 6405
tercheung@deloitte.com.hk



**Jensen Zhao**

Business Development Director
+ 86 (10) 8520 7412
jindzhao@deloitte.com.cn

Deloitte refers to one or more of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee, and its network of member firms, each of which is a legally separate and independent entity. Please see www.deloitte.com/cn/en/about for a detailed description of the legal structure of Deloitte Touche Tohmatsu Limited and its member firms.

Deloitte provides audit, tax, consulting, and financial advisory services to public and private clients spanning multiple industries. With a globally connected network of member firms in more than 150 countries, Deloitte brings world-class capabilities and high-quality service to clients, delivering the insights they need to address their most complex business challenges. Deloitte's approximately 182,000 professionals are committed to becoming the standard of excellence.

In China, services are provided by Deloitte Touche Tohmatsu and Deloitte Touche Tohmatsu CPA Limited and their subsidiaries and affiliates. Deloitte Touche Tohmatsu and Deloitte Touche Tohmatsu CPA Limited are, together, a member firm of Deloitte Touche Tohmatsu Limited.

Deloitte China is one of the leading professional services providers in the Chinese Mainland, Hong Kong SAR and Macau SAR. We have nearly 8,000 people in 15 offices in Beijing, Chongqing, Dalian, Guangzhou, Hangzhou, Hong Kong, Jinan, Macau, Nanjing, Shanghai, Shenzhen, Suzhou, Tianjin, Wuhan and Xiamen.

As early as 1917, we opened an office in Shanghai. Backed by our global network, we deliver a full range of audit, tax, consulting and financial advisory services to national, multinational and growth enterprise clients in China.

We have considerable experience in China and have been a significant contributor to the development of China's accounting standards, taxation system and local professional accountants. We also provide services to around one-third of all companies listed on the Stock Exchange of Hong Kong.

This publication contains general information only, and none of Deloitte Touche Tohmatsu Limited, any of their member firms or affiliates (collectively the "Deloitte Network") are, by means of this publication, rendering any professional advice or services. Before making any decision or taking any action that may affect your finances or your business, you should consult a qualified professional adviser. No entity in the Deloitte Network shall be responsible for any loss whatsoever sustained by any person who relies on this publication.

©2011Deloitte Touche Tohmatsu CPA Limited

Exhibit G

## *Wondershare Software Gets Recognition in Forbes 2011 Ranking of Top Small and Medium Enterprises in China*

Wireless News

April 28, 2011 Thursday

Copyright 2011 Close-Up Media, Inc. All Rights Reserved



**Length:** 237 words

## Body

**_Wondershare_** Software Co., a software developer of Windows and Macintosh multimedia and business utility applications headquartered in China, announced that it was ranked 34th among the top 200 best small and medium enterprises (SMEs) in China in a recent survey by **_Forbes_**.

According to a release, now in its seventh year, the **_Forbes_** China Best SMEs Program ranks companies with the "most potential." For its 2011 study, the business publication surveyed all public and private small and medium-size companies that have their main operations in China and sales ranging from RMB 5 million to 1 billion. The ranking is based on a number of metrics, including but not limited to, the most recent three-year revenues, revenue and profit growth rates, return on assets, net profit margins, and sizes of operations. In addition to companies' financial reports, **_Forbes_** also conducted a number of field visits to complete their research.

"We are much honored to be ranked by **_Forbes_** China in 2011," said Allen Qu, General Manager of Overseas Sales & Marketing Department of **_Wondershare_** Software Co. "This prestigious recognition reflects our continuous, significant business achievements and growth worldwide. We are confident that our innovative software solutions and R&D talents will drive our business to new highs in 2011."

More company information:

_www.**wondershare**.com_

((Comments on this story may be sent to _newsdesk@closeupmedia.com_))

**Load-Date:** April 29, 2011

Exhibit H

(https://plus.google.com/115296047918548861321)

(/)

LOG IN    REGISTER

Look up a specific company, person, investor, or event

(/app/info/pro)

DISCOVER

Companies

Search/Companies)

Search/People)

Search/Investors)

Search/Funding_rounds)

Search/Acquisitions)

Search/Schools)

(/App/Search/Events)
My Searches

My Lists(/App/Lists)

Featured

(/App/Featured)
Contribute

Data Export

(Https://About.Crunchbase.Com/Solutions/)

## Wondershare Software (/organization/wondershare-software)

Overview (/organization/wondershare-software) | Timeline (/organization/wondershare-software/timeline)

Contributors (/organization/wondershare-software/contributors)

### Overview

UPDATE

Total Equity Funding
$10M in 2 Rounds (/organization/wondershare-software/funding-rounds) from 2 Investors (/organization/wondershare-software/investors)

