UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINKZEBRA MUSIC, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 16-cv-11099 |
| v. ) | |
| ) | Judge: Hon. Joan B. Gottschall |
| SHENZHEN WONDERSHARE ) | |
| INFORMATION TECHNOLOGY CO. LTD., ) | |
| WONDERSHARE SOFTWARE CO., ) | |
| ISKYSOFT STUDIO, and AIMERSOFT ) | |
| STUDIO, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the evidence and arguments of counsel at a hearing held January 6, 2017, paragraphs 8, 9, and 10 of the temporary restraining order entered December 9, 2016 are dissolved and shall have no further force or effect. Plaintiff must immediately serve this order on all persons and entities to which it gave notice of the temporary restraining order.

Date: 1/6/17

U.S. District Court Judge Joan B. Gottschall

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: s/ MARLAN J. COWAN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

January 6, 2017