UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINKZEBRA MUSIC, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No.: 16-cv-11099 |
| ) | |
| v. ) | Judge: Hon. Joan B. Gottschall |
| ) | |
| SHENZHEN WONDERSHARE ) | |
| INFORMATION TECHNOLOGY CO. LTD., ) | |
| WONDERSHARE SOFTWARE CO., ) | |
| ISKYSOFT STUDIO, and AIMERSOFT ) | |
| STUDIO, ) | |
| Defendants. ) | |

## AGREED MOTION FOR ENTRY OF STIPULATED PRELIMINARY INJUNCTION

Plaintiff Pinkzebra Music, LLC ("Pink Zebra") and Defendants Shenzhen Wondershare Information Technology Co. Ltd., Wondershare Software Co., iSkysoft Studio, and Aimersoft Studio, (collectively referred to as the "Parties"), by their respective counsel, respectfully move this Court for entry of the Stipulated Preliminary Injunction, attached hereto as Exhibit A, ratifying the Parties' discussions and agreement with respect to stipulating to terms of a preliminary injunction, and obviating the preliminary injunction hearing.

For relief, the Parties request this Court grant this Motion and enter the attached Stipulated Preliminary Injunction, striking the preliminary injunction hearing on February 21, 2017 at 9:30 a.m.

AGREED:

| | |
|---|---|
| **Pinkzebra Music, LLC** | **Shenzhen Wondershare Information Technology Co. Ltd., Wondershare Software Co., iSkysoft Studio, and Aimersoft Studio** |
| By:/s/ Brian T. Noack_____ <br> One of its Attorneys | By: /s/ Barry R. Horwitz_____ <br> One of Their Attorneys |
| Brian Noack <br> Adam Wolek <br> WOLEK & NOACK <br> 333 S Wabash Ave., Suite 2700 <br> Chicago, IL 60604 <br> P: 312.860.9006 <br> F: 708.843.0509 | Richard D. Harris <br> Cameron M. Nelson <br> Barry R. Horwitz <br> GREENBERG TRAURIG <br> 77 West Wacker Dr., Ste. 3100 <br> Chicago, IL 60601 <br> P: 312.456.1037 <br> F: 312.899.0408 |