# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINKZEBRA MUSIC, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 16-cv-11099 |
| | ) |
| v. | ) Judge: Hon. Joan B. Gottschall |
| | ) |
| SHENZHEN WONDERSHARE | ) |
| INFORMATION TECHNOLOGY CO. LTD., | ) |
| WONDERSHARE SOFTWARE CO., | ) |
| ISKYSOFT STUDIO, and AIMERSOFT | ) |
| STUDIO, | ) |
| Defendants. | ) |

**STIPULATED PRELIMINARY INJUNCTION**

Plaintiff Pinkzebra Music, LLC ("Pink Zebra") and Defendants Shenzhen Wondershare Information Technology Co. Ltd., Wondershare Software Co., iSkysoft Studio, and Aimersoft Studio, (collectively referred to as the "Parties"), by their respective counsel, hereby stipulate as follows:

1. Plaintiff is seeking a preliminary injunction against Defendants' continued distribution of certain asserted music tracks.

2. While Defendants deny that a preliminary injunction is necessary, because they have already agreed to cease, and have ceased, all distribution of those asserted music tracks, Defendants agree to the entry of a stipulated preliminary injunction, without any admission of liability or wrongdoing, in order to move this case efficiently towards resolution.

3. Defendants, their counterparts and their related companies, employees, and persons acting in concert with them agree, to the extent not already done, to:

    a. remove from their websites, and not distribute, offer for sale, or otherwise make available, any of Plaintiff's following music tracks: "Walk Through

1

    Life," "Larger Than Life," and "Spooky Fun" (collectively, "Plaintiff's Asserted Songs"); and

   b. not induce, contribute, or enable, whether vicariously or contributorily, others to sell, use, or otherwise make available any of Plaintiff's Asserted Songs; .

4. The Parties agree that the $10,000.00 bond posted by Plaintiff relative to the earlier Temporary Restraining Order entered in this case shall be retained by the Court during the pendency of this litigation and this Stipulated Preliminary Injunction.

5. The Parties agree that this Stipulated Preliminary Injunction shall have the full effect and enforceability of a preliminary injunction order.

6. This matter is currently set for a preliminary injunction hearing on February 21, 2017 at 9:30 a.m. In view of this Stipulated Preliminary Injunction, the Parties request that this hearing be stricken as unnecessary.

IT IS SO ORDERED this ___ day of _____, 2017.

ENTER:

_____

2

AGREED:

| | |
|---|---|
| **Pinkzebra Music, LLC** | **Shenzhen Wondershare Information Technology Co. Ltd., Wondershare Software Co., iSkysoft Studio, and Aimersoft Studio** |
| By:/s/ Brian T. Noack_____<br>One of its Attorneys | By: /s/ Barry R. Horwitz_____<br>One of Their Attorneys |
| Brian Noack<br>Adam Wolek<br>WOLEK & NOACK<br>333 S Wabash Ave., Suite 2700<br>Chicago, IL 60604<br>P: 312.860.9006<br>F: 708.843.0509 | Richard D. Harris<br>Cameron M. Nelson<br>Barry R. Horwitz<br>GREENBERG TRAURIG<br>77 West Wacker Dr., Ste. 3100<br>Chicago, IL 60601<br>P: 312.456.1037<br>F: 312.899.0408 |