UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINKZEBRA MUSIC, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 16-cv-11099 |
| | ) |
| v. | ) Judge: Hon. Joan B. Gottschall |
| | ) |
| SHENZHEN WONDERSHARE INFORMATION TECHNOLOGY CO. LTD., WONDERSHARE SOFTWARE CO., ISKYSOFT STUDIO, and AIMERSOFT STUDIO, | ) |
| Defendants. | ) |

**Agreed Motion for Entry of Protective Order**

Plaintiff Pinkzebra Music, LLC and Defendants Shenzhen Wondershare Information Technology Co. Ltd., Wondershare Software Co., iSkysoft Studio, and Aimersoft Studio, (collectively referred to as the "Parties"), by their respective counsel, respectfully move this Court for entry of the proposed Protective Order, attached hereto as Exhibit A. The Parties have met and conferred regarding the need for and terms of a proposed Protective Order and have made minor revisions to the model protective order included in the Northern District of Illinois' Local Rules. The purpose of the proposed Protective Order is to preserve the confidentiality of certain specified types of documents and information.

Accordingly, the Parties request that the Court grant this Motion and enter the attached proposed Protective Order.

AGREED:

| | |
|---|---|
| **Pinkzebra Music, LLC** | **Shenzhen Wondershare Information Technology Co. Ltd., Wondershare Software Co., iSkysoft Studio, and Aimersoft Studio** |
| By: /s/ Brian T. Noack_____ <br> One of its Attorneys | By:/s/ Barry R. Horwitz_____ <br> One of Their Attorneys |
| Adam Wolek <br> Brian Noack <br> WOLEK & NOACK <br> 333 S Wabash Ave., Suite 2700 <br> Chicago, IL 60604 <br> P: 312.860.9006 <br> F: 708.843.0509 | Richard D. Harris <br> Cameron M. Nelson <br> Barry R. Horwitz <br> GREENBERG TRAURIG <br> 77 West Wacker Dr., Ste. 3100 <br> Chicago, IL 60601 <br> P: 312.456.1037 <br> F: 312.899.0408 |

## CERTIFICATE OF SERVICE

The undersigned certifies that, on January 19, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: January 19, 2017                               WOLEK & NOACK


                                                      By:   /s/ Brian T. Noack
                                                      Brian T. Noack