UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINKZEBRA MUSIC, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case Number: 16-cv-11099<br>SHENZHEN WONDERSHARE )<br>INFORMATION TECHNOLOGY CO. LTD., ) Judge: Hon. Joan B. Gottschall<br>WONDERSHARE SOFTWARE CO., )<br>ISKYSOFT STUDIO, and AIMERSOFT )<br>STUDIO, )<br>)<br>Defendants. ) | |

**Notice of Motion**

**PLEASE TAKE NOTICE** that on January 25, 2017 or as soon thereafter as counsel may be heard, plaintiff PINKZEBRA MUSIC, LLC shall appear before the Honorable Judge Joan B. Gottschall, or any judge sitting in her stead in courtroom 2325 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S Dearborn St., Chicago, Illinois, and shall present its Agreed Motion for Entry of Protective Order.

Dated:  January 19, 2017

By:/s/ Brian T. Noack
Adam Wolek
Brian T. Noack
Wolek & Noack
333 S. Wabash Ave.
Suite 2700
Chicago, IL  60604
P: 312.860.9006
F: 708.843.0509
adamw@wonoip.com
briann@wonoip.com
*Counsel for Plaintiff PINKZEBRA MUSIC, LLC*

1

## CERTIFICATE OF SERVICE

    The undersigned certifies that, on January 19, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Date: January 19, 2017

By: /s/ Brian T. Noack<br>
Brian T. Noack
