UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINKZEBRA MUSIC, LLC </br></br> Plaintiff, </br></br> v. </br></br> SHENZHEN WONDERSHARE INFORMATION TECHNOLOGY CO. LTD., AND WONDERSHARE SOFTWARE CO., LTD., ISKYSOFT STUDIO, AND AIMERSOFT STUDIO </br> Defendants. | Case Number: 16-cv-11099 </br></br> Judge: Hon. Joan B. Gottschall |

**AGREED MOTION FOR EXTENSION OF TIME**

Plaintiff Pinkzebra Music, LLC ("Pinkzebra"), by and through undersigned counsel, and Defendants Shenzhen Wondershare Information Technology Co. Ltd., Wondershare Software Co., iSkysoft Studio, and Aimersoft Studio (collectively, "Defendants"), by and through undersigned counsel, hereby file the agreed upon motion to extend all deadlines in this matter by four weeks, to those listed in Attachment A below.

Dated: June 28, 2017

By: _s/ Adam Wolek_____
Adam Wolek
 adamw@wonoip.com
Brian T. Noack
 briann@wonoip.com
WOLEK & NOACK
333 S Wabash Ave., Ste. 2700
Chicago, Illinois  60604
Tel:  (312) 860-9006
Fax:  (708) 843-0509
***Attorneys for Plaintiff Pinkzebra Music, LLC***


By:_ s/ Barry Horwitz (*with permission*)__
Richard D. Harris
Cameron M. Nelson
Barry R. Horwitz
Weisun Rao
GREENBERG TRAURIG, LLP
77 West Wacker Dr., Suite 3100
Chicago, Illinois 60601
Tel: 312-456-8400
***Attorneys for Defendants Shenzhen Wondershare Information Technology Co. Ltd., et al.***

**Attachment A**

**Joint Proposed Discovery and Trial Schedule**

| Event | Date |
|---|---|
| Written and Document Fact Discovery Closes | August 18, 2017 |
| Deadline for Fact-Witness Deposition | September 29, 2017 |
| Status Conference at 9:30 a.m. | October 6, 2017 |
| Deadline to File Initial Expert Reports | November 10, 2017 |
| Deadline to File Responsive Expert Reports | December 15, 2018 |
| Expert Discovery Closes | January 19, 2018 |
| Status Conference at 9:30 a.m. | February 2, 2018 |
| Deadline for Filing Expert *Daubert* Motions | February 23, 2018 |
| Deadline for Filing Dispositive Motions | February 23, 2018 |
| Deadline for Filing Opposition to Expert *Daubert* Motions | March 16, 2018 |
| Deadline for Filing Opposition to Dispositive Motions | March 16, 2018 |
| Deadline for Filing Reply in Support of Expert *Daubert* Motions | April 6, 2018 |
| Deadline for Filing Reply in Support of Dispositive Motions | April 6, 2018 |
| Trial Estimate (On or After) | June 4, 2018 |

## CERTIFICATE OF SERVICE

      The undersigned certifies that, on June 28, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: June 28, 2017                                  WOLEK & NOACK

                                                    /s/ Adam Wolek
                                                    Adam Wolek