UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PINKZEBRA MUSIC, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case Number: 16-cv-11099 |
| SHENZHEN WONDERSHARE | ) | |
| INFORMATION TECHNOLOGY CO. LTD., | ) | Judge: Hon. Joan B. Gottschall |
| WONDERSHARE SOFTWARE CO., | ) | |
| ISKYSOFT STUDIO, and AIMERSOFT | ) | |
| STUDIO, | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Agreed Motion**

**PLEASE TAKE NOTICE** that on July 7, 2017 at 9:30 am, or as soon thereafter as counsel may be heard, Plaintiff Pinkzebra Music, LLC shall appear before the Honorable Judge Joan B. Gottschall, or any judge sitting in her stead in courtroom 2356 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S Dearborn St., Chicago, Illinois, and shall present its **Agreed Motion for Extension of Time (Dkt. 70)**.

Dated: June 28, 2017
By:/s/ Adam Wolek_____
Adam Wolek
Brian T. Noack
Wolek & Noack
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604
P: 312.860.9006
F: 708.843.0509
adamw@wonoip.com
briann@wonoip.com
*Counsel for Plaintiff Pinkzebra Music, LLC*

## CERTIFICATE OF SERVICE

  The undersigned certifies that, on June 28, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Date: June 28, 2017

                   By:/s/ Adam Wolek_____
                   Adam Wolek