# EXHIBIT A

**From:** medif@wondershare.com
**Subject:** Re: [AudioJungle] Message sent via your Envato Market profile from Filmora-Editor
**Date:** July 8, 2016 at 3:20 PM
**To:** Pinkzebra Music pinkzebramusic@gmail.com

Hi,

Thanks for your honest response. Hope we can collaborate in other ways in the future.

Cheers,
Medi


On 2016-07-08 13:12, Pinkzebra Music wrote:
> Hi Medi. I have in the past avoided these types of licensing situations. As a composer who makes a living from licensing music thousands of times, offering up one of tracks for an unlimited number of end products doesn't make business sense. The price for that would be many thousands of dollars.
>
> Best,
> pz
>
> On Fri, Jul 8, 2016 at 3:01 PM, <medif@wondershare.com> wrote:
>
>> Hi,
>>
>> Thanks for getting back to me. Yes, Basically your music would be in a resource pack including titles, transitions, filters and music and our users can use it several times if they want to but only if they're using our video editing software which is Filmora.
>>
>> Let me know if you have more questions.
>>
>> Thanks,
>> Medi
>>
>> On 2016-07-08 12:52, Pinkzebra Music wrote:
>>
>>> Hi Medi. Thanks for reaching out to me. Can you tell me some details about how you would be using my music? Will it be the sort of thing where users can use my music an unlimited number of times for their video projects?
>>>
>>> Best,
>>> pz
>>>
>>> On Thu, Jul 7, 2016 at 11:12 PM, Envato Market <do-not-reply@market.envato.com> wrote:
>>>
>>>> Hi There,
>>>>
>>>> I'm a Multimedia producer from Wondershare, and we create a video editing program called Filmora. Your Life in Pictures song is really cool and we'd like to have something similar to use in our Video editing software. I'm wondering if you can make some slight changes in melody to make it unique for us, since we're going to include it in our resource pack and it has to be exclusive for us.
>>>>
>>>> Please let me know If you're interested, and we can discuss further. Also it would be great if you can give me a rough idea of your rate, and turnaround time. Please let me know if you have any questions.
>>>>
>>>> Thanks,
>>>> Medi
>>>>
>>>> ---------
>>>>
>>>> This email was sent from Filmora-Editor <medif@wondershare.com> through your profile contact form on Envato Market.
>>>>
>>>> If you need to verify that this user is a customer of yours, visit https://audiojungle.net/user/filmora-editor?inspection_key=MjM2NTk0MA%3D%3D%0A&message_type=pm [1] [1]
>>>> The purchase data shown in this link will be visible for 7 days.
>>>>
>>>> You can reply directly to this email to respond to Filmora-Editor <medif@wondershare.com>.

CONFIDENTIAL                                                                 PZ0000094

> Psst! Remember - this is not a marketing email. Since you have an Envato Account, we want to keep you informed about transactions, operational updates or changes to our websites.

--

Pinkzebra
Composer/Music Producer
http://audiojungle.net/user/pinkzebra [2] [2]

pinkzebramusic.com [3] [3]

Links:
------
[1]

https://audiojungle.net/user/filmora-editor?inspection_key=MjM2NTk0MA%3D%3D%0A&amp;message_type=pm [4]
[2] http://audiojungle.net/user/pinkzebra [2]
[3] http://pinkzebramusic.com [3]

--

Pinkzebra
Composer/Music Producer
http://audiojungle.net/user/pinkzebra [2]

pinkzebramusic.com [3]

Links:
------
[1]
https://audiojungle.net/user/filmora-editor?inspection_key=MjM2NTk0MA%3D%3D%0A&amp;message_type=pm
[2] http://audiojungle.net/user/pinkzebra
[3] http://pinkzebramusic.com
[4]
https://audiojungle.net/user/filmora-editor?inspection_key=MjM2NTk0MA%3D%3D%0A&amp;amp;message_type=pm

CONFIDENTIAL    PZ0000095