## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PINKZEBRA MUSIC, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number: 16-cv-11099 |
| v. | ) | |
| | ) | Judge: Hon. Joan B. Gottschall |
| SHENZHEN WONDERSHARE | ) | |
| INFORMATION TECHNOLOGY CO. LTD., | ) | Mag. Judge: Hon. Sheila Finnegan |
| AND WONDERSHARE SOFTWARE CO., | ) | |
| LTD., ISKYSOFT STUDIO, AND AIMERSOFT | ) | |
| STUDIO | | |
| Defendants. | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims brought in this action against all parties, with each party to bear its own attorneys' fees and costs.

Dated:  February 12, 2018                    RESPECTFULLY SUBMITTED,


                                             By:_s/_ Adam Wolek_____
                                             Adam Wolek
                                             Allison Czerniak
                                             Taft Stettinius & Hollister LLP
                                             111 E. Wacker Drive, Suite 2800
                                             Chicago, Illinois 60601-3713
                                             Tel: 312.836.4063
                                             Fax: 312.966.8598
                                             awolek@taftlaw.com
                                             *Counsel for Plaintiff Pinkzebra Music, LLC*


                                             By:_s/_ Barry Horwitz_____
                                             Richard Daniel Harris
                                             harrisr@gtlaw.com
                                             Barry Ryan Horwitz
                                             horwitzb@gtlaw.com
                                             Cameron Matthew Nelson
                                             nelson@gtlaw.com
                                             Weisun Rao
                                             raow@gtlaw.com
                                             Sara M. Skulman
                                             Greenberg Traurig, LLP
                                             77 W. Wacker Drive
                                             Suite 3100
                                             Chicago, IL 60601
                                             *Counsel for Defendant Shenzhen Wondershare*
                                             *Information Technology Co. Ltd. (now*
                                             *Wondershare Technology Co. Ltd.)*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on February 12, 2018, he caused this document to be served upon all counsel of record through electronic mail delivery.

By: _s/ _Adam Wolek_____
Adam Wolek