Most Recent Funding
$10M Series B (/funding-round/c6b326e80caad3f2bad06fdec7f396a9) on June 1, 2011

| | |
|---|---|
| Headquarters: | Shenzhen, Guangdong (/location/shenzhen/995adb15134b55dc70a03818a7b895d4) |
| Description: | Wondershare develops multimedia applications for both individual and business users. |
| Founders: | Taibing Wu (/person/taibing-wu) |
| Categories: | Developer Tools (/category/developer-tools/61b83871f3bef95f93bbd555157a4ff6), Mobile Apps (/category/mobile-apps/78f709aed8fbcd28218af090789f628f), Software (/category/software/c08b5441a05b9777b7a6012728caddd9) |
| Website: | http://www.wondershare.com (http://www.wondershare.com) |
| Social: | (http://twitter.com/wondershare)(https://facebook.com/Wondershare) |

ADD TO LIST

TOP CONTRIBUTORS

ADD TO THIS PROFILE

CONTRIBUTE

### Company Details

UPDATE

| | |
|---|---|
| Founded: | October 10, 2003 |
| Contact: | support@wondershare.com (mailto:support@wondershare.com) |
| Employees: | 1 in Crunchbase (/organization/wondershare-software/people) |

Wondershare is an international software company which is devoted to providing the leading PC applications and Internet applications in the industry for worldwide users.

As a key software enterprise of the country's landscape planning Wondershare has set up branches in ...

See More

### Recent Timeline Activity (/organization/wondershare-software/timeline)  (8)

May 1, 2015

PRNewswire Asia - **Ignite your Story with Wondershare's new and improved Video Editor, Filmora (http://en.prnasia.com/story/120825-0.shtml)**

**ALL TIMELINE ACTIVITY  (/ORGANIZATION/WONDERSHARE-SOFTWARE/TIMELINE)**

### Funding Rounds (2) - $10M

UPDATE

| Date | Amount / Round | Valuation | Lead Investor | Investors |
|---|---|---|---|---|
| Jun, 2011 | $10M / Series B (/funding-round/c6b326e80caad3f2bad06fdec7f396a9) | – | IDG Capital Partners (/organization/idg-capital-partners) | 2 (/funding-round/c6b326e80caad3f2bad06fdec7f396a9) |
| Sep, 2009 | undisclosed amount / Angel (/funding-round/b8fd3eb8e4c548d200c5b5c08b6ccc52) | – | | 0 (/funding-round/b8fd3eb8e4c548d200c5b5c08b6ccc52) |

### Investors (2)

| Investor | Round(s) | Partner(s) |
|---|---|---|
| IDG Capital Partners (/organization/idg-capital-partners) | Series B (/funding-round/c6b326e80caad3f2bad06fdec7f396a9) (Lead) | – |

About (https://about.crunchbase.com/)
• Terms (https://about.crunchbase.com/docs/terms-of-service/)
• Careers (https://about.crunchbase.com/careers/)
• Sitemap (/sitemap)
Editorial Partners: TechCrunch

Look up a specific company, person, investor, or event    LOG IN    REGISTER

Capital Partners: TechCrunch (http://www.techcrunch.com)

© 2017 Crunchbase Inc.
All rights reserved.

(/app/info/pro)

---

DISCOVER

**Companies**

pp/Search/Companies)

pp/Search/People)

pp/Search/Investors)

pp/Search/Funding_rounds)

pp/Search/Acquisitions)

pp/Search/Schools)

(/App/Search/Events/)

**My Searches**

pp/Search/App/Lists)

**Featured**

(/App/Featured/)

**Contribute**

**Data Export**

(Https://About.Crunchbase.Com/Solutions/)

---

| partners: | |
|---|---|
| Sinowisdom (/organization/sinowisdom) | Series B (/funding-round/c6b326e80caad3f2bad06fdec7f396a9) | - |

SPONSORED AD



**The Way Leading Startups Fundraise**

Raise capital with confidence in 2017. Hire a top fundraising consultant today to get the most out of your next round.

Get Started

(http://cm.crunchbase.com/toptal26)

## Current Team (1)

UPDATE



**Taibing Wu (/person/taibing-wu)**

Founder

(/person/taibing-wu)

## Products (/organization/wondershare-software/products) (42)

UPDATE

**Wondershare Allmymusic (/product/wondershare-allmymusic)**

(/product/wondershare-allmymusic)

Wondershare AllMyMusic is a professional audio recorder. It's able to Record audio from YouTube, Pandora, Napster, Spotify, etc..
Record

**Wondershare Allmytube (/product/wondershare-allmytube)**

(/product/wondershare-allmytube)

Wondershare AllMyTube for Windows helps you download any videos you desired from 1000+ video sharing sites and convert them to your

**Wondershare Allmytube for mac (/product/wondershare-allmytube-for-mac)**

(/product/wondershare-allmytube-for-mac)

Wondershare AllMyTube for Mac downloads videos from 100+ video sharing sites like YouTube, Vimeo, Facebook, Hulu, Vevo, etc, and then

**Wondershare Data Recovery (/product/wondershare-data-recovery)**

(/product/wondershare-data-recovery)

Wondershare Data Recovery is a powerful yet easy-to-use Windows data recovery software that can recover your deleted, formatted, lost and

**Wondershare Data Recovery for mac (/product/wondershare-data-recovery-for-mac)**

(/product/wondershare-data-recovery-for-mac)

Wondershare Data Recovery is a comprehensive Mac data recovery software to recover Mac data lost due to deleting, formatting,

**Wondershare Dr.Fone for Android (/product/wondershare-dr-fone-for-android)**

(/product/wondershare-dr-fone-for-android)

Recover Android data that you thought was lost forever. Whether you accidentally deleted files or smashed your device, Dr. Fone for Android

**Wondershare Dr.Fone for Android for mac (/product/wondershare-dr-fone-for-android-for-mac)**

(/product/wondershare-dr-fone-for-android-for-mac)

Wondershare Dr.Fone for Android for mac was added to CrunchBase in 2014

**Wondershare Dr.Fone for iOS (/product/wondershare-dr-fone-for-ios)**

(/product/wondershare-dr-fone-for-ios)

Wondershare Dr.Fone for iOS is the world's #1 iPhone, iPad and iPod Touch data recovery software to recover lost contacts, text messages, or

**ALL PRODUCTS (/ORGANIZATION/WONDERSHARE-SOFTWARE/PRODUCTS)**

## News (7)

UPDATE

| Date | News |
|---|---|
| May 1, 2015 | PRNewswire Asia - Ignite your Story with Wondershare's new and improved Video Editor, Filmora (http://en.prnasia.com/story/120825-0.shtml) |
| Feb 14, 2015 | PRNewswire Asia - Single or Smitten, Set the Mood Right with TunesGo Valentine's Day Playlists (http://en.prnasia.com/story/115320-0.shtml) |
| Dec 23, 2014 | PRNewswire Asia - Wondershare Gives Back This Holiday Season with Donations to Global Giving Projects in India and Uganda (http://en.prnasia.com/story/112240-0.shtml) |

About (https://about.crunchbase.com/)
- Terms (https://about.crunchbase.com/docs/terms-of-service/)
- Careers (https://about.crunchbase.com/careers/)
- Sitemap (/sitemap)

Editorial Partners: TechCrunch (http://www.techcrunch.com)

© 2017 Crunchbase Inc.

LOG IN    REGISTER

© 2017 Crunchbase Inc.
All rights reserved.

(/app/info/pro)

DISCOVER

Companies

ppl/Search/Companies)

ppl/Search/People)

ppl/Search/Rounds)

ppl/Search/Funding_rounds)

ppl/Search/Acquisitions)

ppl/Search/Schools)

(/App/Search/Events)

My Searches

ppl/Search/App/Lists)

Featured

(/App/Featured)

Contribute

Data Export

(Https://About.Crunchbase.Com/Solutions/)

| | |
|---|---|
| Jun 27, 2013 | Cult of Mac - Now Turn Your Humble iPhone Camera Into A PowerCam [Sponsored Post] (http://www.cultofmac.com/233423/now-turn-your-iphone-camera-into-a-powercam-sponsored-post/) |
| Jun 27, 2011 | PEDaily.cn - IDG Invests on US$10M in Wondershare Software (http://en.pedaily.cn/Item.aspx?id=214653) |
| Sep 27, 2010 | CNet - Weekly troubleshooting utilities update (http://www.cnet.com/news/weekly-troubleshooting-utilities-update-20017793/) |
| Oct 15, 2009 | Cult of Mac - Daily Deals: MacBook Pros, iPod/iPhone Armbands and App Store Bargains (http://www.cultofmac.com/18744/daily-deals-macbook-pros-ipodiphone-armbands-and-app-store-bargains/) |

---

@Wondershare (http://twitter.com/Wondershare)

 **Wondershare** @Wondershare
Very cool and thank you @owlerinc for giving us this award! Looking forward to many more years of looking after the needs of our users!

22 Dec

 **Wondershare** @Wondershare
@SaiMeeraa What seems to be the problem here? Customer service is important to us here. What is your issue, I'll get it taken care of!

25 Oct

 **Wondershare** @Wondershare
My best RTs this week came from: @filmbewerkingnl #thankSAll Who were yours? sumall.com/thankyou

22 Feb

 **Wondershare** @Wondershare
My best RTs this week came from: @filmbewerkingnl #thankSAll Who were yours? sumall.com/thankyou

15 Feb

 **Wondershare** @Wondershare
My best RTs this week came from: @filmbewerkingnl #thankSAll Who were yours? sumall.com/thankyou

08 Feb

WONDERSHARE SOFTWARE ON TWITTER  (HTTPS://TWITTER.COM/WONDERSHARE)

---

**Competitors (1)**                                                      UPDATE

 **PDFFiller (/organization/pdffiller)**
Edit, sign, store, and share documents via any web browser or mobile device with PDFfiller
(/organization/pdffiller)

---

**Offices/Locations (1)**                                                UPDATE

**Headquarter**
8/F, Block A, TCL Building,Gaoxin
Ave.1.S.,Nanshan District
Shenzhen, Guangdong 518057
China

Look up a specific company, person, investor, or event

About (https://about.crunchbase.com/)
- Terms (https://about.crunchbase.com/docs/terms-of-service/)
- Careers (https://about.crunchbase.com/careers/)
- Sitemap (/sitemap)

Editorial Partners: TechCrunch (http://www.techcrunch.com/)

© 2017 Crunchbase Inc.
All rights reserved.

LOG IN          REGISTER

(/app/info/pro)

DISCOVER

Companies

pp/Search/Companies)

pp/Search/People)

pp/Search/Founders)

pp/Search/Funding_rounds)

pp/Search/Acquisitions)

pp/Search/Schools)

(/App/Search/Events)

My Searches

pp/Search/App/Lists)

Featured

Contribute

Data Export

(Https://About.Crunchbase.Com/Solutions/)

Event Appearances (/organization/wondershare-software/events) (1)

PAST EVENT APPEARANCES (1)



VidCon 2016 (/event/vidcon-2016-2016623) on Jun 23, 2016

Sponsor (/organization/wondershare-software/events/sponsor)

ALL EVENT APPEARANCES (/ORGANIZATION/WONDERSHARE-SOFTWARE/EVENTS)

Images (1)                                                    UPDATE

(https://crunchbase-production-

res.cloudinary.com/image/upload/c_limit,h_600,w_600/v1397183885/44c41eb0d81ce81c6a9f5feb7d55fc2f.png)

| Add Acquisitions | Add Board Members and Advisors |
|---|---|
| Add Sub Organizations | Add Memberships |
| Add Customers | Add Partners |
| Add Videos | |

About (https://about.crunchbase.com/)

• Terms (https://about.crunchbase.com/docs/terms-of-service/)
• Careers (https://about.crunchbase.com/careers/)
• Sitemap (/sitemap)

Editorial Partners: TechCrunch (http://www.techcrunch.com)

© 2017 Crunchbase Inc.
All rights reserved.

LOG IN     REGISTER

Exhibit I

wondershare

Product About Support

Our Company  Leadership  History  Contact  Business  Join Us

  

GMT+8 11:58  PT 19:58  GMT+9 12:58

### Shenzhen, China

10th floor, 5D, Shenzhen Software Industrial Base, Haitian 2nd Rd, Nanshan District, Shenzhen, Guangdong, P.R.China 518057

 VIEW MAP

### Vancouver, Canada

Suite 315 2630 Croydon Drive, South Surrey, British Columbia, Canada V3S 6T3

 VIEW MAP

### Tokyo, Japan

1003 LE PREMIER Akihabara Bldg. 73 Kandaneribei-cho, Chiyoda-ku, Tokyo, JAPAN 101-0022

 VIEW MAP

## More Contact Information

Media Relations Only: email: media@wondershare.com

For support Enquiry: Please visit HERE

Call Us: Tel: +86-755-8666-5000

## We Value Our Business Partners

Work with us to become a leader in your industry.

Learn more →





Bring simple to life.

**Company**
About
Careers
Business
Contact

**Products**
Store
Download
Resources

**Featured**
Filmora
Dr.Fone
PDFelement
TunesGo

**Support**
Support
Volume License
Newsletter

**Follow us**

**Newsletter**
Email | Join Now

Terms & Conditions  Privacy  License Agreement  Copyright © 2017 Wondershare. All rights reserved.  US

Exhibit J

1/5/2017
Step out of your comfort zone and join our exciting team
Case: 1:16-cv-11099 Document #: 45-1 Filed: 01/06/17 Page 175 of 201 PageID #:932

# Step out of your comfort zone and join our exciting team.

View Openings →

## Meet some of your future team members.



**Henry**
Social Media Operation Specialist,
Wondershare China



**Flora**
Business Specialist,
Wondershare China



**Rob**
Design Leader - Product,
Wondershare China

Step out of your comfort zone and join our exciting team





**Eric**
Cinematographer & Videographer, Wondershare Canada

**Katie**
Content & Copywriter, Wondershare Canada

**Terry**
Senior Motion & Graphic Designer, Wondershare Canada





Our Company    Leadership    History    Contact    Business    **Join Us**

**Fanny**
Japanese Marketing Manager, Wondershare Japan

**Sion**
Website Operations Specialist, Wondershare Japan

**Fifi**
Customer Service Specialist, Wondershare Japan

# Work with Wondershare


## Health Care
At Wondershare, your well-being is important to us. Our team enjoys the benefits of Dental, Vision, and Extended Health coverage as well as Travel and Life insurance.


## Office Snacks
Got the munchies? We certainly do. There are always healthy – and less healthy – snacks in our kitchen.


## Team Events
Let's make some memories! Birthdays, baby showers, holidays, and project milestones – we celebrate them all together.


## Dog Friendly
We're one big family at Wondershare, and that includes our furry family members. Fridays are dog days!

# A Day in the Life at Wondershare



Our Company    Leadership    History    Contact    Business    Join Us



○ ● ○ ○ ○ ○ ○ ○ ○ ○

# Find Your Dream Job

## Opportunities in Vancouver, Canada

Vancouver, Canada
Motion Graphic Designer

Vancouver, Canada
Intermediate Digital Designer

Vancouver, Canada

Videographer / Post Production Video Editor

## Opportunities in Shenzhen, China

There are no current openings, please check back soon

---

Our Company    Leadership    History    Contact    Business    Join Us

| Products | ⌄ |
|---|---|

| Featured | ⌄ |
|---|---|

| Support | ⌄ |
|---|---|

Follow us

Newsletter

| Email | Join Now |
|---|---|

Bring simple to life.

Terms & Conditions    Privacy    License Agreement

Copyright © 2017 Wondershare. All rights reserved.

US

Exhibit K

**Attorney Needed ASAP** - Crucial need for local attorney in your area. View new cases today. | Ad





Search for people, jobs, companies, and more... 🔍 Advanced



## Wondershare Technology
Computer Software
501-1000 employees

671 followers    Follow

Home



Bring simple to life

At Wondershare we are committed to enriching lives through technology.

We at Wondershare create an array of simple software solutions for life's everyday challenges. Hence our motto: Bring simple to life.

Since our inception in 2003, we've been serving millions of customers in over 150 countries with a commitment to providing software that brings simplicity to people's lives. Today, we are a key member of the National Planning Software Enterprises of China and have emerged as a global leader in application software development, with offices in Shenzhen, Tokyo and Vancouver. We've been honored three consecutive times in Deloitte's "Technology Fast 50 China" list of fastest growing enterprises, and twice by Forbes in their "China Potential Enterprises".

All throughout our growth path, however, we've never let ourselves forget who matters the most -- the customer.

Our global workforce are differentiated by their imagination, knowledge and experience, across industries and technologies. And they are all committed to working closely with users to create outstanding software experiences. Whether that be with multimedia, utility, office or mobile applications.

What makes us unique?
We build community: We work together as a family. Our customers are part of that family.

We value transparency: We are open and honest with each other. Our products speak for themselves.

We create simplicity: We have a straightforward approach. Our products simplify people's lives.

**Specialties**
Multimedia Software, Data Recovery & Management, PDF Editing & Document Management, Business Solution, Mobile Applications, System Maintenance & Optimization, E-Signature Solution

**Website**
http://www.wondershare.com

**Industry**
Computer Software

**Type**
Privately Held

**Headquarters**
A801, 8/F, Block A, TCL Building,Gaoxin Ave.1.S., Nanshan District Shenzhen, Guangdong 518057 China

**Company Size**
501-1000 employees

**Founded**
2003

See less

### Uncover unique insights about Wondershare Technology

Try Premium for free

Employee distribution by department    Employee growth rates

### How You're Connected





3rd    3rd    3rd

**211** Employees on LinkedIn

See all ▸

### Wondershare Technology Showcase Page

**Wondershare Technology**
Computer Software
501-1000 employees

**PDFelement**
22 followers
Follow

WHERE INNOVATORS FIND SOLUTIONS THAT MATTER
Shop Now    TECHNI-TOOL

### People Also Viewed

 iSkysoft
 Aiseesoft
 movavi
 ArcSoft



Notable leadership additions          Trends in hiring activity



☰ ▾ | Search for people, jobs, companies, and more... | 🔍

Advanced                      

**Wondershare Technology Showcase Page**

**PDFelement**
Computer Software    22 followers
Follow

---

**Wondershare Technology** Its 2017, Yet Real Estate Paperwork continues to Slow Deals



**Its 2017, Yet Real Estate Paperwork continues to Slow Deals**

linkedin.com    Real Estate professionals stand to benefit immensely from office digitization. Sending contracts and disclosures to clients electronically slashes tur

Like    Comment    Share    2 days ago

---

**Wondershare Technology** Discover why SMBs and Contractors Abandon Adobe for Lightweight PDF Solutions



**Why SMBs and Contractors Abandon Adobe for Lightweight PDF Solutions**

linkedin.com    Among PDF solution providers, Adobe's brand reputation ranks highest: Indeed, Marketing research firm Millward & Brown placed Adobe among its BrandZ™

Like    Comment    Share    2 days ago

---

**Wondershare Technology** Wondershare is excited to announce its full membership with the PDF Association as of November 16. The PDF Association is dedicated to promoting the adoption of International Standards for PDF technology among developers of PDF solutions. Wondershare is committed to developing high-quality PDF software that brings simplicity to people's lives. Find out more information about the PDF Association here: https://lnkd.in/ekKVbq8



**PDF Association**

pdfa.org    Founded in 2006 as the PDF/A Competence Center, the PDF Association exists to promote the adoption and implementation of International Standards for PDF technology. As "digital paper", the Portable Document Format (PDF) is the de facto standard for....

Like (1)    Comment    Share    1 month ago

Melissa Sang, CPHR

Add a comment...

---

**Wondershare Technology** Big updates to Wondershare PDFelement for Windows and Mac coming on November 16! New features and major improvements available very soon. https://lnkd.in/gv29qG8



Like (6)    Comment    Share    1 month ago

Paul Methot, Adam Pez +4

Add a comment...

---

**Wondershare Technology** We've updated PDFelement iOS mobile app with new features and benefits so you can focus more on your business, and less on tedious manual steps. Sign, edit and scan documents on the go, so you don"t have to compromise on productivity. Try Now FREE - https://lnkd.in/eiCrGRG



☰ ▾  🔍 Search for people, jobs, companies, and more...   🔍   Advanced     💬  🚩  👤+ 5  👤

Like (2)    Comment    Share    2 months ago

Nikhil Saini and Fabiano Silva

Add a comment...

---

**Wondershare Technology** It's finally here! eSign+ is now available. Upload PDF documents and send them to your clients to collect legally binding electronic signatures on the go. eSign+ offers the highest security for your documents. Create an account and get your first electronic signature for free. https://lnkd.in/eSRHeKt



**Sign as you go! Anytime, Anywhere.**

lnkd.in    Check the status of your document anytime & anywhere, and using any device. Get notified at every single step of the signing process and minimize the time spent chasing signatures on paper by 80%. Documents are secured with a state-of-the-art...

Like    Comment    Share    2 months ago

---

**Wondershare Technology** Mobile platforms have evolved into a duopoly, with Google and Apple being the market dominators. However, with different operating systems providing more and more access to multimedia features and data, customers face incompatibility issues while transferring data between different devices. Wondershare develops innovative mobile solutions that bridges the gap between different operating systems. Wondershare partners with leading companies around the world to offer affordable solutions to our customers. Become our Partner today! https://lnkd.in/eyHF6ea



**Possibilities to Maximize Your Business**

wondershare.com    Requesting the specific service of Wondershare products or solution for mobile data, you can send us an inquiry and we will contact you within 24 hours.

Like (1)    Comment (1)    Share    7 months ago

Jenny Chan

Fabiano Silva Wondershare Software my company has purchased one Wondershare Filmora license and I need the "offline installation " file, not the 1.1 MB "filmora_setup_full846.exe" file. please advise
3 months ago

Add a comment...

---

Help Center    About    Careers    Advertising    Talent Solutions    Sales Solutions    Small Business    Mobile    Language    Upgrade Your Account

LinkedIn Corporation © 2017    User Agreement    Privacy Policy    Ad Choices    Community Guidelines    Cookie Policy    Copyright Policy    Send Feedback

https://www.linkedin.com/company/wondershare-software                                                                                    3/3

Exhibit L



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jan 5 03:47:02 EST 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM | HELP |

Logout   *Please logout when you are done to release system resources allocated for you.*

Start   **List At:** [ ]   OR   Jump   **to record:** [ ]

## 23 Records(s) found (This page: 1 ~ 23)

**Refine Search** (Wondershare)[OW]   Submit

**Current Search:** S1: (Wondershare)[OW] docs: 23 occ: 24

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 87092680 | | KEEPVID | TSDR | LIVE |
| 2 | 87092677 | | KEEPVID | TSDR | LIVE |
| 3 | 87092676 | | KEEPVID | TSDR | LIVE |
| 4 | 86699116 | 4940655 | FILMORA | TSDR | LIVE |
| 5 | 86699100 | 4940653 | F | TSDR | LIVE |
| 6 | 86159787 | 4588298 | FIREEBOK | TSDR | LIVE |
| 7 | 86159785 | 4588297 | TENORSHARE | TSDR | LIVE |
| 8 | 86159784 | | AISEESOFT | TSDR | DEAD |
| 9 | 85012350 | 3879791 | AIMERSOFT | TSDR | LIVE |
| 10 | 85012348 | 3879790 | ACOOLSOFT | TSDR | LIVE |
| 11 | 85635068 | 4647333 | MOBILEGO | TSDR | LIVE |
| 12 | 85752329 | 4349782 | DR.FONE | TSDR | LIVE |
| 13 | 85675942 | 4264738 | FANTASHOW | TSDR | LIVE |
| 14 | 79199131 | | SPOTMAU | TSDR | LIVE |
| 15 | 79196303 | | | TSDR | LIVE |
| 16 | 79068769 | 3847958 | WONDERSHARE | TSDR | LIVE |
| 17 | 79146641 | | SPOTMAU | TSDR | DEAD |
| 18 | 79115110 | 4263059 | WONDERSHARE | TSDR | LIVE |
| 19 | 79115045 | 4263058 | POWERCAM | TSDR | LIVE |
| 20 | 79113552 | 4344720 | WONDERSHARE | TSDR | LIVE |
| 21 | 79093418 | 4037093 | WONDERSHARE | TSDR | LIVE |
| 22 | 79093416 | 4107301 | DANIUSOFT | TSDR | LIVE |
| 23 | 79093415 | | ANYBIZSOFT | TSDR | DEAD |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP | HELP |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit M

Summer Collection - Sunny e: ×   Microsoft Office Home   ×

← → C   🔒 https://filmora.wondershare.com/effects-store/vlogger-summer-summer-effect.shtml   ☆

◆ filmora      Products ∨    Effects Store    Support ∨    Get Creative    Downloads ∨    Q 🏳

🛒 My Cart|  Sign In  |  Sign Up

Effects Store > Free > Summer Collection

## Summer Collection - Sunny effects for summery videos

♡ 64    ⬇ 89022




Make Memories

Heidi's Summer

Dive Into Summer


Fun in the Sun

### Overview:

Brighten up your videos and make summer last forever!

ⓘ Note: Requires Filmora V7.3 or higher

### In This Pack:

| | | |
|---|---|---|
| ♩ Music Tracks | | 4 |
| 🖼 Elements | | 27 |
| 🗐 Overlays | | 2 |
| T Titles | | 8 |
| ❖ Transitions | | 16 |

( Download )



Exhibit N

⊘ Halloween Collection - Spooky × | 🗌 Microsoft Office Home × | 🗌

← → C 🔒 https://filmora.wondershare.com/effects-store/free-halloween-effect.shtml

**🔷 filmora**

Products ∨    Effects Store    Support ∨    Get Creative    Downloads ∨

🛒 My Cart|   Sign In  |   Sign Up    Q   🛒

Effects Store > Free > Halloween Collection

## Halloween Collection - Spooky effects for eerie videos

♡ 43    ⬇ 52885



Walking Dead Title    Sci-Fi Symbol 5    Negative    Black Vignette

### Overview:

Fun trick-or-treat video for the kiddies? You can do that. Bloodcurdling horror flick? You can do that too!

ℹ Note: Requires Filmora V7.3 or higher

### In This Pack:

| | |
|---|---|
| 🎵 Music tracks | 12 |
| ⊞ Overlays | 21 |
| T Titles | 13 |
| ◉ Filters | 9 |

( Download )







Exhibit O



# License Certificate

This document certifies the purchase of the following license: **MUSIC MASS REPRODUCTION LICENSE**.
Details of the license can be accessed from your downloads page.

| | |
|---:|:---|
| **Licensor's Author Username:** | pinkzebra |
| **Licensee:** | Wondershare Inc. |
| **Item Title:** | Larger Than Life |
| **Item URL:** | https://audiojungle.net/item/larger-than-life/5454003 |
| **Item ID:** | 5454003 |
| **Item Purchase Code:** | a26b7e1f-c699-4503-8037-0fb7d1251946 |
| **Purchase Date:** | 2016-08-05 09:28:48 UTC |

For any queries related to this document or license please contact Envato Support via **https://help.market.envato.com**

**Envato Pty Ltd** (ABN 11 119 159 741)
PO Box 16122, Collins Street West, VIC 8007, Australia

**THIS IS NOT A TAX RECEIPT OR INVOICE**

Exhibit P



# License Certificate

This document certifies the purchase of the following license: **MUSIC MASS REPRODUCTION LICENSE**.
Details of the license can be accessed from your downloads page.

| | |
|---|---|
| **Licensor's Author Username:** | pinkzebra |
| **Licensee:** | Wondershare Inc. |
| **Item Title:** | Walk Through Life Upbeat Energetic Song |
| **Item URL:** | https://audiojungle.net/item/walk-through-life-upbeat-energetic-song/6778498 |
| **Item ID:** | 6778498 |
| **Item Purchase Code:** | b311145d-85e1-4004-82a1-287a1f5d8ecb |
| **Purchase Date:** | 2016-08-05 09:28:49 UTC |

For any queries related to this document or license please contact Envato Support via **https://help.market.envato.com**

**Envato Pty Ltd** (ABN 11 119 159 741)
PO Box 16122, Collins Street West, VIC 8007, Australia

**THIS IS NOT A TAX RECEIPT OR INVOICE**

Exhibit Q



# License Certificate

This document certifies the purchase of the following license: **MUSIC BROADCAST LICENSE (1 MILLION)**.
Details of the license can be accessed from your downloads page.

| | |
|---|---|
| **Licensor's Author Username:** | pinkzebra |
| **Licensee:** | Wondershare Inc. |
| **Item Title:** | Spooky Fun |
| **Item URL:** | https://audiojungle.net/item/spooky-fun/5604861 |
| **Item ID:** | 5604861 |
| **Item Purchase Code:** | 46ba249a-f1c0-4278-83ea-6f09979614f0 |
| **Purchase Date:** | 2015-10-14 10:27:14 UTC |

For any queries related to this document or license please contact Envato Support via **https://help.market.envato.com**

**Envato Pty Ltd** (ABN 11 119 159 741)
PO Box 16122, Collins Street West, VIC 8007, Australia

**THIS IS NOT A TAX RECEIPT OR INVOICE**

Exhibit R

**Money withdrawn** - Dec 1, 2014 to Dec 31, 2014

| Date | Type | Name/Email | Payment status | Order status/Actions | Gross | Fee | Net amount |
|------|------|------------|----------------|----------------------|-------|-----|------------|
| Dec 25, 2014 | Wire TransferTo | Bank Account | Completed | | -$86,000.00 | -$35.00 | -$85,965.00 USD |
| Dec 25, 2014 | Wire TransferTo | Bank Account | Completed | | -$99,999.22 | -$35.00 | -$99,964.22 USD |
| Dec 25, 2014 | Wire TransferTo | Bank Account | Completed | | -$99,999.25 | -$35.00 | -$99,964.25 USD |
| Dec 15, 2014 | Wire TransferTo | Bank Account | Completed | | -$99,999.15 | -$35.00 | -$99,964.15 USD |
| Dec 15, 2014 | Wire TransferTo | Bank Account | Completed | | -$99,999.16 | -$35.00 | -$99,964.16 USD |
| Dec 10, 2014 | Wire TransferTo | Bank Account | Completed | | -$99,999.10 | -$35.00 | -$99,964.10 USD |
| Dec 7, 2014 | Wire TransferTo | Bank Account | Completed | | -$99,999.08 | -$35.00 | -$99,964.08 USD |
| Dec 3, 2014 | Wire TransferTo | Bank Account | Completed | | -$99,999.05 | -$35.00 | -$99,964.05 USD |
| Dec 3, 2014 | Wire TransferTo | Bank Account | Completed | | -$99,999.04 | -$35.00 | -$99,964.04 USD |

Exhibit S

**Money withdrawn - Dec 1, 2015 to Dec 31, 2015**

| Date | Type | Name/Email | Payment status | Order status/Actions | Gross | Fee | Net amount |
|------|------|-----------|----------------|---------------------|-------|-----|-----------|
| Dec 28, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.99 | -$35.00 | -$99,964.99 USD |
| Dec 27, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.98 | -$35.00 | -$99,964.98 USD |
| Dec 27, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.97 | -$35.00 | -$99,964.97 USD |
| Dec 24, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.96 | -$35.00 | -$99,964.96 USD |
| Dec 23, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.95 | -$35.00 | -$99,964.95 USD |
| Dec 20, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.94 | -$35.00 | -$99,964.94 USD |
| Dec 20, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.93 | -$35.00 | -$99,964.93 USD |
| Dec 17, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.92 | -$35.00 | -$99,964.92 USD |
| Dec 15, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.91 | -$35.00 | -$99,964.91 USD |
| Dec 13, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.90 | -$35.00 | -$99,964.90 USD |
| Dec 10, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.99 | -$35.00 | -$99,964.99 USD |
| Dec 10, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.98 | -$35.00 | -$99,964.98 USD |
| Dec 8, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.97 | -$35.00 | -$99,964.97 USD |
| Dec 6, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.96 | -$35.00 | -$99,964.96 USD |
| Dec 4, 2015 | TransferTo | Chargeback Settlement | Completed | | -$79.95 | -$10.00 | -$89.95 USD |
| Dec 3, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.95 | -$35.00 | -$99,964.95 USD |
| Dec 1, 2015 | Wire TransferTo | Bank Account | Completed | | -$99,999.94 | -$35.00 | -$99,964.94 USD |

Exhibit T

**Money withdrawn  - Dec 1, 2016 to Dec 31, 2016**

| Date | Type | Name/Email | Payment status | Order status/Actions | Gross | Fee | Net amount |
|------|------|-----------|----------------|---------------------|-------|-----|-----------|
| Dec 29, 2016 | TransferTo | Chargeback Settlement | Completed | | -$39.95 | $0.00 | -$39.95 USD |
| Dec 23, 2016 | Wire TransferTo | Bank Account | Completed | | -$20,000.00 | -$35.00 | -$19,965.00 USD |
| Dec 22, 2016 | Wire TransferTo | Bank Account | Completed | | -$38,000.00 | -$35.00 | -$37,965.00 USD |
| Dec 22, 2016 | Wire TransferTo | Bank Account | Completed | | -$10,000.00 | -$35.00 | -$9,965.00 USD |
| Dec 21, 2016 | Wire TransferTo | Bank Account | Completed | | -$42,000.00 | -$35.00 | -$41,965.00 USD |
| Dec 21, 2016 | Wire TransferTo | Bank Account | Completed | | -$52,000.00 | -$35.00 | -$51,965.00 USD |
| Dec 20, 2016 | Wire TransferTo | Bank Account | Completed | | -$15,000.00 | -$35.00 | -$14,965.00 USD |
| Dec 20, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.92 | -$35.00 | -$99,964.92 USD |
| Dec 20, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.91 | -$35.00 | -$99,964.91 USD |
| Dec 20, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.90 | -$35.00 | -$99,964.90 USD |
| Dec 15, 2016 | TransferTo | Chargeback Settlement | Completed | | -$79.95 | $0.00 | -$79.95 USD |
| Dec 14, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.95 | -$35.00 | -$99,964.95 USD |
| Dec 14, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.94 | -$35.00 | -$99,964.94 USD |
| Dec 14, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.93 | -$35.00 | -$99,964.93 USD |
| Dec 14, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.92 | -$35.00 | -$99,964.92 USD |
| Dec 14, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.91 | -$35.00 | -$99,964.91 USD |
| Dec 14, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.90 | -$35.00 | -$99,964.90 USD |
| Dec 12, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.96 | -$35.00 | -$99,964.96 USD |
| Dec 7, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.96 | -$35.00 | -$99,964.96 USD |
| Dec 7, 2016 | Wire TransferTo | Bank Account | Completed | | -$99,999.95 | -$35.00 | -$99,964.95 USD |